CA 04-44E
Partial Payment

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 00500434 - JD
July 12, 2005

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| 1ST CIVI | 04-44e ca | | 2.88 CH |
| 2ND CIVI | 03-389e ca | | 8.80 CH |
| 1ST CIVI | 04-365e ca | | 12.35 CH |

TOTAL→        24.03

FROM: SCI ALBION
      L JEFFERSON
      B BARNES
      M MILEY