CA 04-44 Erie

Receipt # 05-498
$ 6.94

```
       UNITED STATES
       DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

      # 00500498 - NK
       August 24, 2005


   Code   Case #    Qty      Amount

   1ST CIVI 03-136e ca        3.60 CH
   1ST CIVI 04-44e ca         2.00 CH
   2ND CIVI 03-389e ca        2.62 CH
   1ST CIVI 04-365e ca       12.94 CH
   1ST CIVI 03-363e ca ✓      6.49 CH


   TOTAL→                    27.65


   FROM: SCI ALBION
         FORD, JEFFERSON, BARNES, MILEY
```