# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LEONARD C. JEFFERSON | C.A. No. 04-44 ERIE |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| WILLIAM WOLFE, EX-SUPERINTENDENT OF SCI-ALBION | |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CHRISTIAN D. BAREFORD, DEPUTY ATTORNEY GENERAL

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
OFFICE OF ATTORNEY GENERAL, 6TH FLOOR MANOR COMPLEX
564 FORBES AVENUE  PITTSBURGH, PA 15219

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

LEONARD C. JEFFERSON, CL-4135
10745 RT 18
ALBION, PA 16475-0002

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

DEPUTY ATTORNEY GENERAL BAREFORD IS REPRESENTING DEFENDANTS WOLFE AND BEARD IN THIS ACTION.
CHRISTIAN D. BAREFORD, DEPUTY ATTORNEY GENERAL
OFFICE OF ATTORNEY GENERAL  6TH FLOOR MANOR COMPLEX
564 FORBES AVENUE  PITTSBURGH, PA 15219

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF  ☐ DEFENDANT
Leonard C. Jefferson
TELEPHONE NUMBER: NONE
DATE: 08-14-05

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Date of Service: 8/25/05

REMARKS: Mailed 8-24-05

**FILED**
SEP 0 3 2005
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

PRIOR EDITIONS MAY BE USED
1. CLERK OF THE COURT
FORM USM-285 (Rev. 12/15/80)

AO 399 (12/93)

# WAIVER OF SERVICE OF SUMMONS

TO: Leonard C. Jefferson
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I acknowledge receipt of your request that I waive service of a summons in the action of _____ (CAPTION OF ACTION), which is case number CA04-44 ERIE (DOCKET NUMBER) in the United States District Court for the _____ District of _____.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections base on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after 8-24-05 (Date Request was sent), or within 90 days after that date if the request was sent outside the United States.

8/25/05
(DATE)

[signature]

Print/Typed Name  Christian D. Bareford

As  counsel  (Title)  of  Jeffrey Beard  (Corporate Defendant)

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the Court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

04-44E
BEARD