IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEONARD C. JEFFERSON,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | **C.A. No. 04-44 ERIE** |
| ) | **Judge McLaughlin** |
| **WILLIAM WOLFE, et al.,** ) | **Magistrate Judge Baxter** |
| ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

AND NOW, this _____ day of September, 2005, upon consideration of the Motion to Extend Deadline to File a Responsive Pleading to the Third Amended Complaint of Defendants Wolfe and Beard, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that the Defendants Wolfe and Beard shall file a responsive pleading by October 24, 2005. Responses shall be filed 30 days thereafter.

By the Court:

_____
J.

Cc:
Leonard C. Jefferson
CL-4135
SCI Albion
10745 Route 18
Albion, PA 16475-0004