Part. Pay
CA 04-44 E

```
        UNITED STATES
        DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

      # 00500532 - AM
       September 21, 2005


   Code   Case #   Qty    Amount

   1ST CIVI 04-44 E         3.17 CH


   TOTAL →              3.17


   FROM: SCI ALBION/LEONARD JEFFERSON
         INMATE GEN. WELFARE FUND
         10745 ROUTE 18
         ALBION, PA 16475-0001
```