# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LEONARD C. JEFFERSON | C.A. No. 04-44 ERIE |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| WILLIAM WOLFE, ET. AL. | |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
GLENN McQUOWN

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
DEPARTMENT OF CORRECTIONS
2520 LISBURN RD. P.O. BOX 598 CAMP HILL, PA 17001-0598

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

LEONARD C. JEFFERSON, CL-4135
10745 RT. 18
ALBION, PA 16475-0002

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 12 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

DEPARTMENT OF CORRECTIONS' SECURITY REGULATIONS PROHIBIT PLAINTIFF FROM OBTAINING D.O.C. EMPLOYEES' HOME ADDRESSES.

GLENN McQUOWN
DEPARTMENT OF CORRECTIONS
2520 LISBURN ROAD, P.O. BOX 598
CAMP HILL, PA 17001-0598

Signature of Attorney or other Originator requesting service on behalf of:  ☑ PLAINTIFF   ☐ DEFENDANT
Leonard C. Jefferson
TELEPHONE NUMBER: none
DATE: 08-16-05

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | No. | No. | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service / Time / am / pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $0 | | | $0 | | $8.00 | |

REMARKS: mailed 8-24-05

10/07/05 RETURNED TO COURT UNEXECUTED - NO RESPONSE TO WAIVER BY MAIL

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Leonard C. Jefferson      )
    vs.                   )   Civil Action: 04-0044 Erie
Glenn McQuown             )

### NOTICE OF INABILITY OF EFFECTUATE SERVICE

The Under signed Hereby certified that on 08/24/05, the Order and Complaint in the above captioned case, and the Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons were mailed to the above named defendant. No acknowledgment of service has been received, and more than 30 days has elapsed.

                                Thomas M. Fitzgerald
                                United States Marshal
                                Western District of Pennsylvania

                        By:     Sheila Blessing
                                Administrative Clerk
                                United States Marshals Service
                                Western District of Pennsylvania
                                October 7, 2005

### ORDER

AND NOW, this_____day of _____, 20___, upon consideration of the foregoing Notice of Inability to Effectuate Service,

IT IS **ORDERED** that the Clerk of Court prepare duplicate Summons and Complaint,

AND IT IS FURTHER ORDERED that the United States Marshal make personal service of those documents upon the above named defendant.