**Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN

*a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LEONARD C. JEFFERSON | C.A. No. 04-44 ERIE |
| DEFENDANT | TYPE OF PROCESS |
| WILLIAM WOLFE, ET AL. | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
TIMOTHY HAMETZ
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
DEPARTMENT OF CORRECTIONS, 2520 LISBURN RD. P.O. BOX 598, CAMP HILL, PA 17001-598

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

LEONARD C. JEFFERSON, CL-4135
10745 RT. 18
ALBION, PA 16475-0002

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | 12 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

DEPARTMENT OF CORRECTIONS' SECURITY REGULATIONS PROHIBIT PLAINTIFF FROM OBTAINING D.O.C. EMPLOYEES' HOME ADDRESSES.
TIMOTHY HAMETZ
DEPARTMENT OF CORRECTIONS
2520 LISBURN RD. P.O. BOX 598, CAMP HILL, PA 17001-0598

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
*Leonard C. Jefferson*
TELEPHONE NUMBER: NONE
DATE: 08-16-05

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

REMARKS: mailed 8-24-05

10/07/05 RETURNED TO COURT UNEXECUTED - NO RESPONSE TO WAIVER BY MAIL

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Leonard C. Jefferson       )
    vs.                         )    Civil Action: 04-0044 Erie
Timothy Hametz             )

### NOTICE OF INABILITY OF EFFECTUATE SERVICE

The Under signed Hereby certified that on 08/24/05, the Order and Complaint in the above captioned case, and the Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons were mailed to the above named defendant. No acknowledgment of service has been received, and more than 30 days has elapsed.

*Thomas M. Fitzgerald*
*United States Marshal*
*Western District of Pennsylvania*

By:  *Sheila Blessing*
     Administrative Clerk
     United States Marshals Service
     Western District of Pennsylvania
     October 7, 2005

### ORDER

AND NOW, this _____ day of _____, 20___, upon consideration of the foregoing Notice of Inability to Effectuate Service,

IT IS **ORDERED** that the Clerk of Court prepare duplicate Summons and Complaint,

**AND IT IS FURTHER ORDERED** that the United States Marshal make personal service of those documents upon the above named defendant.

_____