## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEONARD C. JEFFERSON, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 04-044E** |
| **V.** | ) | |
| | ) | **Judge Sean J. McLaughlin** |
| Superintendent WILLIAM WOLFE; | ) | **Mag. Judge Susan Paradise Baxter** |
| SECRETARY JEFFREY A. BEARD; | ) | |
| GLENN McQUOWN; PATRICIA | ) | |
| GAMBLE; MICHAEL SNYDER; | ) | |
| PATRICIA McKISSOCK; UNIT | ) | |
| MANAGER TIMOTHY HAMETZ; | ) | |
| CHIEF GRIEVANCE CORD. THOMAS | ) | |
| L. JAMES; SHARON M. BURKS; | ) | |
| BARRY LOBDELL; C.O. CLEMENT; | ) | |
| IVORY BARNETT; ZACHARY | ) | |
| MOSLAK, | ) | |
| | ) | |
| **Defendants.** | ) | **Electronically Filed** |

## DEFENDANTS' MOTION TO DISMISS
## PLAINTIFF'S THIRD AMENDED COMPLAINT

AND NOW, come the defendants, William Wolfe, Jeffrey A. Beard, Glenn McQuown, Patricia Gamble, Michael Snyder, Patricia McKissock, Timothy Hametz, Thomas L. James, Sharon M. Burks, Barry Lobdell, C.O. Clement, Ivory Barnett, and Zachary Moslak, by their attorneys, Thomas W. Corbett, Jr., Attorney General, Christian D. Bareford, Deputy Attorney General, and Susan J. Forney, Chief Deputy Attorney General, and respectfully move to dismiss Plaintiff's Third Amended Complaint for the following reasons:

1.     Plaintiff has failed to state a claim upon which relief can be granted pursuant to Fed.R.Civ.P. 12(b)(6).

2.      Plaintiff's First Amendment free exercise, religious anti-establishment clause, and 2002 retaliatory misconduct claims are barred by the applicable statute of limitations.

3.      Plaintiff has failed to allege personal involvement against defendants Wolfe, Beard, McKissock, Hametz, James, Burks, Moslak, and Barnett.

4.      A brief in support is incorporated by reference.

Respectfully submitted,

**Thomas W. Corbett, Jr.**
Attorney General

BY:     /s/ Christian D. Bareford
        CHRISTIAN D. BAREFORD
        Deputy Attorney General
        PA I.D. No. 83982

        SUSAN J. FORNEY
        Chief Deputy Attorney General
        Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

(412) 565-7680

Date:   October 24, 2005