## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEONARD C. JEFFERSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Civil Action No. 04-044E |
| V. | ) | |
| | ) | Judge Sean J. McLaughlin |
| Superintendent WILLIAM WOLFE; | ) | Mag. Judge Susan Paradise Baxter |
| SECRETARY JEFFREY A. BEARD; | ) | |
| GLENN McQUOWN; PATRICIA | ) | |
| GAMBLE; MICHAEL SNYDER; | ) | |
| PATRICIA McKISSOCK; UNIT | ) | |
| MANAGER TIMOTHY HAMETZ; | ) | |
| CHIEF GRIEVANCE CORD. THOMAS | ) | |
| L. JAMES; SHARON M. BURKS; | ) | |
| BARRY LOBDELL; C.O. CLEMENT; | ) | |
| IVORY BARNETT; ZACHARY | ) | |
| MOSLAK, | ) | |
| | ) | |
| **Defendants.** | ) | Electronically Filed |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____ 2005, upon consideration of the foregoing **Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint** it is hereby **ORDERED** that the motion is **GRANTED.**

BY THE COURT;

_____
J.