## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within **Brief in Support of Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint** was served upon the following via first-class mail:

LEONARD C. JEFFERSON
CL-4135
SCI-Albion
10745 Route 18
Albion, PA  16475-0004

                                                    /s/ Christian D. Bareford
                                                  CHRISTIAN D. BAREFORD
                                                  Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

(412) 565-7680

Date:  October 24, 2005