Leonard C. Jefferson, CL-4135
10745 Rt. 18
Albion, PA 16475-0002
October 11, 2005

U.S. Department of Justice
United States Marshals Service
Western District of Pennsylvania
241 U.S. Post Office and Courthouse
7th Avenue and Grant Street
Pittsburgh, PA 15219

RE: CA-04-0044 ERIE / STATUS OF SERVICE UPON DEFENDANTS

Dear Ms. Blessing:

As you instructed in your 08/10/05 letter (a copy of which is attached hereto) I completed a FORM USM-285 for each of the defendants in this action, and I mailed the completed 285s to your office on the dates stated on the (attached) Certificate of Service.

As of today, only defendants Wolfe and Beard, via their attorney, informed me that they have been served with a copy of Plaintiff's Third Amended Complaint.

Almost sixty (60) days have passed since I mailed your office the 285s for service upon defendants:

    1. Glenn McQuown            2. Robert Boeh
    3. Patricia Gamble          4. Michael Snyder
    5. Patricia McKissock      6. Timothy Hametz
    7. Thomas L. James         8. Sharon M. Burks
    9. Barry Lobdell             10. C.O. Clement
  11. Ivory Barnett, and       12. Zachary Moslak;

and I have not received any notification that service has been accomplished on any of the 12 above-named defendants.

Would you please inform me: (1) of the status of service upon the 12 above-named defendants, and (2) provide instructions for me if there are additional steps that I must take to perfect service upon them.

Thank you for your time and attention to this matter.

                                          Respectfully

                                          *Leonard C. Jefferson*

CC/Enclosures: Judge Baxter
                file



**U.S. Department of Justice**

*United States Marshals Service*

*Western District of Pennsylvania*

*241 U.S. Post Office and Courthouse*
*7th Avenue and Grant Street*
*Pittsburgh, PA 15219*

*August 10, 2005*

Leonard C. Jefferson, CL-4135
SCI Albion
10745 Route 18
Albion, Pa. 16475-0004

Dear Mr./Ms. Jefferson,

Per Court Order dated <u>07/28/05</u> for case no. <u>CA-04-0044 Erie</u> you are required to provide the U.S. Marshals Service with directions for service of **each defendant**. Please complete the enclosed U.S.M. 285(s)- **for each of defendant(s) Wolfe, Beard, McQuown, Gamble, Snyder, McKissock, Hametz, James, Burks, Lobdell, Clement, Barnett and Moslak** and return it/them as soon as possible. Please ensure that each form is completed with **proper and correct names and addresses**. Facilities, Companies and/or Individuals will not accept service for an unknown or John or Jane Doe.

If you fail to return the correct and completed enclosed form(s) in the self-addressed envelope we have provided for you, we will be unable to complete service for you.

Sincerely,

THOMAS M. FITZGERALD
UNITED STATES MARSHAL
WESTERN DISTRICT OF PENNSYLVANIA

*Sheila Blessing*

By: Sheila Blessing
    Administrative Support Assistant
    United States Marshals Service
    Western District of Pennsylvania

ENCLOSURES

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LEONARD C. JEFFERSON,
       Plaintiff,

V.                                C.A. NO. 04-44 ERIE

WILLIAM WOLFE, et al.,
       Defendants.

## CERTIFICATE OF SERVICE

Pursuant to the 03/30/05 and 07/28/05 ORDERS of this court, plaintiff hereby certifies, on this 1st day of September, 2005, that he mailed fourteen (14) FORM USM-285s to the: United States Marshals Service, Western District of Pennsylvania, 700 Grant Street, Suite 241, Pittsburgh, PA 15219-1912 for service upon each of the original and additional defendants in this action, as follows:

    On 08/14/05 one FORM USM-285 for defendant Wolfe and one for defendant Beard requesting service upon their counsel, Christian D. Bareford, Deputy Attorney General, OFFICE OF ATTORNEY GENERAL, 6th Floor, Manor Plaza, 564 Forbes Avenue, Pittsburgh, PA 15219.

    On 08/16/05 one FORM USM-285 for service upon each of the following defendants: Patricia Gamble, Michael Snyder, Patricia McKissock, and Barry Lobdell; at SCI-Albion, 10745 Rt. 18, Albion, PA 16475-0001.

    On 08/16/05 one FORM USM-285 for service upon each of the following defendants: Glenn McQuown, Robert Boeh, Timothy Hametz, Thomas James, Sharon Burks, C.O.1 Clement, Ivory Barnett, and Zachary Moslak at; Pennsylvania Department of Corrections, 2520 Lisburn Road, P.O. Box 598, Camp Hill, PA 17001-0598.

    On 08/29/05 plaintiff re-mailed the FORM USM-285 (addressed to Robert Boeh) to the Marshals for service upon Mr. Boeh. (The Marshals had returned said FORM to plaintiff along with an un-signed note which stated: "Robert Boeh is not listed as a defendant on the court docket sheet.")

                                                      Leonard C. Jefferson, CL-4135
                                                      10745 Rt. 18
                                                      Albion, PA 16475-0002

                                                      *Leonard C. Jefferson* (signature)

Dated: September 1, 2005