```
        UNITED STATES
        DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
             ERIE Division

      # 06000052 - DM  dm
      October 28, 2005


     Code    Case #    Qty     Amount

     1ST CIVI  04-44E            3.02 CH
     1ST CIVI  03-363E           6.07 CH
     1ST CIVI  05-112E           3.03 CH
     1ST CIVI  04-363E          12.94 CH


     TOTAL →                    25.06


     FROM: SCI ALBION FOR
           JEFFERSON, BARNES, MILEY
```

rcpt # 06-52
CA 04-44E Jefferson
$3.02