IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LEONARD C. JEFFERSON,
                    Plaintiff,

        V.                                    C.A. NO. 04-44 ERIE

WILLIAM WOLFE, ET AL.,
                    Defendants

PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

Plaintiff, Leonard C. Jefferson, pro se, pursuant to Rule 6 (b) of the
Fed. R. Civil P., respectfully asks this Court to enlarge the time period
wherein Plaintiff is allowed to file his Motion Opposing Defendants' Motion
To Dismiss Third Amended Complaint (DOC # 67), and, in support of this motion
Plaintiff asserts the following:

1. It appears that, instead of addressing the merits of the clearly
articulated claims set forth in Plaintiff's Third Amended Complaint (DOC # 39)
in a straightforward manner, defense counsel has employed a smoke screen
strategy (via the gross distortions/misstatements, of Plaintiff's claims, in
the Motion to Dismiss (DOC # 67)) in an attempt to cause the Court to become
unable to see: (a) the claims set forth in Plaintiff's Third Amended Complaint
do, in fact, state causes of action upon which relief can be granted, and (b)
Defendants' Motion to Dismiss should be denied.

2. WHEREFORE: Plaintiff respectfully ask this Court to Grant Plaintiff's
Motion for Enlargement of Time, to allow Plaintiff sufficient time to detect
and correct all of defense counsel's subtle (but potentially dispositive)
distortions/misstatements in his Motion to Dismiss, and to prepare a proper
motion opposing Defendants' Motion to Dismiss (DOC # 67) which will effectively
remove the smoke and secure and protect Plaintiff's right to obtain the relief

which he seeks in this action.

Respectfully submitted

*Leonard C. Jefferson*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LEONARD C. JEFFERSON,
        Plaintiff,

    V.                      C.A. NO. 04-44 ERIE

WILLIAM WOLFE, ET AL.,
        Defendants

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within

PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME has been sent via first-class

mail on this 8th day of November, 2005 to the following:

CHRISTIAN D. BAREFORD
Deputy Attorney General
Office Of Attorney General
6th Floor, Manor Plaza
564 Forbes Avenue
Pittsburgh, PA 15219

*Leonard C. Jefferson*

Leonard C. Jefferson, CL-4135
10745 Rt. 18
Albion, PA 16475-0002

Dated: 11/08/05

Leonard C. Jefferson, CL-4135
10745 Rt. 18
Albion, PA 16475-0002
November 8, 2005

Clerk's Office
U.S. District Court
P.O. Box 1820
Erie, PA 16507

RE: JEFFERSON V. WOLFE, ET AL., C.A. NO. 04-44 ERIE

Dear Sir or Madam:

Please file the enclosed Plaintiff's Motion For Enlargement Of Time in the

above captioned case.


Thank you for your attention to this matter.

Respectfully

*Leonard C. Jefferson*