CA 04-44 E

part pay

receipt #06-93

```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

        # 06000093 - DM
        November 17, 2005


    Code    Case #    Qty     Amount

    1ST CIVI 04-44 Erie        3.02 CH
    APPEAL D 05-1789 ca       10.42 CH
    1ST CIVI 03-363            6.07 CH
    1ST CIVI 05-112            3.03 CH
    1ST CIVI 04-365           13.04 CH


    TOTAL →                   35.58



    FROM: SCI ALBION - LEONARD JEFFERSON
          ANTHONY DEFRANCO
          BENNIE BARNES
          MICHAEL WILEY
```