CA 04-44 E
partial payment
Receipt # 06-138

```
      UNITED STATES
      DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
         ERIE Division

    R 06000138 - DM  dm
    December 14, 2005


  Code    Case #     Qty    Amount

  2ND CIVI 04-44 E          2.58 CH
  APPEAL D 04-230 E        10.58 CH
  1ST CIVI 03-279 E        10.24 CH
  1ST CIVI 05-112           2.78 CH
  2ND CIVI 04-365          12.75 CH
  1ST CIVI 03-363           5.68 CH


  TOTAL →                  54.91


  FROM: SCI ALBION-LINARD JEFFERSON
        ANTHONY DEFRANCO, ASHANTA
        HYDE, DEWEY HARNESS, MITCH.
        ATLEY
```