CA 04-44 E
part pay
receipt 06-183

```
       UNITED STATES
       DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

    # 06000183  -  DM  dm
    January 25, 2006


 Code    Case #     Qty     Amount

 2ND CIVI 04-44 E            2.68 CH
 APPEAL D 04-230 E          10.08 CH
 1ST CIVI 03-363 E           6.07 CH
 1ST CIVI 05-112 E           3.04 CH
 2ND CIVI 04-365 E          13.34 CH


 TOTAL→                     35.41



 FROM: SCI ALBION FOR
       LEONARD JEFFERSON, ANTHONY
       DEFRANCO, BENNIE BARNES,
       MICHAEL MILEY
```