CA 04-44 E
part pay
receipt # 06-212

```
        UNITED STATES
        DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
           ERIE DIVISION

      # 00600212 - SP
         February 9, 2006

  Code    Case #         Qty     Amount

  700 CIVL 04-44E                  5.42
  700 CIVL 04-219E                10.00
  700 CIVL 05-167E                 5.34
  700 CIVL 05-112E                 1.17
  700 CIVL 04-006E                14.57

  TOTAL →                         36.50
```