```
      UNITED STATES
      DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
          ERIE Division

      # 06000324 - SP
       April 27, 2006


   Code    Case #    Qty     Amount

   1ST CIVI CA-04-44E          2.73 CH
   FIRSTAPP CA-04-230E         5.57 CH
   1ST CIVI CA-02-279E         3.46 CH
   1ST CIVI CA-03-363E         5.52 CH
   1ST CIVI CA-04-365E         5.27 CH


   TOTAL →                    27.55


   FROM: JEFFERSON, DEFRANCO, HAGG,
         BARNES, MILES
```

→ $ 2.73

CA 04-44 E
part pay
receipt # 06000324