```
         UNITED STATES
         DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

         # 06000343 - SP
           May 15, 2006

   Code      Case #    Qty      Amount

  1ST CIVI  04-44E              3.17 CH
  FIRSTAPP  04-230E            10.25 CH
  1ST CIVI  02-279E            40.00 CH
  1ST CIVI  03-363E             6.07 CH
  1ST CIVI  05-112E             3.03 CH
  1ST CIVI  04-365E             6.19 CH

  TOTAL →                      68.71

  FROM: SCI ALBION FOR JEFFERSON,
        DEFRANCO, HAQQ, BARNES, WILEY
```

CA 04-44 E

part pay CFF

receipt 06000343

$3.17