**Name** LEONARD C. JEFFERSON

**Number** CL-4135

**Unit/Side** F/B

10745, Route 18
Albion, PA 16475-0002

**INMATE MAIL
PA DEPT OF
CORRECTIONS**

CLERK'S OFFICE
U.S. DISTRICT COURT
P.O. BOX 1820
ERIE, PA 16507

UNITED STATES POSTAGE

$ 00.39⁰
PITNEY BOWES

02 1A
0004355314
MAILED FROM ZIP CODE 16401
MAY 24 2006

**RECEIVED**

**MAY 2 5 2006**

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA