```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
         PITTSBURGH Division

        # 06004560 - KM
          June 20, 2006


    Code    Case #    Qty      Amount

    1ST CIVI  04-cv-44E           6.02 CH
    1ST APPE  04-cv-230E         10.50 CH
    1ST CIVI  03-cv-363E          5.80 CH
    1ST CIVI  05-cv-112E          2.90 CH


    TOTAL →                      25.30



    FROM: SCI ALBION
          10745 ROUTE 18
          ALBION, PA 16475
          JEFFERSON, DEFRANCO, BARNES
```

Handwritten annotation:

CA 0444 E
part payment
receipt #
06004560