COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
2520 LISBURN ROAD, P.O. BOX 598
CAMP HILL, PA 17001-0598

THE SECRETARY'S OFFICE OF
INMATE GRIEVANCES AND APPEALS

April 9, 2003

Leonard Jefferson, CL-4135
SCI- Albion

                          Re:    DC-ADM 804 – Final Review
                                 Grievance No. 38293

Dear Mr. Jefferson:

      This is to acknowledge receipt of your appeal to final review of the above numbered grievance.

      In accordance with the provisions of DC-ADM 804, effective May 1, 2002, I have reviewed the entire record of this grievance; including your initial grievance, the grievance officer's response, your appeal from initial review and the superintendent's response. I have also carefully reviewed the issues you raise to final review.

      Upon completion of this review, it is the decision of this office to uphold the responses provided by staff at the institutional level. In this grievance you presented the same argument that you presented in grievance # 41961. The assigning of the grievance officer in this case was not the reason for you being terminated and therefore, the results would have been the same no matter whom the grievance was assigned.

      The responses provided at the institutional level are appropriate and in accordance with Department of Corrections policies and procedures. Accordingly, your appeal to final review must be denied.

                                                      Sincerely,

                                                      Thomas L. James
                                                      Chief Grievance Coordinator

TLJ:jk

cc:    Superintendent Wolfe
       Grievance Office
       Central File

*"Our mission is to protect the public by confining persons committed to our custody in safe secure facilities, and to provide opportunities to inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims."*

ATTACHMENT No. 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**2520 LISBURN ROAD, P.O. BOX 598**
**CAMP HILL, PA 17001-0598**

THE SECRETARY'S OFFICE OF
INMATE GRIEVANCES AND APPEALS

April 9, 2003

Leonard Jefferson, CL-4135
SCI- Albion

                Re:    DC-ADM 804 – Final Review
                           Grievance No. 41961

Dear Mr. Jefferson:

      This is to acknowledge receipt of your appeal to final review of the above numbered grievance.

      In accordance with the provisions of DC-ADM 804, effective May 1, 2002, I have reviewed the entire record of this grievance; including your initial grievance, the grievance officer's response, your appeal from initial review and the superintendent's response. I have also carefully reviewed the issues you raise to final review.

      Upon completion of this review, it is the decision of this office to uphold the responses provided by staff at the institutional level. I have taken the liberty of reviewing grievance # 38293 concerning Chaplain McGuown being assigned as the grievance officer. The intent of this provision in the 804 is to encourage objectivity and eliminate staff from investigating issue that solely relates to them. In this case, the Support team made the decision to terminate you from your job. This action is certainly within the discretion of the unit management team. I further have determined the results of this decision would in all probability not have changed has it been assigned to another management level staff.

      The responses provided at the institutional level are appropriate and in accordance with Department of Corrections policies and procedures. Accordingly, your appeal to final review must be denied.

                                                Sincerely,

                                                Thomas L. James
                                                Chief Grievance Coordinator

TLJ:jk

cc:     Superintendent Wolfe
         Grievance Office
         Central File

*"Our mission is to protect the public by confining persons committed to our custody in safe secure facilities, and to provide opportunities to inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims."*

