Leonard C. Jefferson
CL-4135
10745 HT 18
ALBION PA 16475-0002

Clerk's Office
U.S. District Court
P.O. Box 1820
Erie, PA 16507



INMATE MAIL
PA DEPT OF
CORRECTIONS

RECEIVED

AUG 0 3 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

$01.35⁰