# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Leonard C. Jefferson )
)
)
Plaintiff )
vs. )   No.   CA 04-44 Erie
Supt. William Wolfe, et al )
)
)
Defendants )

HEARING ON   August 28, 2006   Case Management Conference

Before   Chief U. S. Magistrate Judge Susan Paradise Baxter

Leonard C. Jefferson, pro se          Mary Lynch Friedline, Esq., Atty Gen.

Appear for Plaintiff                  Appear for Defendant

Hearing Begun  10:00 am               Hearing Adjourned to

Hearing concluded C.A.V.  10:10 am    Stenographer  Ron Bench
                                      CD:           Index:

**WITNESSES**

For Plaintiff                         For Defendant

Discovery Deadline - December 15, 2006

Dispositive motions - January 12, 2007

Response to dispositive motion - February 9, 2007