```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

        # 06000485 - SP
        August 30, 2006


  Code    Case #    Qty    Amount

  1ST CIVI CA-04-44E              3.00 CH
  2ND CIVI CA-04-44E              0.02 CH
  FIRSTAPP CA-04-138E            14.58 CH
  1ST CIVI CA-05-363E             6.07 CH
  1ST CIVI CA-05-112E             3.04 CH


  TOTAL→                         26.71



  FROM: SCI ALBION FOR JEFFERSON,
        DEFRANCO, AND BARNES
```

CA 04-44 E

$3.02

part pay

receipt # 06000485