IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEONARD C. JEFFERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 04-044E |
| V. | ) | |
| | ) | District Judge McLaughlin |
| SECRETARY JEFFREY A. BEARD; | ) | Magistrate Judge Baxter |
| GLENN McQUOWN; ROBERT BOEH; | ) | |
| PATRICIA GAMBLE; MICHAEL | ) | |
| SNYDER; PATRICIA McKISSOCK; | ) | |
| UNIT MANAGER TIMOTHY | ) | |
| HAMETZ, | ) | |
| | ) | |
| Defendants. | ) | Electronically Filed. |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of defendants' Motion for Extension of Time to Respond to Plaintiff's Interrogatories, it is hereby ORDERED that said Motion is Granted.  Defendants shall have an additional fourteen (14) days to respond to Plaintiff's Interrogatories, or until September 19, 2006.

_____

1