```
         UNITED STATES
         DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
             ERIE Division

         # 06000528 - SPB
          September 29, 2006


    Code     Case #      Qty        Amount

   (2ND CIVI  CA-04-44E              3.22 CH)
    FIRSTAPP  CA-04-230E            14.33 CH
    2ND CIVI  CA-02-27E             43.00 CH
    1ST CIVI  CA-03-363E             1.65 CH
    2ND CIVI  CA-03-363E             4.14 CH
    1ST CIVI  CA-05-112E             2.89 CH


    TOTAL→                          66.03




    FROM: SCI ALBION FOR JEFFERSON,
          DEFRANCO, HAQQ, BARNES
```

*(Handwritten note on side):* CA 04-44 E part pay receipt # 06000528