Name: LEONARD C. JEFFERSON
Number: CL-4135
Unit/Side: F/B
10745, Route 18
Albion, PA 16475-0002

INMATE MAIL
PA DEPT OF
CORRECTIONS

16507+0820-20 B007

Clerk's Office
U.S. District Court
P.O. Box 1820
Erie, PA 16507



UNITED STATES POSTAGE
02 1R
0004335314
MAILED FROM ZIP CODE 16401
$ 00.63⁰
OCT 05 2005
PITNEY BOWES

RECEIVED

OCT - 6 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA