IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEONARD C. JEFFERSON,<br>      Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 04-44 Erie |
| WILLIAM WOLFE, et al,<br>      Defendants. | )<br>)<br>) |

**<u>ORDER</u>**

AND NOW, this 16th Day of October, 2006, it is hereby

ORDERED that the above captioned case is scheduled for a Hearing on the Motion for Protective Order (Doc. #95) before the Honorable Susan Paradise Baxter, on Tuesday, October 24, 2006, at 10:30 a.m. Counsel for the Defendants is directed to make arrangements for all parties to participate by conference call on the above date and time to telephone number (814) 464-9632.

 s/Susan Paradise Baxter
SUSAN PARADISE BAXTER
CHIEF UNITED STATES MAGISTRATE JUDGE

c: all parties of record (lw)