IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LEONARD C. JEFFERSON,
        Plaintiff,

        v.                                    C.A. NO. 04-44 ERIE

WILLIAM WOLFE, et al.,
        Defendants.

## PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION
## FOR PROTECTIVE ORDER CONCERNING PLAINTIFF'S 470 REQUESTS FOR ADMISSIONS

AND NOW comes plaintiff, LEONARD C. JEFFERSON to present his objection to Defendants' Motion For Protective Order Concerning Plaintiff's 470 Requests For Admissions (Doc # 95) and asserts the following:

1. Defendants filed Doc # 95 on 10/06/06.

2. Pursuant to Rule 26(c) of Fed.R.Civ.P. a motion for protective order must include a certification that the movant has in good faith conferred or attempted to confer with the other party in a effort to resolve the dispute without court action.

3. The copy of Doc # 95 received by Plaintiff on 10/10/06 does not have with it the certification mentioned in the preceding paragraph.

4. Defendants have neither contacted nor conferred with Plaintiff in an effort to resolve this dispute without court action.

WHEREFORE, in light of the foregoing, Plaintiff respectfully prays this Honorable Court will deny Defendants' Motion For Protective Order Concerning Plaintiff's 470 Requests For Admissions.

Respectfully submitted

*Leonard C. Jefferson*

Leonard C. Jefferson, CL-4135
10745 Rt. 18
Albion, PA 16475-0002

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing

Plaintiff's Objection to Defendants' Motion For Protective Order Concerning

Plaintiff's 470 Requests For Admissions has been placed in the mailbox on F/B

Unit at SCI-Albion on the 12th day of October, 2006 for delivery by first

class mail to:

Mary L. Friedline
Senior Deputy Attorney General
Office of Attorney General
6th Floor, Manor Plaza
564 Forbes Avenue
Pittsburgh, PA 15219

*Leonard C. Jefferson*
Leonard C. Jefferson, CL-4135
10745 Rt. 18
Albion, PA 16475-0002