INMATE MAIL
PA DEPT OF
CORRECTIONS

RECEIVED
OCT 17 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

CLEARED X-RAY

LEONARD C. JEFFERSON
CL-4135
10745 RT. 18
ALBION, PA 16475-0002

CLERK'S OFFICE
U.S. DISTRICT COURT
P.O. BOX 1820
ERIE, PA 16507