IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LEONARD C. JEFFERSON,
        Plaintiff,

v.                                C.A. NO. 04-44 ERIE

WILLIAM WOLFE, et al.,
        Defendants.

PLAINTIFF'S MOTION FOR PERMISSION TO WITHDRAW
PLAINTIFF'S REQUEST FOR (470) ADMISSIONS

AND NOW comes plaintiff LEONARD C. JEFFERSON and respectfully asks this Honorable Court for permission to withdraw Plaintiff's Request for (470) Admissions and states the following in support of this request:

1. Plaintiff served a Request For (470) Admissions upon defense counsel by U.S. Mail on 10/01/06.

2. Defendants' Motion For Protective Order Concerning Plaintiff's 470 Requests For Admissions was filed with the Clerk on 10/06/06.

3. Plaintiff did not, and does not, wish to impose any undue burden or hardship upon defense counsel or any defendant.

4. Plaintiff believes that, after reviewing the grounds stated for the Defendants' Request For Protective Order, he may be able to reformat his requests in a manner which will be neither burdensome of objectionable.

5. Plaintiff believes that by withdrawing the objected to Requests he will spare the Court from having to become involved in settling this matter.

WHEREFORE Plaintiff respectfully request that this Honorable Court grant Plaintiff permission to withdraw his Request For (470) Admissions.

Respectfully submitted

*Leonard C. Jefferson*
Leonard C. Jefferson, CL-4135
10745 Rt. 18
Albion, PA 16475-0002

FILED
'06 OCT 19 AM 10:57
CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a true copy of the foregoing Plaintiff's Motion For Leave To Withdraw Plaintiff's Request For (470) Admissions has been placed in the mailbox on F/B Unit in SCI-Albion on this 16th day of October, 2006 for delivery by first class mail to:

Mary L. Friedline
Senior Deputy Attorney General
Office of Attorney General
6th Floor, Manor Plaza
564 Forbes Avenue
Pittsburgh, PA 15219

*Leonard C. Jefferson*
Leonard C. Jefferson, CL-4135
10745 Rt. 18
Albion, PA 16475