LEONARD C. JEFFERSON
CL-4135

ALBION

CLERK'S OFFICE
U.S. DISTRICT COURT
P.O. Box 1820
ERIE, PA 16507

CLEARED X-RAY SCREEN

INMATE MAIL
PA DEPT OF
CORRECTIONS

RECEIVED