# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEONARD C. JEFFERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 04-44 E |
| | ) |
| WILLIAM WOLFE, ET AL., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' AMENDED RESPONSE TO PLAINTIFF'S
INTERROGATORIES AND REQUEST FOR PRODUCTION
OF DOCUMENTS**

12. There was no misconduct report written, but Glenn McQuown did write an Employee Report of Incident dated October 28, 2002, see attached.

13. See document provided in response to number 12 above.

14. Yes, see document provided in response to number 12 above addressed to Captain Bartlett. There were no reports prepared by this Captain.

Respectfully submitted,

THOMAS W. CORBETT, JR.
Attorney General

*Mary L. Friedline*

Mary L. Friedline
Senior Deputy Attorney General
Attorney I.D. No. 47046

Office of Attorney General
6th Floor, Manor Complex
564 Forbes Ave.
Pittsburgh, PA 15219
Phone: (412) 565-3520
Fax:    (412) 565-3019

Susan J. Forney
Chief Deputy Attorney General

Date: October 16, 2006

10/06/2006 15:38 FAX 8147569733    SCI ALBION    ☒002

| DC-121 Part 3  Revised 5/99  Attachment D 8.7.9 | **Pennsylvania Department of Corrections**  **Employee Report of Incident** | ☐ Use of Force  Occurrence | |
|---|---|---|---|
| To: Cpt. Bartlett | Title: Shift Commander | Date: 10/28/02 | Time: 1437 |
| From (Name Printed): McQuown | Title: FCPD | Location of Incident: Chapel office | |
| Employee Signature: Glenn McQuown | Type of Incident: Inflammatory material | | |
| **Inmates Involved**  (Name and Number) | **Staff Involved**  (Name and Title) | **Witnesses** | |
| Jefferson, L. CC-4135 | Brannon, Barbara  Anderson, Michael | Abdalla, Elhafiz | |

**CONFIDENTIAL**
**EYES ONLY OF ADDRESSEE**
**NOT FOR DISTRIBUTION**
**PROPERLY SECURE THIS DOCUMENT**

1. Detailed description of the occurrence.

Minister Anderson requested Clerk Brannon make a copy of the attached document. While no attempt has been made to disseminate this material it is of an inflammatory nature. Inmate Jefferson reports to Imam Abdalla that he was reading the document when Minister Anderson requested first to read it and then gained permission to material to copy. Inmate Jefferson was informed that the material was inappropriate - the poetry portion - and that it is NOT to be distributed.

OCT 29 2002

cc: Ms. Bartlett

02 OCT 28 PM 4:13 SCI ALBION

# ...imprisons blacks at highes...

Pittsburgh Post-G.

## Study by reform group finds it's 14 times that of whites

By John M.R. Bull
Of The Harrisburg Correspondent

HARRISBURG — Pennsylvania incarcerates a larger percentage of its minority population than any other state, according to a new study.

For more than a decade, the state has had one of the highest disparities in the rate at which it incarcerates minority inmates compared with the state's minority population, but now it is the worst, according to a study done by the prison reform group the Justice Policy Institute in Washington, D.C. The results of the study were published recently by the liberal magazine Mother Jones.

"It's not shocking news," said Ernest Preate Jr., a former state attorney general who served time in prison on corruption charges and who is now a crusader for prison reform.

"This has been evident the last several years. This certainly should raise some red flags in the governor's office."

The study compared the number of minorities in state prisons with the number of minorities in the state and measured the results against other states, based on 2000 figures.

Overall, blacks make up 55 percent of the state prison population, but 10 percent of the state's population.

The study concluded that 1,673 of every 100,000 blacks in the state are in prison, compared with 117 of every 100,000 whites. That would mean that blacks are imprisoned at a rate 14 times that of whites.

Add in the number of Hispanic and Asian prisoners, who make up less than 1 percent of the state's population and are incarcerated at a lower rate than blacks, and the state incarcerates minorities overall at 11 times the rate of whites.

That disparity is larger than in any other state, according to the study.

Other states that incarcerate minorities more than 10 times the rate of white defendants are Minnesota, Wisconsin, Connecticut and New Jersey.

Southern states do not incarcerate as great a percentage of their minority populations as do many Northeastern states. Texas had the lowest incarceration disparity, imprisoning minorities at 2.3 times the rate of whites, the study showed.

"'Why?' is something we really don't know," said Jason Ziedenberg, senior policy analyst at the Justice Policy Institute.

"That's an intriguing question," said Alfred Blumstein, a professor of urban systems and operations research at Carnegie Mellon University who has published two well-regarded studies on racial disparity in incarceration rates.

SEE STUDY, PAGE C-2

*The nation's oldest prison advocacy group 'speaks for inmates because nobody else does.' Page C-2*

### Incarceration dis...

Pennsylvania has the highest dis... incarceration rates* in the Unite...

Top states

1. Pennsylvania
2. District of Columbia
3. Wisconsin
4. Connecticut
5. Minnesota
6. New Jersey
7. New York
8. Maryland
9. Illinois
10. Ohio

51. Hawaii

Pen...: 1800, 1600, 1400, 1200, 1000, 800, 600, 400, 200, 0

*Incarceration rates represent prisoners per 100,000 residents of each racial/ethnic group.

