# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Leonard C. Jefferson )
)
)
Plaintiff )
vs. )    No.    CA 04-44 Erie
William Wolfe, et al )
)
)
Defendants )

HEARING ON  October 24, 2006    Motion Hearing (Doc. #95)

Before  Chief U. S. Magistrate Judge Susan Paradise Baxter

Leonard C. Jefferson, pro se                Mary Lynch Friedline, Esq., Atty Gen Off

Appear for Plaintiff                Appear for Defendant

Hearing Begun  10:30 am                Hearing Adjourned to

Hearing concluded C.A.V.  10:50 am          Stenographer Janis Ferguson
                                            CD:           Index:

**WITNESSES**

For Plaintiff                              For Defendant

Defendants' motion for protective order (Document # 95) is denied as moot.

Plaintiff's motion for permission to withdraw requests for admissions (Document # 99) is granted.

Plaintiff's motion for order compelling discovery (Document # 100) is denied.