```
           UNITED STATES
          DISTRICT COURT
       WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

       # 07000038 - SP
          October 27, 2006


   Code     Case #    Qty.      Amount

   2ND CIVI CA-04-44E            3.17 CH
   FIRSTAPP CA-04-230E          11.09 CH
   2ND CIVI CA-03-363E           6.35 CH
   1ST CIVI CA-05-112E           3.17 CH


   TOTAL →                      23.78


   FROM: SCI ALBION FOR JEFFERSON,
         DEFRANCO, BARNES
```

Handwritten note:
CA 04-44 E
3.17
part pay
receipt # 07-38