Leonard C. Jefferson
CL-4135

Clerk's Office
U.S. District Court
P.O. Box 1820
Erie, PA 16507

INMATE MAIL
PA DEPT OF
CORRECTIONS



RECEIVED
OCT 31 2006
CLERK U.S. DISTRICT COURT
WEST DIST. OF PENNSYLVANIA



UNITED STATES POSTAGE
$00.39°
MAILED FROM ZIP CODE 16401