IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEONARD C. JEFFERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 04-044E |
| V. | ) | |
| | ) | District Judge McLaughlin |
| SECRETARY JEFFREY A. BEARD; | ) | Magistrate Judge Baxter |
| GLENN McQUOWN; ROBERT BOEH; | ) | |
| PATRICIA GAMBLE; MICHAEL | ) | |
| SNYDER; PATRICIA McKISSOCK; | ) | |
| UNIT MANAGER TIMOTHY | ) | |
| HAMETZ, | ) | |
| | ) | |
| Defendants. | ) | Electronically Filed. |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of defendants' Motion for Protective Order concerning Plaintiff's Request for Admissions to Defendants McQuown and Beard, it is hereby ORDERED that said Motion is Granted.

_____
UNITED STATES MAGISTRATE JUDGE

1