Name: Leonard C. Jefferson
Number: CL-4135
10745 RT. 18
ALBION, PA 16475-0002

Clerk's Office
U.S. District Court
P.O. Box 1820
Erie, PA 16507

RECEIVED
NOV - 8 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA



INMATE MAIL
PA DEPT OF
CORRECTIONS



UNITED STATES POSTAGE
$0.02
MAILED FROM ZIP CODE