IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LEONARD C. JEFFERSON,
       Plaintiff,

v.                                C.A. NO. 04-44 ERIE

WILLIAM WOLFE et al.,
       Defendants

### PLAINTIFF'S MOTION FOR SPEEDY DISPOSITION ON PLAINTIFF'S REQUESTS FOR JUDICIAL NOTICE

AND NOW comes plaintiff LEONARD C. JEFFERSON and respectfully requests this Honorable Court to provide a speedy disposition on the following motions which were filed in this action pursuant to Rule 201, Fed.R.Civ.P.:

1. Plaintiff's REQUEST FOR JUDICIAL NOTICE, dated 08/02/06,

2. Plaintiff's SECOND REQUEST FOR JUDICIAL NOTICE, dated 10/01/06,

3. Plaintiff's THIRD REQUEST FOR JUDICIAL NOTICE, dated 10/12/06, and

4. Plaintiff's FOURTH REQUEST FOR JUDICIAL NOTICE, dated 10/29/06.

WHEREFORE Plaintiff asks this Honorable Court to provide a speedy disposition of the above-mentioned Motions to facilitate the preparation of Plaintiff's summary judgment motions in this case.

Respectfully submitted

*Leonard C. Jefferson*
Leonard C. Jefferson, CL-4135
10745 Rt. 18
Albion, PA 16475-0002

FILED
'06 NOV 14 A9:43
CLERK
U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the forgoing Plaintiff's Motion For Speedy Disposition On Plaintiff's Requests For Judicial Notice has been placed in the mailbox of F/B Unit at SCI-Albion on the 9th day of November, 2006 for delivery by first class U.S. Mail to:

Mary L. Friedline
Senior Deputy Attorney General
Office of Attorney General
6th Floor, Manor Plaza
564 Forbes Avenue
Pittsburgh, PA 15219

*Leonard C. Jefferson*
Leonard C. Jefferson, CL-4135
10745 Rt. 18
Albion, PA 16475-0002

Leonard C. Jefferson, CL-4135
10745 Rt. 18
Albion, PA 16475-0002
November 9, 2006

Clerk's Office
U.S. District Court
P.O. Box 1820
Erie, PA 16507

RE: JEFFERSON V. WOLFE, C.A. NO. 04-44 ERIE

Dear Sir or Madam:

Would you please file the enclosed Plaintiff's Motion For Speedy Disposition on Plaintiff's Requests For Judicial Notice in the above-captioned action.

Thank you for your attention to this matter.

Respectfully

Leonard C. Jefferson