

**INMATE MAIL
PA DEPT OF
CORRECTIONS**

RECEIVED
NOV 14 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Name: LEONARD C. JEFFERSON
Number: CL-A135
Unit/Side: F/B
10745, Route 18
Albion, PA 16475-0002

CLERK'S OFFICE
U.S. DISTRICT COURT
P.O. Box 1820
ERIE, PA 16507