CA 04-44 E
part pay
receipt #07-69
$5.00

```
         UNITED STATES
         DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

       # 07000069 - DM  dm
       November 20, 2006

    Code    Case #    Qty     Amount
    2ND CIVI 04-44 Ecv          5.00 CH
    FIRSTAPP 04-230 Ecv         9.07 CH
    2ND CIVI 03-363 Ecv         5.52 CH
    1ST CIVI 05-112 Ecv         2.76 CH
    1ST CIVI 06-174 Ecv         1.73 CH

    TOTAL →                    24.08

    FROM: SCI ALBION FOR: L. JEFFERSON
         A. DEFRANCO, DENNIS BARNES
         JOHN RICHARDSON
```