## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LEONARD C. JEFFERSON,         )
         **Plaintiff**        )
                       )
        **v.**           )     **Civil Action No. 04-44 Erie**
                       )     **District Judge McLaughlin**
WILLIAM WOLFE, et al.,        )     **Magistrate Judge Baxter**
         **Defendants.**    )

## ORDER

_____Plaintiff has filed a "Motion for Speedy Disposition of Plaintiff's Requests for Judicial Notice" [Document # 107], in which he asks this Court to dispose of four "requests for judicial notice" that he filed with this Court on August 2, 2006, October 1, 2006, October 12, 2006, and October 29, 2006, respectively. Each of these "requests" sets forth a number of purported fact statements of which Plaintiff seeks to have this Court take judicial notice. However, both parties must stipulate to fact statements before this Court can take judicial notice of them, and Defendants have not stipulated to any of the facts set forth in Plaintiff's "requests."

AND NOW, this 27th day of November, 2006;

_____IT IS HEREBY ORDERED that Plaintiff's "Motion for Speedy Disposition of Plaintiff's Requests for Judicial Notice" [Document # 107] is DENIED.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

S/Susan Paradise Baxter
SUSAN PARADISE BAXTER
Chief U.S. Magistrate Judge