Name LEONARD C. JEFFERSON

Number CL-4135

Unit/Side H/A
10745, Route 18
Albion, PA 16475-0002

CLERK'S OFFICE
U.S. DISTRICT COURT
P.O. Box 1820
ERIE, PA 16507

**INMATE MAIL**
**PA DEPT OF**
**CORRECTIONS**

UNITED STATES POSTAGE
$ 00.63°
02 1A
0004235314   DEC 06 2006
MAILED FROM ZIP CODE 16401

**RECEIVED**

DEC - 7 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA