Name: LEONARD C. JEFFERSON
Number: CL-4135
Unit/Side: H/A
10745. Route 18
Albion, PA 16475-0002

**INMATE MAIL
PA DEPT OF
CORRECTIONS**

CLERK'S OFFICE
U.S. DISTRICT COURT
P.O. Box 1820
ERIE, PA 16507

16507+0820-20 B007



UNITED STATES POSTAGE
$ 00.63°
MAILED FROM ZIP CODE 16401

**RECEIVED**

DEC - 7 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA