```
        UNITED STATES
        DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
          ERIE Division

      # 07000108 - SP
       December 20, 2006


    Code    Case #    Qty      Amount

   2ND CIVI 04-44E             7.55 CH
   FIRSTAPP 04-230E           10.84 CH
   2ND CIVI 03-363E            5.80 CH
   1ST CIVI 05-112E            2.90 CH
   1ST CIVI 06-174E            2.02 CH


   TOTAL →                    29.11


   FROM: SCI ALBION FOR JEFFERSON,
         DEFRANCO, BARNES, RICHARDSON
```

(handwritten: CA 04-44 E part pay, receipt 07-108)