Name: LEONARD C. JEFFERSON
Number: CL-A135
Unit/Side: B/B
10745, Route 18
Albion, PA 16475-0002

CLEARED X-RAY SCREENING

INMATE MAIL
PA DEPT OF
CORRECTIONS

Clerk's Office
U.S. District Court
P.O. Box 1820
Erie, PA 16507

RECEIVED
JAN 10 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004335314
MAILED FROM ZIP CODE 16507
$ 00.63
JAN 09 2007

16507+0820-20 8007