IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEONARD C. JEFFERSON, | } |
| Plaintiff, | } |
| | } No. 1:04-cv-44 |
| vs. | } District Judge McLaughlin |
| | } Magistrate Judge Baxter |
| WILLIAM WOLFE, et al., | } |
| Defendants. | } |

**ORDER OF THE COURT**

AND NOW, to-wit, this _____ day of _____, 2007, upon consideration of the forgoing Motion for Summary Judgment, IT IS HEREBY ORDERED that the motion to dismiss is GRANTED.

BY THE COURT:

_____
J.