# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEONARD C. JEFFERSON, | } |
| | } |
| Plaintiff, | } |
| | } No. 1:04-cv-44 |
| vs. | } District Judge McLaughlin |
| | } Magistrate Judge Baxter |
| WILLIAM WOLFE, et al., | } |
| | } |
| Defendants. | } |

## APPENDIX TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

                Tom Corbett
                Attorney General

By:   \s\ Christian D. Bareford
       Christian D. Bareford
       Deputy Attorney General
       PA. I.D. No. 83982

       Susan J. Forney
       Chief Deputy Attorney General
       Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219

Date: January 12, 2007

# **CONTENTS OF APPENDIX**

Department of Corrections Policy 7.2.1, "Counseling Services" ……………..…………………….1

Bureau of Inmate Services Standardized Treatment Programs Brochure…………………………..4

SCI-Albion Inmate Program Catalog……………………………………………………………..25

Plaintiff's Prescriptive Program Plan, DC-43, dated July 20, 2001…….………………………….52

Plaintiff's Prescriptive Program Plan, DC-43, dated July 24, 2002…….………………………….53

Plaintiff's Prescriptive Program Plan, DC-43, dated July 11, 2003…….………………………….54

Declaration of Mike Clark, Corrections Classification and Program Manager…………………..55

Statistical research regarding inmate treatment programs……………………………………….58

Defendant Beard's Responses to Interrogatories…………………………………………………95

DC-ADM 816, "Inmate Compensation", dated January 20, 2000………………………………101

Excerpt from the Dept. of Corrections Inmate Handbook, 2002 Edition…………………………113

Excerpt from the Supplement to the Inmate Handbook for SCI-Albion…………………………122

Declaration of Defendant McQuown………………………..…………………………………...127

SCI-Albion Inmate Employment Job Description: Chapel Clerk……………………………….129

Declaration of Cindy Mitchell, Corrections Employment and Vocational Coordinator………..…130

Plaintiff's various requests to staff members……………………………………………………132

Poetry brought by Plaintiff to his job assignment……………………………………………….135

Job Assignment Notice with a starting date of November 14, 2002…..………………………….137

Initial Review Response to Grievance……………………………………………………………138

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEONARD C. JEFFERSON, } | |
| } | |
| Plaintiff, } | |
| } | No. 1:04-cv-44 |
| vs. } | District Judge McLaughlin |
| } | Magistrate Judge Baxter |
| WILLIAM WOLFE, et al., } | |
| } | |
| Defendants. } | |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within **Appendix to Defendants' Motion for Summary Judgment** was electronically filed with the Court and served upon the following via first-class mail:

LEONARD JEFFERSON
CL-4135
SCI-Albion
10745 Route 18
Albion, PA 16475-0001

                                         /s/ Christian D. Bareford
                                         CHRISTIAN D. BAREFORD
                                         Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

(412) 565-3570

Date:   January 12, 2007