

| **POLICY STATEMENT** |
| **Commonwealth of Pennsylvania • Department of Corrections** |

| Policy Subject: | Policy Number: |
|---|---|
| **Counseling Services** | **7.2.1** |

| Date of Issue: | Authority: | Effective Date: |
|---|---|---|
| **November 8, 2001** | *Jeffrey A. Beard, Ph.D.* | **December 1, 2001** |

## I. AUTHORITY

The Authority of the Secretary of Corrections to direct the operation of the Department of Corrections is established by Sections 201, 206, 506, and 901-B of the Administrative Code of 1929, 66, and 186, Act of April 9, 1929, P.L. 177, No. 175, as amended.

## II. PURPOSE[1]

The purpose of this document is to establish policy and procedures for a systematic method of delivering counseling services to all inmates under Department supervision.

## III. APPLICABILITY

The policy and procedures set forth in this document shall apply to Department employees and all offenders under the custody of the Department.

## IV. DEFINITIONS

All pertinent definitions are contained in the procedures manual for this policy.

## V. POLICY[2]

It is the policy of the Department to provide counseling services to all inmates under its supervision. Counseling services shall include case management, inmate assessment and placement, reentry planning and specialized programming for offense related issues. These programs are recommended as part of an inmate's individual **DC-43, Correctional Plan (CP)** based on the inmate's classification and assessment needs.

---

[1] 4-4433
[2] 4-4433, 4-4435

## VI. PROCEDURES

All pertinent procedures and/or terms are contained in the procedure manual for this policy.

## VII. SUSPENSION DURING AN EMERGENCY

In an emergency or extended disruption of normal institutional operation, the Secretary, or designee may suspend any provision or section of this policy, for a period of time.

## VIII. RIGHTS UNDER THIS POLICY

This policy does not create rights in any person nor should it be interpreted or applied in such a manner as to abridge the rights of any individual. This policy should be interpreted to have sufficient flexibility so as to be consistent with law and to permit the accomplishment of the purpose(s) of the policies of the Department of Corrections.

## IX. RELEASE OF INFORMATION AND DISSEMINATION OF POLICY

### A. Release of Information

#### 1. Policy

This policy document is public information and may be released to members of the public, staff, legislative, judicial, law enforcement and correctional agencies and/or inmates upon request.

#### 2. Procedure Manual (if applicable)

The procedure manual for this policy is not public information and shall not be released in its entirety or in part, without the prior approval of the Secretary of Corrections or designee. This manual or parts thereof, may be released to any Department of Corrections employee on an as needed basis.

### B. Distribution of Policy

#### 1. General Distribution

The Department of Corrections' policy and procedure manuals (when applicable) shall be distributed to the members of the Central Office Executive Staff, all Facility Managers, and Community Corrections Regional Directors on a routine basis. Distribution to other individuals and/or agencies is subject to the approval of the Secretary of Corrections or designee.

#### 2. Distribution to Staff

It is the responsibility of those individuals receiving policies and procedures, as indicated in the "General Distribution" section above, to ensure that each employee

expected or required to perform the necessary procedures/duties is issued a copy of the policy and procedures.

## X.   SUPERSEDED POLICY AND CROSS REFERENCE

### A. SUPERSED POLICY and PROCEDURE

#### 1. Department Policy

a. 7.2.1, Counseling Services, issued February 26, 1993, by former Secretary Joseph D. Lehman.

b. 7.2.1-1, Counseling Services, issued October 7, 1999, by former Secretary Martin F. Horn.

#### 2. Facility Policy and Procedures

This document supersedes all facility policy and procedures on this subject.

### B. CROSS REFERENCE(S)

#### 1. Administrative Manuals

a. DC-ADM 801, Inmate Discipline;

b. DC-ADM 802, Administrative Custody Procedures;

c. DC-ADM 804, Inmate Grievance System;

d. DC-ADM 805, Obtaining Pre-Release Transfer;

e. DC-ADM 812, Inmate Visiting Privileges;

f. DC-ADM 821, Inmate Marriages;

g. 6.3.1, Facility Security;

h. 6.5.1, Administration of Security Level 5 Housing Units;

i. 6.5.3, Single Celling (Z Code) and Double Celling

j. 7.3.1, Delivery of Mental Health Procedures;

k. 7.3.6, Special Needs Units;

l. 7.6.1, Delivery of Educational Services;

m. 11.3.1, Pennsylvania Additive Classification Tool (PACT);

n. 11.3.3, Approval and Review Process for Inmates in Outside Assignments;

o. 11.4.1, Case Summary;

p. 11.5.1, Records Office Operations;

q. 11.5.2, Court Ordered Funeral and Death Bed Visits;

r. 13.1.4, Refusal to Eat and/or Take Liquids;

s. 13.1.6, Inmate Refusal to Accept Medical Treatment; and

t. 17.2.1, Victim Services.

#### 2. ACA Standards

a. Administration of Correctional Agencies: None

b. Adult Correctional institutions: 4-4016, 4-4280, 4-4291, 4-4295, 4-4297, 4-4299, 4-4302, 4-4303, 4-4428, 4-4433, 4-4435, 4-4443, 4-4449, 4-4500-1

c. Adult Community Residential Services: None

d. Adult Correctional Boot Camp Programs: None

e. Correctional Training Academies: None

3

*Commonwealth of Pennsylvania*
*Edward G. Rendell, Governor*

# Standardized Treatment Programs

## Bureau of Inmate Services
## PA Department of Corrections

July 1, 2004



Jeffrey A. Beard, Ph.D
Secretary of Corrections

Mary V. Leftridge Byrd
Deputy Secretary for
Specialized Facilities
and Programs

Michael J. Kazor
Acting Director
Bureau of Inmate Services

Rebecca Sheetz
Chief of Assessment
& Classification
Bureau of Inmate Services

4

"Our mission is to protect the public by confining persons committed to our custody in safe, secure facilities, and to provide opportunities for inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims."

## TABLE OF CONTENTS

Treatment Philosophy...........................................................................................................1
Mission Statement..............................................................................................................1
Correctional Plan...............................................................................................................1
Treatment Goals................................................................................................................1
Assessment......................................................................................................................2
Standardized Programs.......................................................................................................2
  Work and Education.........................................................................................................2
    Academic Education.......................................................................................................2
    Vocational Education......................................................................................................3
    Special Education..........................................................................................................3
  Citizenship....................................................................................................................3
    Unit Based Citizenship...................................................................................................3
    Character Development...................................................................................................3
  Family/Relationships/Self.................................................................................................4
    Parenting....................................................................................................................4
      Fresh Start...............................................................................................................4
      Parenting Education....................................................................................................4
      Parents Anonymous.....................................................................................................5
      Reading to Your Children..............................................................................................5
      Long Distance Dads.....................................................................................................5
    Family Virtual Visitation.................................................................................................5
    Religious Programming...................................................................................................5
    Services for Elderly Inmates............................................................................................6
    Long-Term Offenders Program..........................................................................................6
    Positive Relationships Program........................................................................................6
    HIV Peer Education.......................................................................................................6
  Offense Related.............................................................................................................6
    Thinking for a Change....................................................................................................6
    Alcohol and Other Drug Program (AOD)...............................................................................6
      Therapeutic Communities..............................................................................................7
      Residential Substance Abuse Treatment.............................................................................7
      AOD Education...........................................................................................................7
      Group Counseling........................................................................................................7
      Individual Counseling...................................................................................................7
      Twelve-Step Facilitation...............................................................................................8
      Relapse Prevention......................................................................................................8
      Smoking Cessation......................................................................................................8
      Dual Diagnosis...........................................................................................................8
      Aftercare Program.......................................................................................................8
      Peer Assistant Program.................................................................................................8
      Self-Help Groups........................................................................................................9
      Special Needs Inmates..................................................................................................9
    Sex Offender Program....................................................................................................9
    Anger Management........................................................................................................9
    Violence Prevention......................................................................................................9
    Batterers Program........................................................................................................10
    Impact of Crime...........................................................................................................10
    Victim Awareness Classes...............................................................................................10
  Re-entry......................................................................................................................10
    Community Orientation Reintegration.................................................................................11
  State Correctional Institutions..........................................................................................13



# BUREAU OF INMATE SERVICES PROGRAMS

The Bureau of Inmate Services is responsible for the development and evaluation of inmate treatment programs for the Pennsylvania Department of Corrections. This brochure is an overview of the standardized programs that are available to inmates according to their classification and prescribed treatment needs.

## MISSION STATEMENT FOR TREATMENT PROGRAMS

*The mission of treatment programs in the Pennsylvania Department of Corrections is to enhance public safety by providing inmates the opportunity through structured educational, vocational, and therapeutic experiences to become productive law-abiding citizens.*

## CORRECTIONAL PLAN

A Correctional Plan is developed for each incarcerated individual based upon his/her security risk, offense pattern, educational and treatment needs. It is intended to provide a comprehensive, progressive and annual description of each inmate's improvement in order to assist staff in making release decisions. In essence, the Correctional Plan is a prescription for the successful return of the inmate to the community.

Programming under the Correctional Plan is divided into five (5) major areas:

1. WORK/EDUCATION
2. CITIZENSHIP
3. FAMILY/RELATIONSHIPS/SELF
4. OFFENSE RELATED
5. RE-ENTRY

The overall goals of every program are to have each inmate be able to:

- Understand the effects and consequences that their criminal behavior has had on their victim, family, community, and accept personal responsibility for their behavior.
- Demonstrate an appropriate respect for authority, peers, and self by having a better understanding of what it means to be a member of the community.
- Understand their high risk factors for re-offending.
- Describe resources and intervention strategies for support to establish and maintain successful community adjustment.

I

7

**ASSESSMENT**

All inmates entering the Department of Corrections undergo an initial assessment, which determines the inmates' specific needs, and prescribes appropriate treatment programs to address their needs. Male inmates are assessed at the Diagnostic and Classification Center in SCI Camp Hill and female inmates are assessed at SCI Muncy.

The assessment process includes a thorough medical examination, psychological examination, educational assessment, alcohol and other drug screening and assessment (if indicated), social history and criminal history assessment. Psychiatric evaluations are completed on inmates identified as potentially having more serious mental health issues. The assessment process is the start of preparing inmates for their return to the community.

The results of the assessment are used to develop a Correctional Plan aimed at reducing the inmate's risk of reoffending. Inmates are assigned to programs based on the needs, as well as the level of of those needs, identified in the various assessment processes. For example, inmates with lower level alcohol and other drug problems would be assigned to educational type programs while inmates with more serious alcohol and other drug problems would be assigned to Therapeutic Communities.