                                                                        ATTACHMENT No. 2

## AYATS THAT WARN AGAINST LISTENING TO AND OBEYING OTHER THAN ALLAH

You (alone) do we worship and Your aid (alone) we Seek (1:5) Say: The Guidance of Allah, that is the (only) guidance, if you follow their desires after knowledge has reached you, then you will find no helper nor protector against Allah (2:120) But if anyone, after Allah's Favor has come to him, substitutes (something else) Allah is strict in punishment (2:211) Unbelievers call you to the Fire (2:221) Whoever holds on to Allah will be shown a way that is straight (3:101) O you who believe! Take not into your intimacy those outside your ranks: they will not fail to corrupt you. They only desire for you to suffer: rank hatred has already appeared from their mouths: what their hearts conceal is far worse. We have made plain to you the Signs, if you have wisdom (3:118) O you who believe! If you obey the unbelievers, they will drive you back on your heels and you will turn back (from faith) to your own loss (3:149) Any who denies Allah, His Angels, His Books, His Messengers, and the Day of Judgment has gone far, far astray (4:136) Follow not their vain desires...to each among you We have prescribed a law and an open way...to test you in what He has given you (5:48) Follow not their vain desires, but beware of them lest they beguile you from any of that (teaching) which Allah has sent down to you (5:49) O you who believe! Take not for friends and protectors those who take your religion for a mockery or sport (5:57) Say: I would, if I disobey my Lord, indeed have fear of the chastisement of a Mighty Day (6:15) Say: I am forbidden to worship those, other than Allah, whom you call upon. Say: I will not follow your vain desires: if I did, I would stray from the Path, and be not of the company of those who receive guidance. Say: For me, I am on a Clear Sign from my Lord, but you reject Him...(6:56-7) Sit not in the company of those who do wrong (6:68) So leave them and what they forge (6:112) And if you were to follow the common run of those on earth, they will lead you away from the Way of Allah. They follow nothing but conjecture. They do nothing but lie (6:116) If you were to obey them, you would be pagans (6:121) ...nor follow the vain desires of such as treat Our Signs as falsehood, and such as believe not in the Hereafter (6:150) Verily this is My Way leading straight: follow it, follow not (other) paths; they will scatter you from His Path (6:153) Follow (O Men!) the Revelation given to you from your Lord, and follow not, as friends or protectors, other than Him (7:3) Fight those who believe not in Allah nor the Last Day, nor hold that forbidden which has been forbidden by Allah and His Messenger, nor acknowledge the Religion of Truth, from among the People of the Book until they pay the jizya with willing submission and feel themselves subdued (9:29) O you who believe! Fight the unbelievers who are near to you and let them find harshness in you (9:123) Thus have We revealed it to be a judgment of authority in Arabic. If you follow their (vain) desires after the knowledge which has reached you, then you will find neither a protector nor a defender against Allah (13:37) Verily this Qur'an guides to that which is most right (17:9) And keep yourself content with those who call on their Lord morning and evening, seeking His Face: and let not your eyes pass beyond them seeking the pomp and glitter of this life: nor obey any whose heart We have permitted to neglect the remembrance of Us, one who follows his own desires, and his affair has become all excess (18:28) Say: Obey Allah, and obey the Messenger: but if you turn away, he is only responsible for the duty placed on him and you for that placed on you. If you obey Him you shall be on Guidance (24:54) Therefore listen not to the unbelievers, but strive against them with the utmost strenuousness, with the (Qur'an) (25:52) ...know that they only follow their desires: and who is more astray than one who follows his desires, without guidance from Allah? (28:50)   ...therefore lend not your support in any way to those who reject (Allah's Message) (28:86) Let no one turn you away from Allah's Revelations after they have been revealed to you (28:87) Do men think that they will be left

ATTACHMENT No. 3

alone on saying, "We believe," and that they will not be tested? (29:2) And the unbelievers say to those who believe "follow our path, and we will bear (the consequences) of your faults (29:12) And obey not (the behest) of the unbelievers and the hypocrites, and disregard their insolence but put your trust in Allah (33:48) ...nor follow the lusts (of your heart) for it will mislead you from the Path of Allah (38:26) Now then, for that (reason) call (them to faith), and stand steadfast as you are commanded, nor follow their vain desires; but say: I believe in whatever Book Allah has sent down... (42:15) Then We put you on the (right) Way of Religion: so follow that (way) and follow not the desires of those who know not (45:18) Then do you see one who takes as his god his own desires? Allah has, knowing (him as such) left him astray...will you not then receive admonition? (45:23) Those who turn back as apostates after Guidance was clearly shown to them – Shaytan has instigated them and buoyed them up with false hopes. This because they said to those who hate what Allah has revealed, "We will obey you in part of (this) matter." But Allah knows their inner secrets (47:25-6) Verily your Lord knows best which (among men) has strayed from His Path: and He knows best those who receive (true) Guidance. So obey not those who deny (truth). Their desire is that you should be pliant: so they would be pliant (68:7-9) But verily this is a Message for the God-fearing. And We certainly know that there are among you those that reject (it). But truly (Revelation) is a cause of sorrow for the unbelievers (68:48-50) It is We Who have sent down the Qur'an to you by stages. Therefore be patient with constancy to the command of your Lord, and obey not the sinner or ingrate among them (76:23-4) Say: O you that reject Faith! I worship not that which you worship. Nor will you worship that which I worship. And I will not worship that which you have been wont to worship. Nor will you worship that which I worship. To you be your way and to me be mine (109:1-5)

ATTACHMENT No. 4