Source: motherjones.com

---

**STUDY** FROM PAGE C-1

If you assume that states lock up their most violent offenders at the same rate, it may be that the more conservative "law and order" Southern states lock up more people for nonviolent crimes, Blumstein said.

Because whites commit those crimes at the same rates as blacks, that would mean whites would be incarcerated at the same rate, he said.

Less conservative states tend to allow more discretion in the sentencing of nonviolent crimes, and subtle forms of racism could appear in the rates at which minorities are sentenced to prison, Blumstein said.

He said it was "somewhat surprised" that Pennsylvania would have such a disparate rate of incarceration of its black population, and he couldn't say why. Pennsylvania is not considered one of the "liberal" states such as Minnesota and Connecticut, which have less-stringent sentencing provisions, or, to a lesser degree, New Jersey, Blumstein said.

Judges render sentences on a case-by-case basis. An Associated Press investigation revealed last year that blacks in Pennsylvania tended to more often receive prison sentences, or longer ones, than white defendants accused of the same crimes.

Statistics, however, are not kept on the sentences issued by individual judges.

As of June 30, 34 percent of the state's 37,081 inmates were white, 55 percent were black and 10 percent were Hispanic, according to the state Department of Corrections.

"We don't have anything to do with who's sentenced or how long they're sentenced," said Lisa Aaron, spokeswoman for the department.

A study done last year by Human Rights Watch placed Pennsylvania sixth in the country in its rate of racial disparity in incarceration, based on 1998 figures. That study identified Minnesota, New Jersey and Connecticut and other Northeastern states as having the largest racial disparities in incarceration rates, as was found by the Justice Policy Institute.

That blacks over the past 20 years have been sentenced to prisons at high rates is not news. The latest study merely compared the number of blacks in each state's prisons with the number of blacks in each state, highlighting the disparity in sentencing rates as a percentage of each state's minority population.

The drug war of the past 20 years contributed greatly to that disparity, Preate said.

Drug sweeps are more often conducted in cities, where the population of African-Americans and other minority group members tends to be higher, and that means more blacks are arrested on drug charges, even though a variety of studies show that blacks and whites use illegal drugs at the same rate, Preate said.

Next 2 pages were copied on back side of this

10/06/2006 15:38 FAX 8147569733 SCI ALBION 003

## 21ST CENTURY'S DAWN'S EARLY LIGHT

My Country tis of thee
This is about your reality
By the 21st Century's Dawn's early light
There ain't no justice for you here if you ain't white

Sweet land of liberty
Bitter was the taste of your slavery
And that putrid taste remains strong in all of our mouths
As we now see you lynching us downtown in your courthouses

The whole world watched you beat down Rodney King
Then we saw white jurors who could not see what we were seeing
With their open eyes their closed minds saw the police were right
You know there ain't no justice for you here if you ain't white

Today's lynchings are performed at Police State-style trials
Perpetuating this injustice American-style
Highlighting the unstated semantic reality
That lynchings don't require bodies hanging from the trees

Oh say can you see
Strange fruit no longer hangs in America's trees
Now in the land of the free the home of the brave
Prisons conceal the lynched children of America's slaves

Remember Martin told us to let Freedom ring
So my Country tis of thee that I sing
Now in the land of the free the home of the brave
Prisons conceal the lynched children of America's slaves

10/06/2006 15:40 FAX 8147569733         SCI ALBION                                    ☒005

## SELF-HEALING

Practiced before man began recording history
The art of self-healing ain't no real mystery
The best doctors with perfected visions in their minds
Can't help those who're determined to remain blind

Those who go out of their way to trivialize
Their lost of focus upon a very important prize
Living a nightmare unaware running out of time
Oblivious victims of State-sponsored hate crimes

The only thing missing in their courtrooms is their hanging tree
And justice for people with black skin like you and me
Courts remain one of America's most racist places
Please don't try to deny it when its
    right up in all of our faces

One hundred and seventeen per one hundred thousand
    is White folk's incarceration rate
One thousand six hundred and seventy-three per hundred thousand
    is Black's rate in this racist state
Doubt has been dispelled by computerized light
Black's incarceration rate is fourteen times that of Whites

Social scientist produce these stats then they tell you humongous lies
Which you'll accept as true if you're determined to remain blind
Will you act upon the facts upon which these stats stand
To end State-sponsored hate crimes against the Black man

Even blind eyes must see our apathy as being beyond strange
Educated and wealthy now what are we doing to make this situation change
Could it be that doctorate degrees and surplus personal wealth
Destroy the vision of those who have not learnt
    we must show love to ourselves

Practiced before man began recording history
The art of self-healing ain't no real mystery
The best doctors with perfected visions in their minds
Can't help those who're determined to remain blind

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing *Defendants' Amended Response to Plaintiff's Interrogatories and Request for Production of Documents* was served upon the following, by first-class mail this October 16, 2006.

Leonard C. Jefferson, CL-4135
State Correctional Institution
At Albion
10745 Route 18
Albion, PA  16475

_____
Mary L. Friedline
Senior Deputy Attorney General