The Department of Corrections is currently conducting a pilot program using the Level of Service Inventory – Revised. This is a risk/needs instrument which identifies the level of risk an inmate has to recidivate upon release. It also identifies areas that need to be addressed to reduce the risk of recidivism. The pilot program is also using two instruments to assess criminal thinking and two instruments to measure anger levels. The results of all these instruments are used to determine placement in programs.

## STANDARDIZED PROGRAMS

### I. WORK/EDUCATION

The Work/Education Programs offer a number of academic and vocational programs for inmates of all ability levels. These programs are designed to provide educational opportunities that will enable inmates to become responsible, sober and productive in a diverse society. The Corrections Education Department evaluates each inmate to establish their educational programming needs. These programs include:

**ACADEMIC EDUCATION**

The Academic Education Programs include:
1. Adult Basic Education (ABE)
2. General Educational Development (GED)
3. English as a Second Language



## VOCATIONAL EDUCATION

The Vocational Education Programs include, but are not limited to:

1. Barbering/ Cosmetology (PA State License)
2. Business Education
   a. Accounting
   b. Business Math
   c. Keyboarding/ Word Processing
3. Building Trades
   a. Painting
   b. Carpentry
   c. Masonery
   d. Heating/Ventilation/Air Conditioning
4. Building Maintenance
   a. Plumbing
   b. Carpentry
5. Automotive Skills
   a. Auto Body
   b. Auto Repair
6. Computer Skills
   a. Computer Aided Design
   b. Computer Repair
7. Electrical Occupations
   a. Machinist
   b. Electronics

## SPECIAL EDUCATION

The Special Education Program is offered at 22 institutions. Special Education is provided to any inmate under twenty-one years of age who was previously diagnosed as needing special education services or who has an active Individual Education Plan (I.E.P.)

## II. CITIZENSHIP

The Citizenship Programs provide a basis for functioning as a law-abiding citizen. The focus is on building skills and pro-social values that will assist the inmate in adjusting to incarceration and upon their return to the community.

## UNIT BASED CITIZENSHIP

The Citizenship Course is a 9-session course that is taught to inmates shortly after their arrival at the institution they are assigned to following the completion of the diagnostic and classification process. The course utilizes peer assistants to teach decision-making skills, communication skills, impact of crime on victims and the pro-social skills needed to be part of a community.

## CHARACTER DEVELOPMENT (Pilot Program)

The Character Development Course is a 16-session course that is being piloted at SCI's Albion, Cambridge Springs, Chester, Graterford, Houtzdale, Huntington,

3

Muncy and SRCF Mercer which started in July 2002. This course is intended for inmates who have completed the Unit Based Citizenship Course. The course utilizes peer assistants to teach principle-based living skills based on Stephen Covey's book *The Seven Habits of Highly Effective People*. The goal is to teach inmates pro-social thinking skills.

### III. *FAMILY/RELATIONSHIPS/SELF*

The Family/Relationships/Self Programs focus on developing skills in parenting, as well as addressing the needs of special populations, such as long-term offenders, inmates age 50 and older, and women inmate issues. Religious programming is also covered in this area.

### PARENTING

The Parenting Skills Education Programs are designed to strengthen families and communities by re-establishing family ties and preparing inmates to accept accountability and responsibility as parents. The intended result is to empower the inmates to exercise greater control over their own lives, the well-being of their families, and their communities. The strengthening of the family unit assists in breaking the intergenerational cycle of criminal behavior and incarceration, since children who are raised in troubled families are more likely to demonstrate anti-social behavior and may become involved in criminal activity.
These programs are generally limited to those inmates who:

- Have children under 18 years of age.
- Plan to communicate with their children while incarcerated.
- Have their children on their approved visiting list.
- Will be involved with their children after they are released.

Parenting Skills Education Programs include:

a) **Fresh Start**—is provided at two institutions, SCI Muncy and SCI Chester. This program provides childcare training for those inmates who have never experienced raising a child, as well as techniques for the improvement of childcare skills for those who may have already failed in their attempt to raise a child.

b) **Parenting Education**—Pennsylvania Prison Society provides this program at the State Correctional Institutions at Cambridge Springs, Camp Hill, Chester, Dallas, Frackville, Graterford, Greensburg, Huntingdon, Mahanoy, Muncy, Retreat, Smithfield, Waynesburg and SRCF Mercer. The program's curriculum is based on the belief that all individuals, regardless of their background, possess strength and wisdom to become effective parents. As a result, this 36-hour skills training program teaches inmates to actively

10

apply parenting skills during their incarceration, as well as when they return to the community.

Parenting Education is also provided by Bethesda Family Services at the State Correctional Institutions at Cresson, Greene, Houtzdale, Laurel Highlands, Rockview, Somerset, Waynesburg and the Quehanna Boot Camp. This parenting skills program seeks to resolve interpersonal conflicts that may have contributed to the parenting experiences of the inmate, as well as developing parenting skills that will assist the inmate in parenting from the prison and when they return to the community.

c) **Parents Anonymous**—is currently offered at SCI's Cambridge Springs and Muncy and is being piloted at SCI's Coal Township, Frackville and Mahanoy for male institutions. This program provides self-help strategies that aid in the development of parenting skills in prison. Parents Anonymous is available to inmates when they return to the community.

d) **Reading to Your Children**—is provided at all the correctional institutions, and is a program that strengthens the reading skills of the inmate, as well as the inmate's children. This program operates by allowing the inmate to select a book that is appropriate to their child's reading level. The inmate then videotapes or audiotapes himself or herself reading the book, with the intent of sending the videotape along with the book that they are reading to the child. This program encourages the child to read, while strengthening the bond between the parent and the child.

e) **Long Distance Dads**—is provided at nine men's correctional institutions, and is a character-based educational program that teaches inmates to be active in their children's lives during and after incarceration.

## FAMILY VIRTUAL VISITATION

The Department of Corrections has recently teamed up with the Pennsylvania Prison Society to develop a Family Virtual Visitation Program that has inmates participating from SCI's Cambridge Springs, Coal Township, Mahanoy and Pine Grove. This pilot program uses videoconferencing technology to provide inmates whose families are unable to commute to the institution with the opportunity to "visit" with their children and other family members.

## RELIGIOUS PROGRAMMING

Religious Programming provides a broad spectrum of faith-based programs and services for all inmates in the state correctional institutions. The religious services and programs assure that inmates have the opportunity to practice the basic tenets of their faith.

## SERVICES TO ELDERLY INMATES (S.T.E.P.)

The Services to Elderly Inmates is a program designed to address issues for inmates 50 years of age and older. This program provides individual and group counseling to older inmates to help them adjust to institutional living, provides programs to deal with family issues and prepares older inmates for their transition back into the community.

## LONG-TERM OFFENDERS PROGRAM

The Long-Term Offenders Program is designed to provide treatment programs, education, work opportunities and structured activities for inmates who are sentenced to 10 or more years. The focus of the program is on assisting inmates in dealing with the impact on their families, relationships and themselves that result from spending a large number of years in prison.

## POSITIVE RELATIONSHIPS PROGRAM

The Positive Relationships Program is a gender-specific program that is offered at both of the female institutions for women who have a history of childhood abuse and neglect, as well as those who have been in abusive adult relationships. This program teaches inmates about co-dependency and the skills necessary to overcome manipulative behavior patterns.

## HIV PEER EDUCATION

This is a peer-coordinated program that educates inmates on the HIV virus. Inmates learn how to prevent the illness as well as the general course of the illness.

## IV. OFFENSE RELATED

Offense Related Programs are programs that specifically address the inmate's offense or prior offense pattern. These programs include:

## THINKING FOR A CHANGE (Pilot Program)

The Thinking for a Change Program is a cognitive behavioral program that is piloted at SCI's Albion, Cambridge Springs, Chester, Graterford, Houtzdale, Huntington and Muncy. This · 22-session program focuses on cognitive self change, social skills improvement, and problem-solving skills development. Inmates identified as having lower level anger issues, or who need decision-making skills participate in this program. It is delivered in small group settings consisting of about 8-15 inmates.

## ALCOHOL AND OTHER DRUG PROGRAM

The Alcohol and Other Drug Treatment programs are designed to provide a comprehensive continuum of Alcohol and Other Drug (AOD) treatment services to inmates in all state correctional institutions. These services include screening and assessment, AOD education, outpatient services, inpatient services (Therapeutic Communities), a Residential Substance Abuse Treatment program (RSAT) for parole violators, Aftercare Service, and Specialized Therapeutic Community programs for dual-diagnosed inmates, both MH/MR and sex offenders. The Alcohol and Other Drug Treatment programs that are provided at SCI Muncy and SCI Cambridge Springs focus on gender-specific AOD issues.

6

The Alcohol and Other Drug Treatment Programs include:

- **Therapeutic Communities**—are residential drug treatment programs in which inmates are housed in a separate unit in the facility. There are currently 22 TC's within the Department of Corrections institutions, consisting of 1317 beds. The TC model views addiction as a disorder of the whole person, reflecting problems in conduct, attitudes, values, moods and emotional management. Inmates receive intensive AOD treatment while in the therapeutic communities.

- **Residential Substance Abuse Treatment**—is a program that has been developed for parole violators which provides a drug and alcohol therapeutic community for them. There are currently six RSAT programs with 355 available beds. This program is located at the State Correctional Institutions at Albion, Cambridge Springs, Camp Hill, Graterford, Huntingdon and Somerset. Inmates are placed in a Community Corrections Center or contract facility in the community for six months after successfully completing the therapeutic community. They continue to receive follow-up treatment while in the community. This is followed by six months of enhanced supervision while they are on parole.

- **AOD Education**—is a 12-session course that is designed to provide individual participants with an understanding of the physical, psychological, social, emotional, behavioral, environmental, and sociopolitical dimensions of alcohol and other drug abuse. This course is tailored to the inmate's reading level and cognitive skills, as well as cultural and gender differences.

- **Group Counseling**—The primary focus of Group Counseling is to use group process and group dynamics to address the identified AOD treatment needs of inmates. In addition, specific topics covered within group counseling include criminal thinking, denial, defensiveness, relationships, self-esteem/awareness, trauma, anger management, assertiveness and life management skills.

- **Individual Counseling**— Inmates in AOD programming are provided individual counseling on an as-needed basis. The goals for individual counseling are to review the inmate's Initial Treatment Plan (ITP) and assess their progress. The ITP is developed with the inmates receiving AOD services and is essentially a plan for achieving and maintaining sobriety.

- **Twelve-Step Facilitation**—is an educational program that teaches inmates how to utilize self-help programs. This program is grounded in Narcotics Anonymous/Alcoholics Anonymous (NA/AA) concepts of addiction as a disease of the mind, body, spirit and that abstinence is the most effective response. It encourages inmates to attend NA/AA and other self-help meetings, keep a journal of their experiences at meetings, read NA/AA literature and practice NA/AA principles in their lives.

- **Relapse Prevention**—is a psycho-educational/treatment process designed to help participants identify the thinking, choices, and behaviors that contribute to relapse. Relapse is the process of returning to the use of alcohol or other drugs after a period of abstinence, which is possible for a person regardless of how much time they have been abstinent.

- **Smoking Cessation**—is offered to all inmates who are identified as tobacco users. This program provides participants with a fundamental overview of the social, physical and behavioral effects of tobacco use, abuse and addiction. Participants learn about the benefits that result from a tobacco-free lifestyle. Specific methods, skills and strategies to cease tobacco use/abuse are introduced.

- **Dual Diagnosis**—is designed to provide participants with an understanding of the interaction between mental health disorders and the use of alcohol and other drugs. Participants are inmates who have been diagnosed with a mental health disorder and a co-occurring substance abuse problem. These disorders must be treated simultaneously.

- **Aftercare Program**—is provided to inmates as a means of offering continuity of care for those who have completed institutional AOD programs. The Aftercare Program provides the inmates with tools to assist them in maintaining their recovery.

- **Peer Assistant Program**—trains inmates to serve as Peer Assistants. The program trains Peer Assistants in the areas of positive life-changing principles, AOD Education and the 12-step philosophy. Trained Peer Assistants facilitate Alcoholics Anonymous/Narcotics Anonymous/Save Our Selves (AA/NA/SOS) meetings, AOD Education and 12-step facilitation groups.

8

/4

- **Self Help Groups**—All inmates involved in AOD treatment programs are oriented to self-help programs (such as AA, NA, SOS, Al-Anon) and are encouraged to participate in self-help meetings. Outside volunteers or Peer Assistants facilitate self-help meetings. Inmates may participate in self-help meetings daily.

- **Special Needs Inmates**—AOD staff work with inmates who have special needs such as physical, cognitive, affective and sensory disabilities to ensure that accommodations are made to enable inmates to participate in available programs. This occurs both in Special Needs Units and in general population settings.

## SEX OFFENDER PROGRAM

The Sex Offender Treatment Program is an on-going program that includes an educational/orientation phase, a treatment phase, and a maintenance phase. This program is designed for those inmates who are convicted of a sex offense under the criminal laws of the Commonwealth of Pennsylvania, and to provide those inmates with access to meaningful therapeutic intervention aimed at:

- Increased victim empathy
- Increased awareness of the need for continuous on-going treatment
- Development of an understanding of their offending cycle, and developing intervention strategies

## ANGER MANAGEMENT

This is a 10-week course that is aimed at developing an understanding of the emotional state of anger and an understanding of how people become angry. The course teaches inmates appropriate alternatives to anger responses as well as conflict resolution techniques.

## VIOLENCE PREVENTION (Pilot Program)

The Violence Prevention Program is being piloted at SCI's Albion, Cambridge Springs, Chester, Graterford, Houtzdale, Huntingdon and Muncy. The Violence Prevention Program is designed to provide inmates with appropriate alternatives for dealing with their aggressive behavior and their feelings of anger and frustration. Anger management programs are utilized to teach positive coping techniques that will reduce physical conflicts and confrontations in the facility, as well as incidents of violence in the community.

15

## BATTERERS PROGRAM

The Batterers Intervention Program is a 26-week course that focuses on addressing the battering behavior of inmates. This is generally limited to those inmates:

- Serving a sentence for a conviction of a crime or crimes involving domestic violence against an intimate partner or former intimate partner.
- With past criminal convictions involving domestic violence against an intimate partner or former intimate partner.
- Where collateral sources (or the inmate) disclose credible evidence of domestic violence.
- Mandated to treatment by the Pennsylvania Board of Probation and Parole.

## IMPACT OF CRIME

This is a voluntary program that is not placed on the Correctional Plan. The program is intended to sensitize inmates to the impact of their crimes on their victims and the community at large. Each of the major categories of crimes are reviewed to develop an understanding of the physical, emotional and financial impact of the crime on victims.

## VICTIM AWARENESS CLASSES

Any inmate convicted of a crime of violence on or after February 21, 1999 is required to complete this class to be eligible for parole. These offenses include murder of the third degree, voluntary manslaughter, aggravated assault as defined in 18 Pa. C.S. §2702 (A) (1) or (2) (relating to aggravated assault), rape, involuntary deviate sexual intercourse, aggravated indecent assault, incest, sexual assault, arson as defined in 18 Pa. C.S. §3301 (A) (relating to arson and related offenses), kidnapping, burglary of a structure adapted for overnight accommodations which at the time of the offense and a person is present, robbery as defined in 18 Pa. C.S. §3701 (A) (1) (i), (ii) or (iii) (relating to robbery), or robbery of a motor vehicle, criminal attempt, criminal conspiracy or criminal solicitation to commit murder or any of the offenses listed above, or an equivalent crime under the laws of the Commonwealth in effect at the time of the commission of that offense or equivalent crime in another jurisdiction.

This is a 10-hour educational class intended to teach inmates the impact of their crimes on victims. The course is usually provided at the Diagnostic and Classification Centers at SCI Camp Hill and SCI Muncy.

## V. *RE-ENTRY*

The Re-entry programs focus on preparing inmates for their release back into the community. These programs include:

/6

## COMMUNITY ORIENTATION REINTEGRATION

The Community Orientation and Reintegration Program (COR) consists of two phases, designed to address the critical adjustment period between incarceration and returning to the community.

## COR PHASE I

Phase I is a two week course that is intended to reinforce the programs that the inmate has participated in while incarcerated and to address the critical issues that inmates will face upon return to the community. This phase is presented in the institution approximately one month before the inmate is released into the community.

### EMPLOYABILITY (WEEK 1):

- JOB SEARCH
- APPLICATION PREPARATION
- RESUME DEVELOPMENT
- INTERVIEW PRACTICE
- HOW TO DEAL WITH REJECTION
- HOW TO LOSE A JOB
- HOW TO KEEP A JOB

### PROGRAM REFRESHER COURSES (WEEK 2):

- CITIZENSHIP
- CHARACTER DEVELOPMENT
- DECISION MAKING
- RE-UNITING WITH FAMILY
- PARENTING ISSUES
- MONEY MANAGEMENT
- WHAT YOUR VICTIM WANTS YOU TO KNOW
- ANGER MANAGEMENT
- ALCOHOL AND OTHER DRUG RELAPSE PREVENTION
- SEX OFFENDER RELAPSE PREVENTION AND MAINTENANCE
- PAROLE ISSUES
- COMMUNITY CORRECTIONS ORIENTATION
- SPIRITUALITY

## COR PHASE II

Individuals released from state correctional institutions to community corrections centers or contract facilities will participate in the two to four week COR program, Phase II. This program will focus on issues related to reentry, return to family and friends, employment, community resources development, mentoring, etc.

COR is divided into 14 modules, which focus on the critical issues reviewed in COR, Phase I (institutional portion), development of life skills and knowledge of current practices in a real community setting. Of primary importance in Phase II is the establishment of linkages within the community, identification of positive role

17

models and securing employment to provide financial support for the inmate and family. Phase II prepares the inmate for a gradual return to family and community during the course of the four to six week program. Facility staff, in conjunction with the Pennsylvania Board of Probation and Parole (PBPP) and the Department of Corrections' Bureau of Community Corrections staff, will determine inmate release dates from the centers.

Inmates and staff will develop individual Correctional Reentry Plans (Prescriptive Program Plans) which will allow for differences in family support, employment availability, medical issues and home plan viability, etc. As the inmates successfully adapts to being back within the community, time away from the facility will gradually increase.

## COR MODULES

The COR Program Modules are:

| | |
|---|---|
| Orientation | Life Skills |
| Alcohol and Other Drug Education (AOD) | Family |
| Employment Preparation | Vocational Evaluation |
| Community Service | AA/NA Meetings |
| Parenting | Personal Finances |
| PBPP Orientation | Mentoring |
| Resources Development | |

Correctional Reentry Plan Development and Assessment (Prescriptive Program Plan)

Modules one (Orientation) and two (Correctional Reentry Plan/Prescriptive Program Plan) will be presented to all inmates as the first sessions in their reentry program. All other COR modules will be presented to the inmates based on his/her needs, staffing readiness and availability, and the number of inmates available for participation in a COR module.

12

18

## STATE CORRECTIONAL INSTITUTIONS

**SCI ALBION**

1. All Standardized Programs
2. Parenting Programs
   - Reading to Your Children
   - Long Distance Dads
   - Bethesda Family Services (contract)
   - Planned Family Virtual Visitation site
3. RSAT (1)—80 bed (contract)
4. Operation Outward Reach

**SCI CAMBRIDGE SPRINGS**

1. All Standardized Programs For Women
2. Parenting Programs
   - Reading to Your Children
   - Bethesda Family Services (contract)
   - Parents Anonymous
   - Family Virtual Visitation
3. Therapeutic Community (1)—50 bed (Gender Specific AOD Issues)
4. RSAT (1)—25 bed (contract)
5. Operation Outward Reach

**SCI CAMP HILL**

1. All Standardized Programs
2. Parenting Programs
   - Reading to Your Children
   - Pennsylvania Prison Society (contract)
3. Special Management Unit
4. Diagnostic and Classification Center
5. Spanish Speaking Therapeutic Community

**SCI CHESTER**

1. All Standardized Programs
2. Parenting Programs
   - Reading to Your Children
   - Long Distance Dads
   - Pennsylvania Prison Society (contract)
   - Fresh Start
3. Therapeutic Community (7)—411 bed (contract)

**SCI COAL TOWNSHIP**

1. All Standardized Programs
2. Parenting Programs
   - Reading to Your Children
   - Bethesda Family Services (contract)
   - Family Virtual Visitation
   - Life Care (IGWF contract)
   - Parents Anonymous (contract)
   - Long Distance Dads

**SCI CRESSON**

1. All Standardized Programs
2. Parenting Programs
   - Reading to Your Children
   - Long Distance Dads
   - Bethesda Family Services (contract)
3. Therapeutic Community (1)—50 bed
4. Licensed Mental Health Unit

**SCI DALLAS**

1. All Standardized Programs
2. Parenting Programs
   - Reading to Your Children
   - Long Distance Dads
   - Bethesda Family Services (contract)
   - Planned Family Virtual Visitation site
3. Therapeutic Community (2)
   - 1—64 bed (contract)
   - 1—46 bed

**SCI FAYETTE**

1. All Standardized Programs
2. Parenting Programs
   - Bethesda Family Services (contract)
3. Long Term Segregation Unit

**SCI FRACKVILLE**

1. All Standardized Programs
2. Parenting Programs
   - Reading to Your Children
   - Bethesda Family Services (contract)
3. Therapeutic Community (1)—60 bed
4. Licensed Mental Health Unit

**SCI GRATERFORD**

1. All Standardized Programs
2. Parenting Programs
   - Reading to Your Children
   - Pennsylvania Prison Society (contract)
   - Long Distance Dads
3. Therapeutic Community (1)—50 bed
4. RSAT (1)—60 bed (contract)
5. Licensed Mental Health Unit

**SCI GREENE**

1. All Standardized Programs
2. Parenting Programs
   - Reading to Your Children
   - Bethesda Family Services (contract)
   - Long Distance Dads
   - Planned Family Virtual Visitation site
3. Special Management Unit

**SCI GREENSBURG**

1. All Standardized Programs
2. Parenting Programs
   - Reading to Your Children
   - Pennsylvania Prison Society (contract)
   - Understanding Your High Risk Child
   - Fatherhood
3. Therapeutic Community (1)—50 bed (contract)
4. Operation Outward Reach

**SCI HOUTZDALE**

1. All Standardized Programs
2. Parenting Programs
   - Reading to Your Children
   - Bethesda Family Services
3. Therapeutic Community (1)—110 bed

**SCI HUNTINGDON**

1. All Standardized Programs
2. Parenting Programs
   - Reading to Your Children
   - Long Distance Dads
   - Bethesda Family Services (contract)
3. Therapeutic Community (1)—36 bed

**SCI LAUREL HIGHLANDS**

1. All Standardized Programs
2. Parenting Programs
   - Reading to Your Children
   - Bethesda Family Services (contract)
3. Specialized Health Care

**SCI MAHANOY**

1. All Standardized Programs
2. Parenting Programs
   - Reading to Your Children
   - Bethesda Family Services (contract)
   - Family Virtual Visitation
   - Parents Anonymous (contract)

**SRCF MERCER**

1. All Standardized Programs
2. Parenting Programs
   - Reading to Your Children
   - Pennsylvania Prison Society (contract)
3. Therapeutic Community (1)—60 bed
4. Operation Outward Reach

**SCI MUNCY**

1. All Standardized Programs for Women
2. Parenting Programs
   - Reading to Your Children
   - Bethesda Family Services (contract)
   - Parents Anonymous
   - Fresh Start
   - Planned Family Virtual Visitation site
3. Therapeutic Community (1)—50 bed (Gender Specific AOD issues)
4. Licensed Mental Health Unit

**SCI PINE GROVE**

1. All Standardized Programs
2. Parenting Programs
   - Reading to Your Children
   - Long Distance Dads
   - Family Virtual Visitation
   - Pennsylvania Prison Society (contract)
3. Specialized Programming for Youthful-Adult Offenders
4. Visitation Project (headed by the Chaplaincy Department)
5. Long Term Offender Mentoring Program
6. Thinking for a Change
7. Leadership Development

**SCI PITTSBURGH**

1. All Standardized Programs
2. Parenting Programs
   - Long Distance Dads
   - Pennsylvania Prison Society (contract)
3. Licensed Mental Health Unit
4. Long Term Segregation Unit

**SCI QUEHANNA BOOT CAMP**

1. AOD Treatment Services
2. Parenting Programs
   - Reading to Your Children
   - Bethesda Family Services (contract)
3. Boot Camp Programming

23

**SCI RETREAT**

1. All Standardized Programs
2. Parenting Programs
   - Reading to Your Children
   - Bethesda Family Services (contract)
   - Individual Family Counseling (IGWF contract)
   - Long Distance Dads Component
3. Therapeutic Community (1)—60 bed (Dual Diagnosed)

**SCI ROCKVIEW**

1. All Standardized Programs
2. Parenting Programs
   - Reading to Your Children
   - Bethesda Family Services (contract)

**SCI SMITHFIELD**

1. All Standardized Programs
2. Parenting Programs
   - Reading to Your Children
   - Bethesda Family Services (contract)

**SCI SOMERSET**

1. All Standardized Programs
2. Parenting Programs
   - Reading to Your Children
   - Long Distance Dads
   - Bethesda Family Services (contract)
3. RSAT (1)—80 bed (contract)

**SCI WAYMART**

1. All Standardized Programs
2. Parenting Programs
   - Reading to Your Children
   - Pennsylvania Prison Society (contract)
3. Therapeutic Community (1)—110 bed
4. Therapeutic Community (1)—50 bed (Dual Diagnosed Sex Offenders with AOD issues)
5. Forensics Treatment Center
6. Intermediate Care Unit
7. Special Assessment Unit
8. Specialized Health Care
   - Personal Care Unit
   - Hospice Program

24

# SCI ALBION

# Inmate Program Catalog

William J. Wolfe
Superintendent

Joyce K. Wilkes
Deputy Superintendent
for Centralized Services

Ronald J. Bryant
Corrections Classification
& Program Manager

March 2002

# INTRODUCTION

The staff of the State Correctional Institution of Albion encourages you to involve yourself in the numerous programs and activities at the institution. By doing so, you can insure for your sobriety, develop work skills, expand your education, enhance your personal insight, strengthen your faith, improve your wellness and make the most constructive use of your time. Hopefully, the question will not be **if** you will get involved in self-improvement but rather in **what** programs you will become involved.

Your counselor will establish a Prescriptive Program Plan with you upon arrival. While that plan may include programs that involve a waiting list, there are many other opportunities available to all inmates at any time. You should write to the Department Head for placement in those programs with waiting lists. Additionally, there are numerous opportunities to become involved in programs that require no sign up or programs that require sign up but are "open entry" or require no wait.

The attached listing of programs is divided into the following three categories:

1. No sign-up required (any inmate can attend).
2. Sign-up required but no waiting list.
3. Sign-up required with a waiting list.

Those inmates that may have completed various programs or those who have extended sentences, will see that there are programs in which they can involve themselves in now and throughout their stay.

Your counselor can assist you in planning and selecting programs that will meet your needs and interests. Education Guidance Counselors can also direct you regarding appropriate Education programs. Department Heads are experts in their fields and can assist you in placement in a program in their particular department.

In addition to this program listing, you are encouraged to watch your unit and institution bulletin boards as well as the two closed circuit TV channels (3&12) for additional program announcements and details.

No matter what your length of stay, there are programs which you can participate in which will enhance your personal development and enjoyment.

Best of luck in your stay at SCI-Albion. Now seize the moment and get involved!

26

# PROGRAMS AT SCI-ALBION

## SECTION #1

### NO SIGN-UP REQUIRED
### (ANY INMATE CAN ATTEND)

### ACTIVITIES PROGRAMS

**INSTITUTIONAL DEDICATED CABLE CHANNELS**

To provide educational and recreational television to the inmate population.

Channel 12 ➔ Education    Channel 16 ➔ Activities

**OUTDOOR YARD**

Outdoor yard activities include weightlifting, handball, basketball, bocce, horseshoes, walking/jogging and softball. Structured programs include intramural programming in the following sports: flag football, softball, horseshoes and bocce. A variety of holiday sports tournaments are conducted on Memorial Day, July 4th and Labor Day. Inmate sponsored concessions are conducted May through October. Available daily to all.

**HOLIDAY ACTIVITIES**

Holiday Activities include inmate band performances, holiday jackpot, sports trivia contests, 3 on 3 basketball, hot shot contest, indoor softball, ping pong tournaments, chess tournaments and a variety of housing unit table game tournaments sponsored by the Activities Dept.

2

27

# ORIENTATION PROGRAMS

## ACTIVITIES ORIENTATION

Brief overview of Activities Programs and participation procedures.  Inmate feedback to Activities Programming provided by leisure assessment survey.

## INITIAL ORIENTATION PROGRAM

Designed for all newly received inmates.  Considered an essential ingredient in the reception process.  At present, utilize video taped program involving numerous staff, including Corrections Classification and Program Manager, Counselors, Inmate Employment Office, School Principal, Activities Manager, Health Care Administrator, etc.  A member of the Unit Team presents the video and gives a security briefing, as well as answering questions about the institution.  Aspects of institutional functioning are discussed including counseling services, availability of work assignments, inmate compensation system; educational/vocational programming, activities, parole eligibility and parole related concerns.

# RELEASE PREPARATION PROGRAMS

## WORKPLACE

Utilizing computer-assisted instruction, an inmate may review career choices, study current job outlooks, develop a personal resume', locate available funding for education or entrepreneurship and new job/career prospects by geographical regions.  Done on an individual basis in the library.

# LIBRARY

## LIBRARY   -

The library provides a collection of books, magazines and newspapers for recreational reading.  The Workplace Program is a computer assisted resume'/job search program for inmates within eighteen months of their minimum date.  An inter-library loan is available for finding books not found in the library.

# RELIGIOUS PROGRAMS
## (AN "ALL CALL" ANNOUNCEMENT IS MADE FOR THE FOLLOWING RELIGIOUS PROGAMS)

### CATHOLIC MASS

A Catholic religious service, led by a Catholic Priest who gives a religious sermon designed to help inmates cope and empower them to live better lives. The Sacrament of Communion is also given at each Saturday service.

Mass Schedule:      Tues. & Wed.  → 1:30 PM
                    Friday        → 9:15 AM
                    Saturday      → 7:30 PM

### JUMAH PRAYER

An Islamic religious service led by the Imam. The services are held weekly on Friday at 1:00 PM to help inmates cope and be empowered to live better lives.

### NATION OF ISLAM RELIGIOUS SERVICE

An Islamic religious service led by an outside minister. The service is held weekly on Wednesday. It combines teaching and prayer in building the religious life of the believer.

### NATIVE AMERICAN WORSHIP

This group meets twice a month on Saturday. It is led by the Native American Chaplain who teaches the religious customs, rituals and ceremonies of Native Americans. The service is designed to help educate the men on Native American spirituality and to help inmates cope and be empowered to live better lives.

### NATIVE AMERICAN CULTURAL GROUP

The cultural group is available to inmates who want to understand the customs, culture and beliefs of Native Americans. It is designed to foster self-identification, self-esteem and values which can be applied toward self-improvement. This program runs for one hour, twice a month on Saturdays.

### PROTESTANT SERVICES

A Protestant religious service is led by the resident chaplain and occasionally by outside guests. The services are held weekly on Sundays at 7:45 AM and 9:30 AM to help inmates cope and be empowered to live better lives.

29

### SPANISH CATHOLIC SERVICE

Same as Catholic services but led by a Spanish Priest. See bulletin board for times and dates.

### SPANISH PROTESTANT SERVICE

Same as the Protestant service but led by Spanish speaking volunteers. See bulletin board for times and dates.

### INTERCESSORY PRAYER

Each Thursday PM, men gather to pray for their Savior's kingdom, their nation, their church, their prison administration, staff and fellow inmates and their church and families. Men are taught to pray and experience fellowship.

# SUBSTANCE ABUSE

### ALCOHOLICS ANONYMOUS

These meetings serve as self-help, 12-Step maintenance groups with a focus on recovery from alcoholism. AA meetings are held on a weekly basis in each wing of each housing unit. Each AA meeting services only those residing in that particular wing. Attendance averages 15 to 20 inmates per group. Outside AA volunteers are utilized and assigned to specific units.

### EVENING OF SHARING FOR AA & NA

In addition to the weekly AA & NA Meetings which are held on each unit, one AA and one NA "Evening of Sharing" for the general population on a monthly basis. Volunteer speakers from Alcoholics and Narcotics Anonymous are present to share their experience(s), strength and hope of recovery with the inmates. The "Evening of Sharing" are two hours in length and are arranged and monitored by DATS. They are held on Monday evening at 6:30 PM in the Chapel.

# EDUCATION DEPT. PROGRAMS

### HELP FAIR

The Help Fair is an annual event held in early October of each year. This program brings service organizations from across the Commonwealth into the institution to meet personally with inmates who are within eighteen months of their minimum release date. Approximately 50 agencies and 300 inmates attend this event annually.



## EDUCATION ORIENTATION

Education counselors meet inmates newly assigned to SCI-Albion each Monday afternoon on the Intake Unit to explain educational programs, classes available, entry requirements, GED testing and other educational concerns that new inmates may have.

## SPECIAL EVENTS

Annual Education Programs include two Graduation Ceremonies and one Award Ceremony. Inmates receiving recognition include G.E.D. recipients, vocational certifications, vocational tutors, teacher's assistants and exceptional progress students. These ceremonies also include educational and motivational speakers and performances by the Inmate Activities Band.

## DISTANCE LEARNING

This exciting new education opportunity will soon be available via satellite Cable TV and will provide an array of programs. To be announced.

# MISCELLANEOUS THERAPY PROGRAMS

## BLACK HISTORY PROGRAM

During February of each year, the institution observes Black History Month. A wide array of special programs are presented. Posters identifying prominent Blacks and their achievements are placed in the school and other activities (informational papers, documents, etc.). Schedules of events are posted throughout the Institution.

## INSTITUTIONAL DEDICATED EDUCATIONAL CABLE CHANNEL

To provide 24 hours of educational and enrichment programming to the inmate general population. Channel 12 on the Cable TV station.

31

# SECTION #2

# PROGRAMS THAT REQUIRE A SIGN-UP BUT HAVE NO WAITING LIST

## ACTIVITIES PROGRAMS

### IN-CELL ART/MUSIC

To allow for the individual development of creative self-expression and to promote art/music as positive leisure pursuits.

### INTRAMURAL SPORTS

Intramural sports: basketball, softball, volleyball, horseshoes, bocce, handball – designed to promote health competition, teamwork and sportsmanship in a structured setting. Select Over-35 programs offered.

### CEO ORGANIZATION/ACTIVITIES

The Community Elevation Organization is the Institution inmate organization and is similar to other social service organizations i.e., Jaycees, etc. The purpose of the CEO is to assist in ensuring activities of a wholesome, beneficial nature by providing a forum within the facility consistent with the rules and regulations of the PA DOC and those of the administration of this facility. This body shall further promote the well being of inmates regardless of race, creed, religious or social persuasions and address the social concerns of the inmates in compliance with the Department of Corrections and SCI-Albion's policies and procedures.

### HOUSING UNIT/HOLIDAY TOURNAMENT

Housing Unit Tournaments/Holiday Tournaments are activities that provide leisure time recreational opportunities for the inmate population. Provides for positive interaction among the inmates in a spirit of recreational competition.

### HOLIDAY ACTIVITIES

Holiday Activities include inmate band performances, holiday jackpot, sports trivia contests, 3 on 3 basketball, hot shot contest, indoor softball, ping pong tournaments, chess tournaments and a variety of housing unit table game tournaments sponsored by the Activities Department.

32

# LIBRARY

## LAW LIBRARY

The law library has a complete legal collection available upon request. Inter-library loan of legal material is made available through the legal library in Harrisburg. Send a request slip to the Librarian.

# GERIATRIC PROGRAMS

## S.T.E.P.

S.T.E.P. is a group and individual therapy program provided to those inmates who are 55 years of age and older. This service is provided by a contracted DOC Representative. The Psychology Dept. also co-facilitates this program. The focus of this group is directed by the inmates' needs. Various therapeutic issues are covered which apply exclusively to the Geriatric population. Furthermore, geriatric needs are also discussed regarding release concerns and integration into the community. S.T.E.P. can follow inmates into the community and network for individuals prior to parole.

# RELIGIOUS PROGRAMS

## JEHOVAH'S WITNESS

This group meets once per week for 90 minutes for religious instruction designed to empower and enrich the lives of inmates.

## JEWISH PHILOSOPHY

A study and investigation of the characteristics of the Jewish Religion and their customs.

## JEWISH COUNSELING/STUDY

The Jewish Chaplain counsels and educates Jewish inmates on religion, rituals, holy observances and ceremonies in Judaism.

## JEWISH RELIGIOUS SERVICE

A Jewish religious service led and conducted by the Rabbi. This service is held weekly on Thursday. The service helps inmates to grow spiritually.

## CHRISTIAN FILM NIGHT

This group meets for two hours every Saturday utilizing videotaped Christian Motivational programs with the goal of entertaining, educating and inspiring positive Christian virtues.

## HADITH

An explanation of how Prophet Muhammad explained the Qur'an based upon his sayings. This is a Muslim Program.

## HEBREW STUDIES

Instruction in the Hebrew language is offered by the Rabbi. This study is open to non-Jewish inmate population as well as Jewish.

## ROSARY GROUP

A Catholic spiritual group. This group meets once a week for approximately 90 minutes. It is designed to deepen the inmate's religious lives through rosary prayer.

## PASTORAL COUNSELING

By request, and according to the spiritual needs of the inmates, as well as the availability of the various chaplains, individual counseling is scheduled. Appointments for emergencies or crises are made available upon request. The goal of individual counseling is to provide a faith perspective for approaching personal problems, or seeking healing in the fullest sense.

## SATURDAY BIBLE SEMINAR

Twice annually, a noted bible teacher will speak on a subject using God's Word as their text. Held AM & PM on the last Saturday of February and August yearly.

## SATURDAY PM BIBLE STUDY

Volunteers lead a study of a Christian book and teach on everything from managing money to dealing with one's spouse. Each Saturday evening except the first Saturday.

## MUSLIM COUNSELING SERVICE

The Imam counsels Muslims in their religious life, educates them in the proper practice of Islam in family life, social conduct and others.

34

# VETERAN'S PROGRAMS

## VETERAN'S ADMINISTRATION PROGRAM

The Veteran's Administration Outreach Center in Erie County provides assistance for the inmate population who are discharged veterans. Counseling representatives from the Veterans Administration Hospital meet with inmates who have concerns regarding various benefits offered by the Veterans Administration. Limited therapeutic counseling and support are also provided to those inmates suffering from post military adjustment difficulties. This group meets at the Institution the first Tuesday of each month for approximately 2 hours. The first hour of counseling focuses on In-Country/Vietnam Veterans only, followed by a second hour of all other Veterans.

# EDUCATION DEPT. PROGRAMS

## ACT 143 VICTIM'S AWARENESS

This is a 10-hour Victims Impact Program mandated by law for certain offenders and provided by the Department of Corrections. Available to inmates who fall under Act 143 only.

## LITERACY

This course is designed for students who have scored below 5.0 (fifth grade level) on the Test of Adult Basic Education. The literacy needs of the students are accommodated by adjusting the basic curriculum to each student's ability level.

## SPECIAL EDUCATION

The Special Education program serves inmates who are under 22 years of age who have been identified in need of special education. The procedures for Special Education programming follow Chapter 14 of the State Board of Education and Chapter 342 of the Department of Education. Inmates over the age of 22 who qualify for special services under the Americans With Disabilities Act and those who are housed in the Restrictive Housing Unit (RHU) are provided services on an individual basis. Special Education students enrolled in the education program may obtain their high school diploma directly from their home school district if they meet pre-determined educational goals as written in their IEP set by the Institution and said School District.

35

## MISCELLANEOUS THERAPY PROGRAMS

### BLACK HISTORY PROGRAM

During February of each year, the Institution observes Black History Month. A wide array of special programs are presented, posters identifying prominent Blacks and their achievements are placed in the school and other activities (informational papers, documentaries, etc.)

### INSTITUTIONAL ADJUSTMENT GROUP FOR LONG TERM OFFENDERS

This therapy group meets for 1 ½ hours per month and is conducted by the Psychology Dept. Psychological issues relating to long term offender status and adjustment to institutional stressors is the focus of this group. Inmates must have a minimum sentence of then (10) years or more in order to be eligible for this program.

# SECTION #3

# PROGRAMS THAT REQUIRE A SIGN-UP SHEET AND HAVE A WAITING LIST

## AIDS PROGRAMS

### HIV PEER EDUCATION GROUP

The HIV Peer Education is a ten (10) week, one hour per week group. It is a comprehensive group focusing on the origins and process of the disease, as well as how to protect oneself. It is inclusive of historical factors and origins of the virus, high-risk factors and new hope for the treatment of those which are inflicted. This novel approach is designed in order to have inmates teach other inmates. The inmates and staff (which facilitate this group) are all trained by the Pennsylvania AIDS, E.T.C. of the University of Pittsburgh. The inmates and staff are all volunteers, giving their time to educate others on this deadly virus. We call this, "the vaccine of knowledge".

36

## HIV PROGRAM

The HIV/AIDS Support Group is provided to the inmate population and meets twice per month for approximately one hour and fifteen minutes to provide therapeutic support and additional assistance on an as needed basis. Through self-referral, inmates diagnosed with the above disorder can participate in programming by submitting a request slip to the Psychology Department. Referral information is also provided to inmates by the Health Care Department, counseling staff or through the inmate orientation on the admissions unit.

## HIV/AIDS SUPPORT GROUP

The HIV/AIDS Support Group is provided to the inmate population and meets twice per month for approximately one hour and fifteen minutes to provide therapeutic support and additional assistance on an as needed basis. Through self-referral, inmates diagnosed with the above disorder can participate in programming by submitting a request slip to the Psychology Department. Referral information is also provided to inmates by the Health Care Dept., Counseling Staff or through the Inmate Orientation on the Admissions Unit.

# ACTIVITIES PROGRAMS

## ART CLASSES

To provide group and individual instruction in the areas of painting, sketching, quilting, basket weaving and drawing. Self-expression and further development or artistic talent is encouraged in a structured setting.

## AUDIO/VISUAL

To provide instruction in the operation of audio/visual equipment. Taping of institutional events, preparing tapes and programs for the institutional dedicated channel are the primary focus.

## INMATE BAND

To provide qualified inmates the opportunity to develop their musical abilities while providing quality music concerts to the inmate population at minimal cost to the institution.

## INTRAMURAL COACHES RECREATION

Instructional class involving volunteer coaches to provide suggestions for handling players, communicating league rules and general coaching goals and techniques.

37

## INTRAMURAL OFFICIALS ORIENTATION

To provide a fundamental working knowledge of the particular sport, its strategies, rule enforcement and conflict resolution techniques.

## MUSIC CHOIR

To provide the opportunity for inmates with singing ability to participate in a wholesome program of recreation that will benefit the entire inmate population.

## MUSIC LESSONS

Instructional classes are provided to allow inmates desiring to learn a musical instrument the opportunity to practice and develop their skills through professional tutorage.

## SPORTS CLASS

To promote cooperative group play and activity.  To provide for an increased awareness of alternative activities for productive use of leisure time.

## GYM FITNESS TRAINING

To promote personal cardiovascular and muscle fitness through individual exercise stations designed to work specific areas of the body.

## SNU MUSIC PROGRAM

An on the unit music instruction program focusing on recreational flute and guitar.

## INMATE WELLNESS PROGRAM

Instruction on all aspects of personal wellness for inmates is provided through standardized curriculum.

## GYM WEIGHT TRAINING

To promote and enhance muscle development through strength training using free weight adaptable machines, cable weights and barbells.

# PARENTING PROGRAMS

### LONG DISTANCE DAD'S

The Long Distance Dad's Program was developed to assist men in developing skills to become more involved and supportive fathers. Stage I is 12 weeks long (1½ hrs. each wk.) with classes designed for men to understand the value they have (and receive) when they become positive involved fathers. Character, legacy and understanding children are some of the topics covered.

# RELEASE PREPARATION PROGRAMS

### JOB SEARCH

The group purpose is to add to one's personal inventory by preparing a resume' (selling yourself). Getting information on training and where the jobs are available. Rehearsing job interviews (by play acting within group). The inmate employment office runs this program.

# RELIGION PROGRAMS

### BIBLE DISCUSSION

Instruction in the Christian Scriptures is offered three time per week for 1 ½ hours each by staff and volunteer chaplains. A basic study and two intermediate level studies are offered.

### CHRISTIAN BASED RECOVERY

Teaching drug and alcohol recovery based upon Christian principals, this group is led by a volunteer and meets every Saturday afternoon.

### CHRISTIAN LEADERSHIP GROUP

Designed to teach Christian leadership skills that can be applied to daily living. This group is conducted by the Protestant Chaplain with a volunteer co-leader.

### ISLAMIC EDUCATIONAL WEEKEND RETREAT

This retreat is a presentation of a three-day short course in the basic tenet of the Islamic religion. It is conducted by a pool of local Islamic scholars and volunteers and is offered twice each year.

39

## HOUSES OF HEALING ‐

A multi-disciplinary program utilizing the material from a book entitled "Houses of Healing – A Prisoner's Guide to Inner Power and Freedom". The group is open to select inmates who have completed the Prescriptive Program Plan and who seek to do advance work on the emotional and spiritual healing. Groups are led by a number of staff from both Centralized Services and Facility Management, each taking a different topic.

## KAIROS GROUPING

This is a weekly instructional grouping of inmates that have completed a Kairos Retreat Weekend. This group meets for ninety minutes once per week.

## KAIROS RETREAT WEEKEND (BI-YEARLY)

Kairos Weekend Retreat is the presentation of a three-day short course in Christianity for the selected inmates. It is conducted by an interdenominational team of laity and clergy in cooperation with the Chaplains of the Institution

## NATION OF ISLAM DAY

This group meets three (3) hours the first Wednesday of each month, utilizing videotapes that are motivational, educational and illustrates the moral teaching of their faith.

## PROMISE KEEPERS

This group is specifically designed to equip men to fulfill and honor their roles and commitments as husbands, parents, leaders, friends and community builders. This group concentrates on family, marriage and friendship issues among men.

## QUR'ANIC STUDIES

An extensive look into the Qur'an, by studying every verse of the Qur'an, helping each individual to become more aware of the true meaning of the Qur'an.

## SATURDAY MORNING BIBLE STUDY

Led by volunteers, this is a praise and worship service followed by Bible based doctrinal teachings on how to live and experience the fullness of the Christian Life

## SEERAH

The biography of Prophet Muhammad, taking an extensive look into how the prophet lived his life according to the Qur'an.

40

## SHARIAH

The study of Islamic Law designed to teach inmates how to live according to Islamic Law.

## TALIM

Religious instruction in the Muslim faith is offered for 1½ hours weekly. Study in the Koran is led by the Imam.

## WEEKEND RETREATS

Annual retreats by Cope, Metanoia and Prison Fellowship provide short courses in Christianity designed to deepen inmate religious awareness. The retreats are held on weekends and are followed by follow-up group sessions that meet one-hour each week. About 120 inmates participate in a year.

## BAPTISM INSTRUCTION

Held for three consecutive Sundays; three times a year, preparing men to be baptized as believers in Jesus Christ and committed to being his disciples.

## RAP WITH THE CHAP

Allows a small group of men to meet to discuss with the Protestant Chaplain biblical and other topics from a uniquely Christian point-of-view. Sunday afternoon 1:30 – 3:30 PM.

# SUBSTANCE ABUSE

## AFTER CARE GROUP

This group is designed to assist those inmates who have completed their recommended programming and are nearing an opportunity to release. The group emphasizes the development of pro-sobriety support systems to include AA and NA involvement. Each inmate will develop an After Care Plan prior to the completion of the group. The group capacity is ten inmates per group. The group will be held once a week for one hour, for a total of four sessions.

## COMMITMENT TO CHANGE

This group focuses directly on the thinking errors that occur within the mind of a substance dependent criminal offender. The concepts of Samenow and Yochelson on Errors in Thinking are utilized in this thirteen-session group. The group capacity is fifteen and the group is held once a week for 1½ hours. Minimum sentence dates are

41

not used as criteria to prioritize who enters the group first in order to allow "Long Timers" an opportunity to participate in programming.

## BASIC D&A EDUCATION GROUP

Group meets once per week for a period of twelve sessions. This group provides information on the disease concept of chemical dependency, the effects of drugs & alcohol both on the dependent person as well as his family. Successful recovery from addiction and treatment modalities are also covered. Groups focus is to initiate a change in group members' attitudes about the use and abuse of drug and alcohol, and to provide direction toward alternatives and recovery. The facilitator uses videotapes, lecture, handouts and group interaction in the group process. We presently have six basic drug and alcohol groups running, three in the Centralized Services Building and three in the Units.

## COCAINE RECOVERY

A group designed specifically for the cocaine and in most cases, crack cocaine addict. Emphasis on the distinct characteristics of addiction to this substance and the recovery planning needed to improve outcomes. Group meets one time a week for approximately one-hour. Capacity of group is limited to 10.

## D&A STRESS & ANGER MANAGEMENT

This group is for inmates who have successfully completed the basic stress and anger training on their units and who have a history of violence and substance abuse. The course empowers the inmates to see the errors in their thinking and to make the necessary changes in their attitudes and behavior. The capacity is ten.

## DUI-DRIVING UNDER THE INFLUENCE

The Driving Under Influence group is for educating the inmate who has been convicted of driving while under the influence. It is designed to help teach offenders to take responsibility for their actions and to make real changes in their thinking, beliefs and behavior. This group meets one time a week for twelve consecutive sessions. Capacity for this group is twelve.

## DESIGN FOR LIVING

This is a twenty-six week drug and alcohol program designed by Hazelden Educational Materials. It is a comprehensive program for providing substance abuse education, treatment and aftercare in a correctional environment. The capacity for this group is fifteen. There are presently two different groups running each week and they are being held in the drug and alcohol unit.

42

## DRUG DEALERS

Developed for the inmate that substance dependence may be secondary or not an issue at all. Designed to focus on the addictive aspect of selling drugs for money. Use of "criminal thinking" concept will be employed in this group process. Group meets one time a week for approximately one-hour. Capacity of this group is limited to ten.

## DUAL DIAGNOSIS/SPECIAL NEEDS UNIT

This group meets once a week for a period of ten sessions. Capacity of this group is limited to twelve inmates. This group focuses on the disease concept of addiction; the effect chemicals have on them and their families. The class will also cover recovery from addiction through different modalities, as well as initiating a change in the participants' attitudes about the use and abuse of drugs and alcohol. Videos, lectures and handouts will also be implemented during the group process. This group is being run in the Special Needs Unit with time made available for one-on-one sessions afterwards.

## GOING HOME GROUP

Group meets once per week for approximately one-hour. The enrollment is twelve inmates at a time and the group lasts for a period of ten sessions. The purpose is to provide a forum where inmates can discuss issues they will have to face upon parole and pre-release from SCI-Albion. Videotapes are used along with minimal lecturing. We presently have four different groups running per week; two in the Pre-Release/parole Unit and two in the Centralized Services Building.

## LATINO DRUG DEALERS

This group has the same goal and focus of the drug dealers group for the general population but is adapted for the Latino population. The potential for a language barrier is resolved through assistance of a bilingual staff person and/or inmates. Group meets one time per week, daylight or evening for twelve consecutive sessions.

## PV/RHU "LIVING SOBER" GROUP

This group was designed for and limited to parole violators who used drugs and/or alcohol while on parole and were consequently returned to prison. Those inmates presently incarcerated who were found to be using drugs and/or alcohol while in prison are also candidates for this group. The group consists of eight sessions with no waiting list; the group is open-ended. PV's will be assigned to the group when they are reassessed. Those inmates released from RHU will be interviewed by the DATS Counselors and assigned.

43

## RATIONAL RECOVERY¯

A group developed as alternative to traditional 12-Step based program. Focus will be upon recovery through a cognitive based approach. Rational emotive therapy will be employed as its premise. Group meets one time a week for approximately 1½ hours. Capacity of group is limited to ten.

## RELAPSE PREVENTION

Developed for the substance dependent inmate who has been unable to maintain abstinence despite previous treatment experiences. Group meets once a week for approximately one-hour. Emphasis on development of individualized relapse prevention plan. Capacity of group is limited to ten.

## RELAPSE PREVENTION/LATINO

This group has the same goal and focus of the relapse prevention group for the general population but is adapted for the Latino inmate. The potential for a language barrier is resolved through assistance of a bilingual staff and/or inmate. Use of videos and materials done in Spanish are implemented as well. Group meets one time a week for twelve sessions. Capacity of this group is ten.

## SPECIAL NEEDS UNIT RELAPSE PREVENTION

(Mentally challenged) This group will meet once a week for a period of ten weeks. The target population for this group will be mentally retarded inmates who meet the criteria for drug and alcohol therapy. Group techniques used will be "concrete association" – that drugs and alcohol are dangerous and to use them leads to trouble. Outside agencies and groups available to this population for support are also covered. Class size is limited to twelve participants. This is being run in the Special Needs Unit with time made available for one-on-one sessions afterwards.

## TASC/SCI PROGRAM

It is the policy of SCI-Albion to ensure that every inmate is screened prior to being paroled for eligibility and acceptability into the TASC Program. TASC is a drug and alcohol aftercare component used by the Department of Corrections. It is a joint effort between the Department of Corrections, the PA Board of Probation and Parole and the Department of Health with the intent of reducing the number of substance abusing paroles who may re-enter the SCI's due to relapse into criminal behavior and addiction.

44

# EDUCATION DEPT. PROGRAMS

## ADULT BASIC EDUCATION (ABE)

This section is designed for those students who have scored from 5.0 to 6.9 on the TABE. The curriculum expands the students' vocabulary through phonetic and structural analysis and context clues. Comprehension and critical reading, in addition to spelling, grammar and writing skills, are incorporated into the reading curriculum. The math curriculum is both individualized and large group instructions in which application to life skills and problem skills are stressed.

## PRE-GED

This course is designed for those students who have scored between 7.0 and 9.9 on the TABE. Students are presented intermediate-level skills to be mastered. Frequent administration of the practice GED test aids in building test-taking ability in preparation for successful completion of the GED exam.

## GED

The GED course is designed for those students who have scored about 10.0 on the TABE. Students are given a rigorous program of skill building leading to a mastery of the GED test. Repeated use of the practice GED test is a routine part of this course.

## ENGLISH-AS-A-SECOND LANGUAGE (ESL)

The beginning ESL class is designed for students below the second grade level. These students are exposed to language expression, including a limited number of immediate, isolated words addressing survival needs using very basic phrases, responses and grammar. The intermediate level is for those students functioning above the second grade level. Students study language and written expression addressing personal needs, home economics and life skills.

## PRE-VOCATIONAL MATH/ENGLISH

These prevocational Math and English classes are designed for students who have earned a GED or high school diploma but who do not have the reading and/or math skills necessary for success in vocational classes. The goal of these classes is to raise reading and math scores to the 10.0 level.

## AUTOBODY REPAIR

This program trains students for employment as Auto Body Repair Technicians. The curriculum includes theoretical instruction and practical, hands-on instruction. Students

45

must demonstrate a tenth grade level in reading and mathematics to enroll in the course.

## AUTO MECHANICS/INSPECTION/TECHNOLOGY

This course prepares students for employment repairing and replacing vehicle equipment and mechanical components and to become a licensed Pennsylvania State Vehicle Inspection Mechanic. The Automotive Service Excellence (ASE) certification and the Pennsylvania State Vehicle Inspection tests are given to students who have mastered the skills taught in this course. Students must demonstrate a tenth grade level in reading and mathematics to enroll in this program.

## BUILDING CUSTODIAL/MAINTENANCE AND REPAIR

The BCMR program instructs students in the skills necessary for employment in either construction or maintenance of residential or commercial buildings. Basic skills required for self-employment in these fields are taught. Students must demonstrate a tenth grade level in reading and mathematics is required for enrollment in this course.

## INDUSTRIAL ARTS AND CRAFTS (STAINED GLASS)

This course provides instruction in the design and creation of stained glass artwork and related craftsmanship. Students are instructed in the history of stained glass arts, use of tools and chemicals, production of artwork and basic business practices. Advanced classes are offered for those students who successfully complete the Level I course. A tenth grade level in reading and mathematics is required for enrollment in this course.

## BUSINESS PRACTICES

This course is designed to prepare the student to enter the business sector. Classes are offered in keyboarding, computer software applications and other business related courses. A tenth grade level in writing, grammar and mathematics must be demonstrated to enroll in this program.

## BARBER SCHOOL

This program is designed to prepare the student to successfully pass the State Barber Exam. The student must complete approximately 1300 hours of instruction and fulfill pre-determined requirements to enroll in this program.

## COMPUTER REPAIR

This program, scheduled to begin in 2000, will lead to industry recognized IBM A+ certification. The curriculum will provide students with an opportunity to learn hardware and software installation, troubleshooting, repair and maintenance. The student must demonstrate a tenth grade level to enroll in this program.

### READING TO YOUR CHILDREN

This program is designed for inmates with low reading levels to improve their reading skills and to foster a relationship with their children by producing three 20-minute video tapes of themselves reading a book to their children. The tapes and books are then sent to the children to keep. This program is conducted three times a year.

### APPRENTICESHIP PROGRAMS

Candidates for these programs are screened to determine qualification according to pre-defined specifications. Six months employment is a related job title is required. Applications are then sent to the Department of Labor and Industry for registration into one of twelve trade programs offered.

### HIV/AIDS AWARENESS

Causes and prevention strategies of HIV/AIDS are discussed in this program, which is offered as a joint effort of the Education Department at SCI-Albion and the Erie County Health Department. Programs are available in both English and Spanish to meet the needs of the inmate population.

### TUTOR TRAINING

The tutor training program trains inmates for tutoring other inmates in their housing units during evening and weekend hours or other times when school is generally not in session.

# MISCELLANEOUS THERAPY PROGRAMS

### BREAKING BARRIERS

The purpose of this program is to discuss the process of individual change and understanding of negative behavior. Psychology Dept.

### ADVANCED MENTAL HEALTH MANAGEMENT

An ongoing, interactive group designed to provide a forum for all special needs unit inmates with an interest in learning about mental health issues and symptom management. To obtain information regarding the following topics: prison adjustment, managing anxiety and depression, conflict resolution, self-esteem, assertiveness, medication management and other mental health related issues and a request to the Psychology Dept.

47

## FACILITATOR GROUP -

The group purpose is to discuss the characteristics of a good group agenda and to plan on how to lead a peer group. The group leader will share information and discuss goals and show potential peer group leaders how to maximize group interaction and communication.

## FAMILY VIOLENCE PREVENTION PROGRAM

This particular group is for inmates who are incarcerated at SCI-Albion for an assaultive history. This program provides treatment for inmates who have a history of battering their significant others, i.e., spouse, girlfriend, grandparents, children or other family members. This would include Aggravated and Simple Assault, Criminal Attempted Homicide, Protections from Abuse Violations as well as, Terroristic Threats.

## MENTAL HEALTH EDUCATION GROUP

An eight-week program designed to address mental health issues. Included in this program are the major mood disorders, personality disorders, anxiety disorders, schizophrenia, medication issues, stigma, how diagnoses are made and the utilization of community resources. Each topic is discussed through lecture and group interaction and is targeted for those individuals on the Special Needs Unit with a mental health diagnosis.

## MENTAL HEALTH PEER GROUP

Inmates within the special housing units may undergo counseling, which is facilitated by the Psychology Department and Correctional Counselors. Areas that are considered within this group review the importance of medication compliance, how to better manage the inmate mental illness, provide diagnostic information, stress management and cognitive therapeutic intervention. Inmates housed on the Special Needs Unit are expected to participate at least once per week for approximately 1 hour 15 minutes. Each group is facilitated by an inmate peer leader.

## PEER GROUP LEADER

To plan on how to lead a peer group and to discuss the characteristics of a good group agenda. This is held one hour a week for eight weeks.

## PERSONAL ADJUSTMENT TRAINING

A training program to provide support and structure for those inmates that are lower functioning (primarily mentally retarded). Discussions include decision making skills, communication, conflict resolution, stress and anger management and social skills. Participation is directed towards enhancing institutional adjustment and better community integration when released from prison.

48

## PERSONAL DYNAMICS-

The group purpose is to examine and recognize our personal potential in such areas as goal setting, family communications, leadership skills, human relations and public speaking. When we realize our potential, we will improve our abilities in life, which will help us get acclimated back into society and elevate our awareness and help others in our community. Psychology.

## STRESS/ANGER MANAGEMENT

Group counseling is available for inmates who require stress and anger management. The "Cage Your Rage"; an inmate guide to control anger, is the program format. Groups meet for 90 minutes, twice a week for ten weeks. Each inmate is assigned a Cage Your Rage workbook which is easy to read and ideal for self stud programs for offenders. Past and present anger, what causes anger, how to manage your anger, as well as suggested readings are part of the overall program. These groups are also led by peer group facilitators who assist inmates within the housing units as well. This group is run on the units. Unit Management.

## STRESS/ANGER MANAGEMENT – SNU

This particular group is modified for inmates assigned to the Special Needs Unit. Although, the Cage Your Rage, an inmate guide to control anger, is a format for the program, the groups are co-facilitated by a Psychologist as well as a Correctional Counselor. Past and present anger, what causes anger, how to manage your anger as well suggested readings are part of the overall program.

## TUTOR TRAINING PROGRAM

Selected inmates will be trained as tutors to serve needy inmates in the housing units. This program does not replace the educational classes, but provides extended opportunities for interested inmates to further their learning at an accelerated rate. Education Dept.

## IMPACT OF CRIME

This program is facilitated per Policy 17.2.3. It is an educational program for inmates, which will inform, instruct and involve them in learning about the immediate and long-term psychological, financial and physical impact of all types of crime on victims, their families and the community.

Each instructor was trained under the Guidelines of Policy 17.2.3.

## SEX OFFENDER PROGRAM

A comprehensive program in various phases to deal with the issues of sex offenders and sexual victimization.  See your counselor for a referral into this program.

## DRUG & ALCOHOL THERAPEUTIC COMMUNITY

A six month D&A Program dealing with addiction and offered on I-B Unit.  This is an intense, in-patient type of program within the Institution.  Participants graduate to a guaranteed six (6) month CCC placement upon successful completion of the institution component followed by six (6) months of intense parole supervision.  See your counselor for a referral.

## LIFE SKILLS GROUP FOR LONG TERM OFFENDERS

This is a twelve (12) week class that addresses the concerns of men that have at least ten (10) year minimums.  Exceptions are made on a case-by-case basis.  Topics that are addressed:

A.    Transitioning back into the community.
B.    Re-establishing family relationships.
C.    Parole restrictions (CCC).
D.    Obtaining employment (application, interview, resume').
E.    Establishing community support system.
F.    Decision making.
G.    Goal setting.
H.    Citizenship responsibilities.

This is a therapeutic program that teaches life skills for parole or max out from a psychological perspective.

50

## SEX OFFENDER PROGRAM

A comprehensive program in various phases to deal with the issues of sex offenders and sexual victimization. See your counselor for a referral into this program.

## DRUG & ALCOHOL THERAPEUTIC COMMUNITY

A six month D&A Program dealing with addiction and offered on I-B Unit. This is an intense, in-patient type of program within the Institution. Participants graduate to a guaranteed six (6) month CCC placement upon successful completion of the institution component followed by six (6) months of intense parole supervision. See your counselor for a referral.

## LIFE SKILLS GROUP FOR LONG TERM OFFENDERS

This is a twelve (12) week class that addresses the concerns of men that have at least ten (10) year minimums. Exceptions are made on a case-by-case basis. Topics that are addressed:

A.     Transitioning back into the community.
B.     Re-establishing family relationships.
C.     Parole restrictions (CCC).
D.     Obtaining employment (application, interview, resume').
E.     Establishing community support system.
F.     Decision making.
G.     Goal setting.
H.     Citizenship responsibilities.

This is a therapeutic program that teaches life skills for parole or max out from a psychological perspective.

DC-43                                    COMMONWEALTH OF PENNSYLVANIA
PRESCRIPTIVE PROGRAM PLAN              Department of Corrections

| DC NUMBER | NAME | INSTITUTION | DATE INITIATED |
|---|---|---|---|
| CC4135 | LEONARD JEFFERSON | SCI-A | 7/20/01 |

AREAS OF CONCERN
( ) Mental Health      ( ) Physical      (✓) Assaultiveness
(✓) Vocational        ( ) Drug         ( ) Sexual
( ) Academic          (✓) Alcohol      ( ) Escape
(✓) Other  LONG TIMERS                                CC-2

**RECOMMENDED ACTIONS**
(The following is a list of suggested programs and/or kinds of behavior which may help you with the weakness and/or problem areas):

REMAIN MISCONDUCT FREE

POSITIVE HOUSING & WORK REPORTS

BATTERERS INTERVENTION (MS CRAWFORD)

STRESS AND ANGER MGMT (ON UNIT)

CITIZENSHIP TRAINING (ON UNIT)

LONG TIMERS GROUP (MS FICHENLAUB)

ACTIVITIES OF CHOICE (WALKING, YARD, RELIGIOUS ETC)
(NOT INTERESTED IN PROGRAMS AT THIS TIME)

_____                        Leonard C. Jefferson
Signature of Staff Member                          Signature of Inmate

Tentative Progress Review (date) 2/02

**RESULTS ACHIEVED** or reasons for lack of results

RELIGIOUS PROGRAMS

WALKING - PHYSICAL FITNESS

1 MISCONDUCT CLASS II

HOUSING & WORK REPORTS

_____        7/24/02        Leonard C. Jefferson
Signature of Staff Member      Date Reviewed      Signature of Inmate

The two lists are not all inclusive and may change over time. Additional weaknesses and/or problem areas may be un-covered. Weaknesses and/or problem areas may be overcome or reduced in importance. Programs may be completed or additional programs may be indicated. These lists can and should be reviewed periodically to account for any pro-gress or lack of progress. You should request a review through your Counselor to discuss any changes and to keep your prescriptive program current.
While all participation in all programs is strictly voluntary, progress or lack of progress in dealing with weaknesses and/or problem areas will be one of the factors taken into consideration for all actions requiring staff support such as recom-mendations for program level changes, job changes, pre-release, commmutation, and parole.

52

| **DC-43** | **Commonwealth of Pennsylvania** | | | | | (revised 2/00) |
|---|---|---|---|---|---|---|
| **Prescriptive Program Plan** | **Department of Corrections** | | | | | |

| DC-Number: _ILL 4138_ | | Facility: _AIRKU_ | | Custody Level ➁ | Date of Review _7/24/02_ | |
|---|---|---|---|---|---|---|

Name _LEONARD JEFFERSON_          Initiation Date _7/24/02_

**Issues to be Addressed**

| **At Reception** | Mental Health ( ) Vocational ( ) Academic ( ) Drug/Alcohol ( ) Assaultive( ) |
| | Sexual ( ) Escape ( ) Other (✓) Explain: _CONST IM INMATE_ |
| **This Review** | Mental Health ( ) Vocational ( ) Academic ( ) Drug/Alcohol ( ) Assaultive(✓) |
| | Sexual ( ) Escape ( ) Other ( ) Explain: |

This plan may change over the course of your incarceration. Additional problem areas may be uncovered. Programs may be completed or additional programs indicated. This plan should be reviewed annually to account for any progress or lack of progress.

You are expected to maintain positive housing, work and school reports, and remain misconduct free.

Progress or lack of progress on the Prescriptive Program Plan will be one of the factors taken into consideration for all actions requiring staff recommendations for job changes, pre-release and parole.

| Program | Education Program Type **** | Ed Code **** | Recommend (Y/N) | Date Recommend (waiting list) | Actual Start Date | Actual Complete Date | Removed (Y/N) | Reason Removed* |
|---|---|---|---|---|---|---|---|---|
| **Work/Education** | | | | | | | | |
| Employability | | | | | | | | |
| Academic Education | | | | | | | | |
| Vocational Education | | | | | | | | |
| Facility Job | | | ✓ | | | | | |
| | | | | | | | | |
| **Family Relationship/Self** | | | | | | | | |
| Parenting | | | | | | | | |
| Breaking Barriers | | | | | | | | |
| Health & Wellness | | | . | | | | | |
| 55 & Older Program | | | | . | . | | | |
| Long Term Offender | | | ✓ | | | | | |
| | | | | | | | | |
| **Citizenship/ Personal Responsibility** | | | ✓ | | | | | |
| Citizenship Program | | | ✓ | | | | | |
| | | | | | | | | |
| **Offense Related** | | | | | | | | |
| Drug & Alcohol Education** | | | | | | | | |
| D/A Outpatient/Treatment** | | | | | | | | |
| D/A Therapeutic Comm.** | | | | | | | | |
| Sex Off. Program Orientation*** | | | | | | | | |
| Sex Off. Program Treatment*** | | | | | | | | |
| Anger Management | | | | | | | | |
| Act 143 (Victim Awareness) | | | | | | | | |
| _BATTERERS GROUP PROGRM_ | | | ✓ | | | | | |
| | | | | | | | | |
| **Release Planning** | | | | | | | | |
| Formulate Parole Plan | | | | | | | | |
| Pay $30 Act 27 of 1995 Fee | | | | | | | | |
| Pre-release eligibility date | | | | | | | | |
| Other | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Comments on recommendations for this rating period

_CONTINUE POSITIVE ADJUSTMENT._

Comments on progress from last rating period

_NO REAL INTEREST IN PROGRAMS_
_No misconducts in last year - Removed from job on GLP_

| _____ | _Leonard C. Jefferson_ | _7 , 10 3_ |
|---|---|---|
| Signature of Staff | Signature of Inmate | Date of Next Review |

*Removal Codes: PA – Poor Attendance, PP – Poor Participation, MH – Mental Health Commitment, MI – Misconduct, WR – Writ, DI – Disruptive, SM – Self Removal
** D/A Programs: Assignment in conjunction with D/A Staff     ***Sex Off. Programs: Assignment in conjunction with sex offender treatment staff
****Academic – 1 – Spec. Ed, 2 – ESL, 3 – Lit, 4 – ABE, 5 – GED. Vocational – 1 – part-time, 2 – full-time, 3 – Accredited

**WHITE – DC-15    YELLOW – Inmate After Progress Review          PINK – Inmate When Initiated    GOLDENROD – Inmate When Initiated**

53

| DC-43 | **Commonwealth of Pennsylvania** | | | (revised 2/00) |
|---|---|---|---|---|
| **Prescriptive Program Plan** | **Department of Corrections** | | | |

| DC-Number: _____ | Facility: _____ | Custody Level  2 | Date of Review _____ |
|---|---|---|---|

| Name _____ | | Initiation Date |
|---|---|---|

**Issues to be Addressed**

| At Reception | Mental Health ( ) Vocational ( ) Academic ( ) Drug/Alcohol (✓) Assaultive (✓) Sexual ( ) Escape ( ) Other ( ) Explain: |
|---|---|
| This Review | Mental Health ( ) Vocational ( ) Academic ( ) Drug/Alcohol ( ) Assaultive ( ) Sexual ( ) Escape ( ) Other ( ) Explain: |

This plan may change over the course of your incarceration. Additional problem areas may be uncovered. Programs may be completed or additional programs indicated. This plan should be reviewed annually to account for any progress or lack of progress.

You are expected to maintain positive housing, work and school reports, and remain misconduct free.

Progress or lack of progress on the Prescriptive Program Plan will be one of the factors taken into consideration for all actions requiring staff recommendations for job changes, pre-release and parole.

| Program | Education Program Type **** | Ed Code **** | Recommend (Y/N) | Date Recommend (waiting list) | Actual Start Date | Actual Complete Date | Removed (Y/N) | Reason Removed* |
|---|---|---|---|---|---|---|---|---|
| **Work/Education** | | | | | | | | |
| Employability | | | | | | | | |
| Academic Education | | | | | | | | |
| Vocational Education | | | | | | | | |
| Facility Job | Obtain | | Y | | | | | |
| | | | | | | | | |
| **Family Relationship/Self** | | | | | | | | |
| Parenting | | | | | | | | |
| Breaking Barriers | | | | | | | | |
| Health & Wellness | | | | | | | | |
| 55 & Older Program | | | | | | | | |
| Long Term Offender | | | | | | | | |
| | | | | | | | | |
| **Citizenship/ Personal Responsibility** | | | | | | | | |
| Citizenship Program | | | Y | | | | | |
| | | | | | | | | |
| **Offense Related** | | | | | | | | |
| Drug & Alcohol Education** | | | | | | | | |
| D/A Outpatient/Treatment** | | | | | | | | |
| D/A Therapeutic Comm.** | | | | | | | | |
| Sex Off. Program Orientation*** | | | | | | | | |
| Sex Off. Program Treatment*** | | | | | | | | |
| Anger Management | Violence Prevention | | Y | | | | | |
| Act 143 (Victim Awareness) | | | | | | | | |
| Batterers Intervention | | | Y | | | | | |
| **Release Planning** | | | | | | | | |
| Formulate Parole Plan | | | | | | | | |
| Pay $30 Act 27 of 1995 Fee | | | | | | | | |
| Pre-release eligibility date | | | | | | | | |
| **Other** | | | | | | | | |
| No misconducts | | | Y | | | | | |

Comments on recommendations for this rating period

Contact Ms. Cleeland for Violence Prevention and
Batterers Intervention groups.

Comments on progress from last rating period

_____    _____    2/1/05
Signature of Staff                   Signature of Inmate                Date of Next Review

*Removal Codes: PA – Poor Attendance, PP – Poor Participation, MH – Mental Health Commitment, MI – Misconduct, WR – Writ, DI – Disruptive, SM – Self Removal
** D/A Programs: Assignment in conjunction with D/A Staff          ***Sex Off. Programs: Assignment in conjunction with sex offender treatment staff
****Academic – 1 – Spec. Ed, 2 – ESL, 3 – Lit, 4 – ABE, 5 – GED. Vocational – 1 – part-time, 2 – full-time, 3 – Accredited

54