

| POLICY STATEMENT | |
| Commonwealth of Pennsylvania • Department of Corrections | |

| Policy Subject: | Policy Number: |
|---|---|
| **INMATE COMPENSATION** | **DC-ADM 816** |

| Date of Issue: | Authority: | Effective Date: |
|---|---|---|
| November 22, 1999 | **Martin F. Horn** | January 20, 2000 |

## I.    AUTHORITY

The Authority of the Secretary of Corrections to direct the operation of the Department of Corrections is established by Sections 201, 206, 506, and 901-B of the Administrative Code of 1929, Act of April 9, 1929, P.L. 177, No. 175, as amended.

## II.    PURPOSE

The purpose of this policy is to establish, for inmates receiving work or educational assignments, a systematic monetary incentive for maintaining acceptable levels of performance, provide a daily allowance for inmates incapable of work, or educational program assignments for reasons unrelated to their personal conduct.[1]

## III.    APPLICABILITY

The policy and procedures set forth in this document are applicable to all facilities under the jurisdiction of the Department of Corrections, except the Bureau of Community Corrections.

## IV.    DEFINITIONS

### A.  Academic Education

Learning subjects leading to a general education diploma or advanced study.

*101*

**B. Bonus**

Money paid in addition to regular pay as a production incentive.

**C. Class**

A ranking according to skill, proper attitude, and spirit of cooperation.

**D. Compensation**

Money provided to an inmate for working, attending class or other programs or daily allowance.

**E. Corrections Employment and Vocational Coordinator**

A staff member that establishes inmate work, academic, and vocational program assignments for which inmates shall be compensated. This staff member in conjunction with the Unit Management Team is responsible for assigning inmates for employment and for evaluating their progress on the job.

**F. Daily allowance**

A stipend that may be provided to inmates who are unassigned to specific details or programs.

**G. Department**

The Pennsylvania Department of Corrections.

**H. Detentioner (HVA)**

A person placed into the temporary custody of a facility; a person who has not been committed to a facility for serving a sentence.

**I. Unit Management Team**

The staff members assigned to and responsible for operating housing units including security, risk management, and program delivery.

**J. Vocational Education**

Training in a skill or trade.

**K. Work Time**

The time frame that starts when the inmate makes contact with the work supervisor, for the purpose of work. This time terminates when the work supervisor releases the inmate worker for the day.

## V. POLICY

It is the policy of the Department to compensate inmates for participating in work and education programs. Inmate compensation services shall include the coordination of work and educational placement and processing inmate payroll however, inmates are not employees of the Department. The compensation and opportunities to advance provide positive reinforcement for developing good work habits that are important for reintegration into the community upon release.[2]

## VI. PROCEDURES

### A. Length of Work Day or Work Week

1. The standard workday consists of six (6) hours, and the standard workweek consists of five (5) days.[3] Inmates shall only be paid for actual hours, as verified by the department head/unit manager. Hours of work shall be computed from the time of arrival at, and departure from, the classroom or work site.

2. No inmate shall work more than five (5) days a week or eight (8) hours per day under normal circumstances. In a department that functions seven (7) days per week, where job changes are more frequent, inmates are permitted to work more than five (5) days per week without being eligible for overtime pay, as necessitated due to job changes. Overtime work may be assigned, with the approval of Superintendent or designee, when an inmate's skill is otherwise unavailable or an emergency exists.

3. Inmates may be granted a one-half period break to visit the Barber or Beauty Shop monthly and the Commissary weekly, if these opportunities are not available during their non-work hours.

### B. Class Attendance

1. Inmates who test below the fifth grade level academically shall first be considered for assignment to and compensated for a school assignment. Inmates in this category shall be assigned to educational programs as space permits. If no space is available, inmates shall be placed on a waiting list and assigned, as space becomes available. Inmates in this category shall be compensated at the daily allowance for a maximum of five (5) days per week. Inmates who are on the waiting list for school may be assigned a job until school space becomes available.

2. No inmate waiting for school space to become available because they function below the fifth grade level shall be paid at a rate higher than Class 2, Step A. In order to receive higher rates of pay the inmate must be academically tested in order to determine if they have met or surpassed the fifth grade requirement. The requirement of academic testing to make this determination may be waived if the

Case 1:04-cv-00044-SPB    Document 118-4    Filed 01/12/2007    Page 4 of 38

facility psychologist determines the inmate is intellectually unable to met or surpass the academic testing.

3. Students attending academic or vocational class will be paid at Class 2, Step B for each hour attended. The total school hours and work hours combined must not exceed eight (8) hours multiplied by the number of workdays available in the pay period. It shall be noted that school attendance in excess of this total shall not be compensated.

4. Students enrolled in full-time vocational programs which lead to a license or state and/or federal certification, such as apprenticeship students, barber students, etc., will be paid starting at 2A progressing up to 3D rates based on progress in the program - class percentage quotas will not apply.

5. Daily attendance will be recorded by the facility teachers and reported by the school principle at the close of each compensation period.

6. Those Correctional Industries inmate employees entering part-time student status shall be transferred out of Correctional Industries during the time they are attending school.

## C. Classification of Inmates and Work Assignments

1. For payroll purposes, there are three (3) pay classes or categories designated as follows:

| Inmate Skill Level | Work Assignment Skill Requirement |
| --- | --- |
| Class I – Unskilled | Work requires little or no skill |
| Class II – Semiskilled | Work requires a fair amount of skill |
| Class III – Skilled | Work requires a great deal of skill |

The work supervisor will determine the inmate's skill level.

## D. Pay rates[4]

1. Any inmate refusing an educational program or employment assignment shall not be compensated in any manner. Inmates may be issued a misconduct for refusing an educational or work assignment if they refuse the assignment for no legitimate reason, i.e. medical/mental health, or skill level.

2. The pay rates for skilled classifications are found in the **Inmate Pay Class Rate Schedule**. (**See Attachment A**) In addition to the skill level of the job, the inmate's attitude and spirit of cooperation shall also be important contributing factors to placement in a pay class.

104

3. The first pay rate assigned to an inmate shall be at the starting step of the class that matches the inmate's work skill to that of the position to which the inmate is being assigned. If the inmate is starting at the unskilled pay level of Class 1, Step A, the inmate will be evaluated by the Work Supervisor in sixty (60) days to see if the inmate is capable of being advanced to the next skill level. The Work Supervisor will base the advancement of the inmate on the inmate's interest and increase in skill level. Advancement to the next higher class shall occur assuming there is an opening in that class.

4. Inmate compensation shall not be decreased due to assignment of program code (M) or (R) and subsequent assignment to an outside work detail.

5. The daily allowance of seventy-two (\$.72) shall be used as the pay grade for temporary assignment.

6. Special pay rates for work such as Operation Outward Reach and Community Work Programs will be permitted only upon approval of the Secretary.

7. An inmate participating in or who has completed vocational training will not receive a reduction in pay rate if reassigned to an assignment that uses the skills for which the inmate received training.

8. Inmates receiving their General Education Diploma (GED) will be given a one time ten dollar (\$10.00) monetary award to be credited to their account.

9. The compensation system is designed to maintain a balance in the percentages of the population at a given pay rate.

### E. Use of Performance Evaluations

1. One month from the first day on a work assignment, each inmate shall be evaluated by his supervisor who will form **DC-48B, "Inmate Progress Report."**

2. Thereafter, at the request of the Unit Management Team, whenever the inmate is being considered for promotion/demotion, and at least once every twelve months, a written performance evaluation will be made.

3. Every rating is shown to and discussed with the inmate. Each form shall be completed and cover these subjects: attendance, attitudes, and comments by the supervisor, initiative, safety, and work habits. The supervisor and the inmate will sign the Inmate Progress Report after they have reviewed it. The inmate will be provided with a copy for their records.

### F. Pay Changes

1. Pay raises and demotions will be at the discretion of the work supervisor based upon inmate performance as documented on **DC-48B, "Inmate Progress**

increases will not be granted prior to the inmate's completion of two months of satisfactory performance. Pay raises are not automatic, but are based upon job performance. Pay raises shall be reported to the Corrections Educational Vocational Coordinator ten (10) days prior to the new pay period. Pay raises are effective in the first full pay period for each inmate of the month following the approval of the raise. Demotions may be effective immediately.

2. An inmate may be removed from a work assignment by a unit management team action or misconduct proceeding. Any employed inmate found guilty of a Class 1, Category A misconduct, as defined in the **DC-ADM 801, "Inmate Disciplinary and Restricted Housing Unit Procedures,"** shall be removed from his/her work assignment.

3. Temporary suspension pending unit management team review or misconduct proceedings may be imposed by the work supervisor with written notification of the Employment Coordinator. The Unit Managers will receive notification and copy via transfer sheet of job change.

4. Barber/Cosmetology students shall enter the program at Class 2, Step B and remain at that level during their six to eight week probationary period until the student Barber/Cosmetology Permit is issued. Progression through the remaining steps in Class 2 and Class 3, step C may occur at the discretion of the Barber/Cosmetology instructor based on the productivity and course progress. Consideration for advancement may occur at one month intervals. Class 3, Step D is reserved for those individuals who have passed the state examination and have received their license as a Barber/Cosmetologist. Due to the nature of this exception, the percentage quotas for the different classes do not apply.

5. Legal Reference Aides will be paid initially at Class 2, Step A.

## G. Illness or Injury

1. An inmate who suffers a job related injury, as verified by the medical department, is eligible to continue to receive compensation at the rate earned on the day prior to the injury. The Work Supervisor must complete an incident report documenting the injury and referencing the Medical Department's examination and determination of the injury. The inmate is not eligible for pay increases, bonuses, or incentive pay during this time. The medical pay period shall not exceed 90 calendar days and each case will be reviewed every 30 days to determine if the medical pay should continue. After 90 days, the pay shall revert to the daily allowance rate.

2. An inmate who is unable to work as a result of self-inflicted injuries or injuries sustained as a result of provoked assault or his/her carelessness is ineligible to receive compensation.

3. No inmate shall be granted pay during times of illness or injury unless he/she

the inmate is able to perform becomes available, the inmate may be assigned to that position and receive pay appropriate for that assignment. The inmate must follow the advice of the medical staff and take all reasonable steps to improve his/her health during this time. Failure to do so may result in the termination of the compensation.

4. Inmates who are unable to work for medical or mental health reasons or who are confined to a mental health unit, are eligible for the daily allowance for a maximum of five (5) days per week. Inmates that are admitted to the MHU due to attempted suicide or self inflicted injuries are not eligible for daily compensation. Following release by the medical or mental health department, and an evaluation by the Corrections Vocational Employment Coordinator, the inmate may return to a previous job assignment.

## H. Absence of Staff Member

An inmate on a work, academic or vocational educational assignment who is unable to work or attend class because of the absence of a work supervisor or other appropriate staff member, or who cannot be assigned to work or a different supervisor, shall receive compensation equal to that earned the last day worked or spent in class, for a maximum of five days. No bonus or incentive pay will be included. After five (5) days the inmate may be reassigned or receive the daily allowance.

## I. Daily allowance

1. Inmates who do not have a work assignment, including education, through no fault of their own, or who remain in the assessment unit or diagnostic classification center more than 30 calendar days are eligible to receive a daily allowance of seventy-two cents ($.72) a day for a maximum of five (5) days a week.

2. Inmates are eligible to receive the daily allowance until a work assignment can be made.

3. Inmates who are terminated from a work assignment are ineligible for daily allowance until unit team action for reassignment.

4. An inmate receiving the daily allowance must maintain a proper level of personal hygiene, the cleanliness and orderliness of his/her living area, accept work assignments within the housing unit, accept any employment offered, and participate in recommended programs. If an inmate fails to abide by these conditions the daily allowance will not be paid until the inmate complies.

5. All medically cleared inmates must accept any task assigned to them by the facility regardless of the amount of compensation offered in return. No inmate has a right to be assigned, or continue to work, in any particular work assignment.

6. The Unit Manager will randomly inspect the living quarters of those inmates

maintaining their personal hygiene, living quarters and other areas assigned to them and monitor their participation in recommended programs.

7. If any inmate receiving the daily allowance fails to maintain an acceptable level of personal hygiene, cleanliness of his/her living quarters or other area assigned to him/her or fails to participate in programming, the Unit Manager will make an assessment if the inmate is to continue receiving the daily allowance. This assessment is to include an interview with the inmate and an evaluation by the medical and/or mental health department.

8. If a determination is made that, due to a verified medical or mental health condition, the inmate can not maintain an acceptable level of personal hygiene, cleanliness of his/her living quarters or other area assigned to him/her or participate in programming, the inmate will be permitted to continue to collect the daily allowance.

9. If a determination is made that there is no verified medical or mental health condition precluding the inmate from performing these tasks, the inmate will **not** be permitted to collect the daily allowance.

10. The Unit Manager will inform the inmate of the outcome of the assessment and instruct the inmate on ways to improve their performance.

11. The inmate will be reassessed in thirty (30) days to see if the inmate has improved. If the inmate has begun to perform the required tasks, inmate will be reinstated to receive the daily allowance.

12. The Unit Manager will inform the Employment Coordinator of all inmates in his/her unit eligible to receive the daily allowance and of any changes to their status.

### J. Allowance to Detentioner

Whenever a detentioner is in custody more than 30 calendar days, the daily allowance of seventy-two (\$.72) for five days a week may be provided at the discretion of the Program Review Committee based upon appropriate behavior. If a detentioner makes a written voluntary request to work and is placed on an assignment, he/she shall be compensated at the appropriate rate.

### K. Production Bonuses

1. Manufacturing Fund Operations

   An inmate assigned to an industrial production position may be paid a bonus in accordance with Department policy **9.2.2, "Bonus Pay."**

2. Crafts and Hobby Shops

by their shop. The bonus is fifteen percent (15%) of the monthly Inmate General Welfare Fund profits of sales from their respective area that should be divided equally among all inmates employed in their respective area.

## L. More than One Assignment

No inmate shall have more than one work assignment. In extraordinary circumstances, only by approval of the Facility Manager, may an inmate be given a second work assignment. The second work assignment may not be in the same department. In these cases, the individual may be paid at the appropriate rate for the second assignment for the hours worked on that assignment.

## M. Assignment to Restricted Housing Unit

An inmate in a restricted housing unit is not eligible for compensation unless he/she is assigned to work. The Program Review Committee with the approval of the Superintendent may approve the daily allowance for a day for a maximum of five (5) days per week for any unemployed inmate who is housed in a restricted housing unit for non-disciplinary reasons. Inmates in the RHU for non-disciplinary reasons if returned to DC status will loose the daily allowance compensation.

## N. Compensation When the Inmate is Transferred or Released

1. An inmate shall not be compensated for the day or days in transit between Department facilities. Temporary transfers will not be compensated.

2. When an inmate is permanently transferred to another facility, the inmate shall be processed for assignment at the receiving facility and compensated in accordance with the assignment made. There is no guarantee that an inmate will keep his/her job and pay rate when he/she is transferred to another correctional facility.

3. To facilitate the release process, an inmate's work assignment may be terminated one or two working days prior to his/her release date.

## O. Payment of Official Debt

Payments of official debts will be made in accordance with the "DC-ADM 005, Collection of Inmate Debts" and the "1.7.5, Assessment of Costs Resulting From Inmate Misconduct".

## VII. SUSPENSION DURING AN EMERGENCY

In an emergency or extended disruption of normal facility operation, the Secretary, or designee may suspend any provision or section of this policy, for a specific period.

## VIII. RIGHTS UNDER THIS POLICY

to have sufficient flexibility to be consistent with law and to permit the accomplishment of the purpose(s) of the policies of the Department of Corrections.

## IX.  RELEASE OF INFORMATION AND DISSEMINATION OF POLICY

### A. Release of Information

#### 1. Policy

This policy document is public information and may be released to members of the public, staff, legislative, judicial, law enforcement and correctional agencies and/or inmates upon request.

#### 2. Procedure Manual (if applicable)

The procedure manual for this policy is not public information and shall not be released in its entirety or in part, without the prior approval of the Secretary of Corrections or designee. This manual or parts thereof, may be released to any Department of Corrections employee on an as needed basis.

### B. Distribution of Policy

#### 1. General Distribution

The Department of Corrections' policy and procedure manuals (when applicable) shall be distributed to the members of the Central Office Executive Staff, all Facility Managers, and Community Corrections Regional Directors on a routine basis. Distribution to other individuals and/or agencies is subject to the approval of the Secretary of Corrections or designee.

#### 2. Distribution to Staff

It is the responsibility of those individuals receiving policies and procedures, as indicated in the "General Distribution" section above, to ensure that each employee expected or required to perform the necessary procedures/duties are issued a copy of the policy and procedures.

## X.  SUPERSEDED POLICY AND CROSS REFERENCE

### A. Superseded Policy

#### 1. Department Policy

a. DC-ADM 816, Inmate Compensation System, issued February 12, 1997 by Secretary Martin F. Horn.
b. DC-ADM 816-1, Inmate Compensation System, issued April 10, 1997 by Secretary Martin F. Horn.
c. DC-ADM 816-2, Inmate Compensation System, issued April 10, 1997 by

d. DC-ADM 816-3, Inmate Compensation System, issued May 5, 1997 by Secretary Martin F. Horn.

e. DC-ADM 816-4, Inmate Compensation System, issued November 4, 1997 by Secretary Martin F. Horn.

f. DC-ADM 816-5, Inmate Compensation System, issued March 30, 1998 by Secretary Martin F. Horn.

g. DC-ADM 816-6, Inmate Compensation System, issued April 16, 1998 by Secretary Martin F. Horn.

h. DC-ADM 816-7, Inmate Compensation System, issued July 10, 1998 by Secretary Martin F. Horn.

i. 7.9.1, Inmate Compensation System, issued February 26, 1993 by former Secretary Joseph D. Lehman.

## 2. Facility Policy and Procedures

This document supersedes all facility policy and procedures on this subject.

## B. Cross References

### 1. Administrative Manuals

a. DC-ADM 005, Collection of Debts

b. DC-ADM 801, Inmate Disciplinary and Restricted Housing Unit Procedures

c. 1.7.5, Assessment of Costs Resulting From Inmate Misconduct

d. 9.2.2, Bonus Pay

### 2. ACA Standards

a. Administration of Correctional Agencies: None

b. Adult Correctional Institutions: 3-4395, 3-4397, 3-4400, 3-4407

c. Adult Community Residential Services: None

d. Adult Correctional Boot Camp Programs:, 1-ABC-5A-01, 1-ABC-5A-02 1-ABC-5A-04, 1-ABC-5A-07

e. Correctional Training Academies: None

# Inmate Pay Class Rate

| CLASS | STEP A | STEP B | STEP C | STEP D |
|-------|--------|--------|--------|--------|
| Class 1 | .19 | .20 | .21 | .23 |
| Class 2 | .24 | .25 | .27 | .29 |
| Class 3 | .33 | .35 | .38 | .42 |

Daily allowance – Seventy-two cents ($.72) per day.
Community Work Program – Fifty-one cents ($.51) per hour.



## Commonwealth of Pennsylvania

# Inmate Handbook
# 2002 Edition

## Jeffrey A. Beard, Ph.D.
## Secretary of Corrections

The Mission of the Pennsylvania Department of Corrections is
to protect the public by confining persons committed to our
custody in safe, secure facilities, and to provide opportunities
for inmates to acquire the skills and values necessary to
become productive law-abiding citizens; while respecting the
rights of crime victims.

113

## *Inmate Handbook Table of Contents*

I.   Accounting................................................................................................. 1
     A. General................................................................................................ 1
     B. Collection of Inmate Debts (DC-ADM 005)........................................... 2
     C. Copying Charges ................................................................................. 3
     D. Private Businesses............................................................................... 3
II.  Daily Operations ....................................................................................... 3
     A. Daily Schedule ..................................................................................... 3
     B. Identification Cards .............................................................................. 4
     C. Pass System ........................................................................................ 4
     D. Request Slips ....................................................................................... 4
     E. Searches of Inmates and Cells (DC-ADM 203) ................................... 4
     F. Smoking ............................................................................................... 7
III. Department/Facility Management ............................................................. 7
IV.  Grievances (DC-ADM 804) ...................................................................... 9
     A. Abuse Allegations (DC-ADM 001)........................................................ 9
     B. Sexual Harassment/Sexual Abuse of Inmates (DC-ADM 008) ............ 9
     C. Grievance Filing Procedures ............................................................... 10
V.   Inmate Services/Privileges ..................................................................... 13
     A. Alcohol and Other Drug Testing .......................................................... 13
     B. Cable Television (DC-ADM 002) .......................................................... 13
     C. Classification System ........................................................................... 13
     D. Commutation......................................................................................... 14
     E. Correctional Plan.................................................................................. 14
     F. Education (Academic And Vocational) ................................................. 14
     G. Food Services (DC-ADM 610).............................................................. 15
     H. Grooming (DC-ADM 807)...................................................................... 16
          1. Male Hair Styles ........................................................................... 16
          2. Female Hair Styles ....................................................................... 17
          3. Grooming Services ........................................................................ 17
          4. Hairpieces..................................................................................... 17
     I. Guest Speakers (DC-ADM 813) ........................................................... 17
     J. Mail and Incoming Publications (DC-ADM 803)..................................... 18
     K. Marriages (DC-ADM 821)...................................................................... 18
     L. Outside Assignments (DC-ADM 805)..................................................... 19
     M. Parole Services .................................................................................... 20
     N. Pre-Release Transfer (DC-ADM 805)................................................... 20
          1. Pre-Release Programs Criteria ..................................................... 20
          2. Application Process for Pre-Release Programs ............................ 20
          3. Process for Obtaining Pre-Release Transfer ............................... 21
     O. Recreation and Activities ...................................................................... 21

i

114

## *Inmate Handbook Table of Contents*

P. Religious Activities (DC-ADM 819)......................................................... 21
    1. General Information.................................................................... 21
    2. Religious Items.......................................................................... 22
    3. Religious Literature.................................................................... 23
    4. Accommodations for Religious Beliefs...................................... 23
    5. Religious Advisors..................................................................... 23
Q. Specialized Treatment Programs ........................................................ 23
R. Telephone Calls (DC-ADM 818)............................................................ 24
S. Transfers............................................................................................... 26
1. Incentive Transfers.................................................................... 26
2. Demotion Transfers.................................................................... 27
T. Veterans Affairs.................................................................................... 27
VI.  Organizations (DC-ADM 822)................................................................ 27
A. Request for Approval for Organization Picnics/Banquets, Award
Ceremonies, and Inmate Fund Raisers............................................... 27
B. Inmate Eligibility ................................................................................. 28
C. Visitor Eligibility ................................................................................. 28
D. Cost .................................................................................................... 29
E. Fundraisers ........................................................................................ 29
VII. Legal Issues ....................................................................................... 29
A. Criminal Violations (DC-ADM 004) ..................................................... 29
B. DNA Collection.................................................................................... 30
C. Legal Services (DC-ADM 007) ........................................................... 30
D. Megan's Law Registration ................................................................. 31
E. Release of Information (DC-ADM 003)................................................ 31
F. Riots, Hostages, And Disruptive Behavior ......................................... 32
VIII. Medical Services (DC-ADM 820) .......................................................... 33
A. Accommodations for Inmates with Disabilities (DC-ADM 006) .......... 33
B. Medical Services (DC-ADM 820)......................................................... 33
    1. Explanation of the Medical Services Program........................... 33
    2. Access to Services .................................................................... 34
    3. Private Medical Insurance........................................................... 34
IX.  Property (DC-ADM 815)......................................................................... 35
A. Basic Issue.......................................................................................... 35
B. Cell Content Limit................................................................................ 35
C. Commissary ........................................................................................ 36
D. Contraband ......................................................................................... 37
E. Outside Purchases.............................................................................. 37
F. Personal Property at Reception........................................................... 39
G. Shipping of Personal Property............................................................ 40
H. State Issued Items .............................................................................. 42

115

## *Inmate Handbook Table of Contents*

X.   Rules ............................................................................................................ 42
     A. Administrative Custody Procedures (DC-ADM 802) ................................ 42
     B. General Rules ........................................................................................ 44
     C. Housing Unit Rules ................................................................................ 45
     D. Miconducts (DC-ADM 801)..................................................................... 47
XI.  Use of Force (DC-ADM 201)......................................................................... 55
XII. Visiting (DC-ADM 812) ................................................................................. 55
     A. Funeral, Deathbed Visits ....................................................................... 55
     B. News Media Relations (DC-ADM 009) ................................................... 56
     C. Visiting Privileges (DC-ADM 812)........................................................... 56
          1. Approved Visitors List ...................................................................... 56
          2. Rules and Regulations....................................................................... 57
          3. Visitor Identification and Registration................................................ 57
          4. Inmate – Visitor Physical Contact ..................................................... 58
          5. Special Inquiries ............................................................................... 58
          6. Religious Advisor............................................................................... 59
          7. Attorneys .......................................................................................... 59
          8. Prohibited Visitors............................................................................. 60
          9. Security ............................................................................................. 60
          10. Suspension, Termination, or Restriction of Visiting Privileges......... 62
XIII. Work Assignments (DC-ADM 816) ................................................................ 63
     A. General ................................................................................................. 63
     B. Pay System............................................................................................ 63
     C. Length of Work Day or Work Week ........................................................ 64
     D. Pay Rates .............................................................................................. 64
     E. Pay Changes.......................................................................................... 65
     F. Illness or Injury....................................................................................... 65
     G. Daily Allowance...................................................................................... 66
     H. Assignment to Restricted Housing Unit (RHU) ...................................... 67

116

### XIII. Work Assignments (DC-ADM 816)

#### A. General

1. If you are able to work, you will be assigned to a job depending upon job availability. Your job will be assigned through the Corrections Employment Vocational Coordinator. Your interests are important and are a factor in making assignments. Your abilities, qualifications, and the availability of space on the job are also considered. However, as stated in Section V.G. of this handbook, if you test below the 8th grade competency level in reading, as measured by the TABE, you must enroll in the education program.

2. Failure to report to or refusal to work is regarded as a misconduct. Absence from your job location without prior knowledge and permission from a staff member is not allowed.

3. The job you desire may have a waiting list, or require special qualifications and your work assignment may be to an area that was not your first choice. This assignment, however, may be a stepping-stone to other jobs in the future.

4. Many job assignments provide on-the-job training, which can be of vocational benefit to you.

5. If you work irregular hours, you may be permitted recreational activity in designated areas at designated times.

6. You are expected to carry your share of the work, and to do any task assigned. You may be required by the crew supervisor to do any job relating to the general duties of the work crew.

7. You may not leave your place of work without approval from the work or crew supervisor and you must have a pass, properly signed, indicating where you are going and the time you left work.

8. Your job performance and conduct will be evaluated periodically and the evaluation will become part of your record.

#### B. Pay System

If you work, you will be paid for the hours you work according to the pay system described in DC-ADM 816, "Inmate Compensation." Most jobs are paid on the hourly basis. The pay system has three classes of hourly

117

pay based on the skill level required. Each class has four pay steps. You begin at the bottom step of the class and can be considered for increases based on your skill, interest, and on-the-job performance. Pay is calculated monthly and credited to your account. Some jobs include a bonus based on quotas or profits. Please refer to **DC-ADM 816** for additional information.

## C. Length of Work Day or Work Week

1. The standard workday consists of six hours, and the standard workweek consists of five days. You will only be paid for actual hours, as verified by the department head/unit manager. Hours of work shall be figured from the time of arrival at, and departure from, the classroom or work site.

2. You will not be allowed to work more than five days a week or eight hours per day under normal circumstances. In a department that functions seven days per week, where job changes are more frequent, you will be permitted to work more than five days per week without being eligible for overtime pay.

3. You may be granted a one-half hour break to visit the Barber or Beauty Shop monthly and the Commissary weekly, if these opportunities are not available during your non-work hours.

## D. Pay Rates

1. The pay rates for skilled classifications are listed in the **DC-ADM 816**.

2. You will be assigned the starting step of the pay class that matches your work skill. If you are starting at the unskilled pay level of Class 1, Step A, you will be evaluated by the Work Supervisor in 60 days for advancement to the next skill level. The Work Supervisor will base your advancement on your performance. Advancement to the next higher class can only occur if there is an opening in that class.

3. The daily allowance shall be used as the pay grade for temporary assignment.

4. If you participate in, or have completed, vocational training, you will not receive a reduction in pay rate if you are reassigned to an assignment that uses those skills.

## E. Pay Changes

1. Pay raises and demotions will be at the discretion of the Work Supervisor based upon your performance as documented on the **DC-48B, Inmate Progress Report**. You are not entitled to pay raises and they are not automatic. Raises may be awarded only in one-step increments and are based on your work performance. The first pay raise and later increases will not be granted until you complete two months of satisfactory performance. Pay raises are effective in the first full pay period of the month following the approval of the raise. Demotions may be effective immediately.

2. You may be removed from a work assignment by a Unit Management Team action or misconduct proceeding. If you are found guilty of a Class 1, Category A misconduct, as defined in the **DC-ADM,** you will be removed from your work assignment.

3. The Work Supervisor, with written approval of the Employment Coordinator, may temporarily suspend you pending unit management team review or misconduct proceedings.

## F. Illness or Injury

1. If you suffer a job-related injury, as verified by the medical department, you are eligible to continue to be paid at the rate earned on the day prior to the injury. The Work Supervisor must complete an incident report documenting the injury and referencing the Medical Department's examination and determination of the injury. You will not be eligible for pay increases, bonuses, or incentive pay during this time. The medical pay period shall not exceed 90 calendar days and each case will be reviewed every 30 days to determine if the medical pay should continue. After 90 days, you will be paid the daily allowance rate.

2. If you are unable to work as a result of self-inflicted injuries or injuries sustained as a result of a provoked assault or your carelessness, you will not be eligible to receive pay.

3. You will not be paid during times of illness or injury unless you get an excuse from work from the health care staff. If a work assignment that you are able to perform becomes available, you may be assigned to that position and receive pay appropriate for that assignment. You must follow the advice of the medical staff and take all reasonable

steps to improve your health during this time. **Failure to do so may result in the stopping of your pay.**

4. **If you are unable to work** for medical or **mental health reasons, or you are confined to a Mental Health Unit (MHU), you are eligible for the daily allowance for a maximum of five days per week. If you are admitted to an MHU due to attempted suicide or self-inflicted injuries you will be not eligible for daily compensation. Following release by the medical or mental health department, and an evaluation by the Corrections Vocational Employment Coordinator, you may return to a previous job assignment.**

## G. Daily Allowance

1. **If you do not have a work assignment, including education, through no fault of your own, or if you remain in the assessment unit or diagnostic classification center more than 20 calendar days, you will receive a daily allowance as listed in policy DC-ADM 816, for a maximum of five days a week. You will be eligible to receive the daily allowance until you are given a work assignment.**

2. **If you are fired from a work assignment, you will not be eligible for daily allowance until your Unit Management Team takes an action for reassignment.**

3. **All medically cleared inmates must accept any task assigned to them** regardless of the amount of compensation offered in return. **You do not have a right to be assigned, or continue to work, in any particular work assignment.**

4. **If you receive the daily allowance, you must maintain a proper level of personal hygiene, the cleanliness and orderliness of your living area, accept work assignments within the housing unit, accept any employment offered, and participate in recommended programs.**

5. **If you receive the daily allowance and do not maintain an acceptable level of personal hygiene, cleanliness of your living quarters or other areas assigned to you, or fail to participate in programming, the Unit Manager will make an assessment if you are to continue receiving the daily allowance. This assessment is to include an interview with you and an evaluation by the medical and/or mental health department. The Unit Manager will tell you of the outcome of the assessment and instruct you on ways to improve your performance.**

6. If, because of a verified medical or Mental Health condition, you can not maintain an acceptable level of personal hygiene, clean your living quarters, or some other area assigned to you, or participate in programming, you may collect the daily allowance. If you have no such condition, you may not collect the daily allowance.

## H. Assignment to Restricted Housing Unit (RHU)

If you are sent to the RHU you will not be paid unless you are assigned a job in that unit. Exceptions to this may be approved by the PRC as outlined in the DC-ADM **816**.

121

## Table of Contents

Page

I.    **Inmate Accounts**................................................................................... **1**
      **Receiving Funds, Processing Cash Slips** ..................................................... **1-2**
      **Outside Savings Accounts, Copying Charges, Escrow Procedures,** ........ **2-3**
      **Indigence, Collection of Debts**................................................................... **3-4**

II.   **Daily Operations** ............................................................................... **4**
      **Institution Daily Schedule** ............................................................. **4**
      **Identification Cards** ...................................................................... **5**
      **Pass System** ................................................................................... **5-6**
      **Smoking**......................................................................................... **6**

III.  **Facility Personnel Directory**......................................................... **6-7**

IV.   **Inmate Grievances** .......................................................................... **8**

V.    **Inmate Services/Privileges**............................................................. **8**
      **Education** ....................................................................................... **8-9**
      **Barbershop** ................................................................................... **9**
      **Incoming Mail** ............................................................................... **9**
      **Recreation & Activities**................................................................. **10**
      **Yard Regulations**........................................................................... **10-11**
      **Religious Activities & Special Events**........................................... **12**
      **Specialized Treatment Programs**................................................... **12-13**
      **Parole Services**.............................................................................. **13-14**
      **Telephone Calls** ............................................................................ **14-15**
      **Veteran's Affairs** .......................................................................... **15**
      **Cable TV** ....................................................................................... **15-16**
      **Commissary** ................................................................................... **16-17**

VI.   **Legal Services** ................................................................................ **17**
      **Library** ......................................................................................... **17-18**
      **Notary**........................................................................................... **18**

VII.  **Medical Services**............................................................................ **18-22**

VIII. **Property** ......................................................................................... **23**
      **Basic Issue/Exchange Procedure** ................................................. **23**
      **State Issued Items**......................................................................... **23**
      **Laundry Services**........................................................................... **23**
      **Outside Purchases** ........................................................................ **24**

IX.   **Rules** .............................................................................................. **24**
      **General Rules Specific to the Facility** ......................................... **24-26**
      **Housing Unit Rules** ...................................................................... **26-27**
      **Housing Unit Cell Change Rules** ................................................. **27-28**
      **Count Procedures**.......................................................................... **28**
      **Shower Schedule** ........................................................................... **28**

122

**X.    Visiting Privileges** ........................................................... **29**
    **SCI-ALB address, phone numbers & directions** ........................... **29**
    **Visitation Schedule** ................................................................. **29-30**
    **Visitor's Dress Code & Identification Requirements** ............. **30-31**
    **Items Authorized in the Visiting Room** ..................................... **31**
    **Special Rules for Children** ......................................................... **31**
    **Authorized Items that Visitors May Bring for an Inmate** ..... **31-32**
    **Special Visits** ............................................................................ **32**
    **General Visiting Rules** ............................................................. **32-34**

**XI.   Work Assignments** ............................................................ **34**
    **List of Work Assignments** ........................................................ **34**
    **Rules for Applying for Work Assignments** ............................. **34-36**

    **Table of Contents** ....................................................... **I & II**

123

will be prepared by the Visiting Room Officer, to the Shift Commander describing the basis for termination. Included in the report will be the date, time visit began, time of termination, persons involved and the reason for termination.

## XI.    WORK ASSIGNMENTS

### A.    List of Work Assignments at the Facility

At no time may an inmate leave his work area with out first receiving his Work Supervisor's permission.

Inmates are **required** to report to work on time and notify their Work Supervisor if they are ill or if they have a call out/appointment. Work Supervisors will maintain accurate attendance records. Failure to work or report to work will subject the inmate to disciplinary action. Three (3) or more cell restrictions sanctions, for any reason, may be interpreted as excessive absences and will result in a staffing for job removal.

Proper dress must be worn by inmates (appropriate issued clothing) when leaving housing units. Inmate work shoes are to be worn by all inmate workers. Any exceptions must be approved by the administration.

Reading material, radios and edible Commissary items of any kind are not permitted at the job site.

Telephone calls may not be arranged during working hours. All other appointments, groups or call-outs should be arranged outside of work hours. Inmates will not be paid for appointments, groups or call-outs of any type. Paid time away from the job is **only** for one half-hour per month for Barbershop call-out and one half-hour per week for Commissary.

If an inmate misses the move time for work, he is to remain on the unit and **shall not be given a pass to attend work**. The Work Supervisor shall record the inmate as absent for the work period and the inmate will forfeit his pay. The Work Supervisor shall write a Class II Misconduct, #49, Failure to Report to Work or Unexcused Absence from Work. **Repeat offenses** of this nature may result in more severe discipline, as well as **removal from the job with no idle pay**. The inmate may be sent to work during the afternoon move time if it is within his work schedule. Should any inmate fail to report to work, he **shall not** be authorized to attend yard or other activities during work hours. Inmates who have a legitimate excuse for their absence or tardiness are authorized to have a pass written and return to work as soon as appropriate.

Inmates acquiring their GED shall be issued a one-time bonus of ten dollars ($10.00) to be credited to their account.

You may **not** volunteer to work or work other than your scheduled times.

### B.    Rules for Applying for Work Assignment

The Inmate Employment Coordinator fills job openings with the best-qualified workers available. Should you be interested and qualified for a specific job, an Inmate's Request to

124

Staff Member Form **specifying** the job that you are interested in should be sent to the Inmate Employment Coordinator. All inmate job requests are handled through the Inmate Employment Office **ONLY**.

It is **not** necessary to submit repeated request for the same position. This will **not** speed up the process of obtaining employment. Be brief and accurate in your request for employment. All Requests to Inmate Employment **must** have your inmate number in the proper place.

The Inmate Employment Coordinator will research your employability status to determine if there are any reasons why you cannot be employed at that time (i.e., medical restrictions, cell restrictions, parole violation, recent RHU release, etc.)

Your request will come back with a message with one of the above reasons why you are not eligible to apply.

You may be called for an interview with the Work Supervisor of the position for which you have applied. N**OT ALL APPLICANTS WILL BE INTERVIEWED.** If you ARE interviewed, you will receive a notice that will state if you have or have not received the position. If you are NOT interviewed, your name will remain on the waiting list on file in the Inmate Employment Office for any future openings. It will not be necessary to continue to send Requests for the positions for which you have requested.

If you have been selected for the position, you must receive a 'Job Assignment Notice' form from the Inmate Employment Coordinator stating where and when you are to start at the new position and at what pay rate. **DO NOT REPORT TO ANY JOB UNTIL YOU HAVE RECEIVED THE 'JOB ASSIGNMENT NOTICE'!**

All pay and employment problems should be first discussed with your Work Supervisor. If no resolution is reached, then send your concerns via an Inmate's Request to Staff Member to the Inmate Employment Coordinator.

All pay periods and paydays are posted on the Housing Units bulletin boards. All inmates are responsible for tracking their own work hours and proper pay for a period. Refer to DC-ADM 816, "Inmate Compensation System", which is posted on the Housing Unit bulletin board, for additional information. It deals with issues such as pay rates, skill levels, etc.

Inmates who serve ten (10) days or more of Disciplinary Custody time in the RHU will be terminated from their job. **Sixty (60) days after their RHU release, inmates may apply for another employment opportunity.**

All Parole Violators will **not** be permitted to apply for employment opportunities until after at least sixty (60) days from their return to the Department of Corrections.

Misconduct or Support Team Hearings are means of job removal. The Inmate Employment Coordinator need not be a member of the Support Team. However, after the Unit Manager, Counselor, etc. vote on reinstatement, the Vote Sheet will be sent to the Inmate Employment Coordinator for his/her vote. The Inmate Employment Coordinator, for institutional needs, may also complete removal and placement of inmate workers.

Full-time inmate workers are to be paid for a maximum of eight (8) hours regular time.

125

However, this shall only be paid if the inmate complete eight (8) hours of work. Normal full-time will usually be six (6) hours of pay.

Part-time inmate workers are paid for a minimum of four (4) hours.

**All workers will be started at entry-level positions and work their way up. Their pay will be $.19 per hour to start.** Exceptions can be made based upon job skills and needs of the institution, **after** a minimum probationary period of sixty (60) days. No inmate worker will be permitted to skip steps of pay for the class of job they are assigned.

Inmates transferring to SCI-Albion will **not** be placed in the same job or at the same rate of pay as their former institution.

All inmate positions have a specific title and pay range. Refer to the DC-ADM 816, 'Inmate Compensation System', Appendix A for rates of pay.

Inmates who are unable to read at an 8th grade level and not have a GED or High School Diploma, will be required to attend educational classes until scoring at or above an 8th grade level on the Adult Basic Education Test administered by the Education Department, earn a GED or get approved for opting out by the Education Department.

**If an inmate refuses to test for enrollment in education classes or tests below the 8th grade level and is required to take education classes but drops out, he is ineligible to receive compensation OF ANY KIND (THIS INCLUDES GLP PAY).**

126

## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEONARD C. JEFFERSON, | } |
| | } |
| Plaintiff, | } |
| | } No. 1:04-cv-44 |
| vs. | } District Judge McLaughlin |
| | } Magistrate Judge Baxter |
| WILLIAM WOLFE, et al., | } |
| | } |
| Defendants. | } |

### DECLARATION OF GLENN McQUOWN

I, Chaplain Glenn McQuown, hereby state that the following information is true and correct to the best of my personal knowledge or information and belief:

1. I am named as a Defendant in the above captioned case.

Facility Chaplaincy Program Director, a position that I have held since January, 2001. From 2001 until the present, I was the Facility Chaplaincy Program Director at the State Correctional Institution at Albion.

3. As the Facility Chaplaincy Program Director at the State Correctional Institution at Albion, I was responsible for overseeing the day to day operations of the Chaplaincy Department which consisted, among other things, of planning, organizing and directing Chaplains and department programming.

4. Inmates are advised via the SCI-Albion Inmate Handbook Supplement that reading material, radios, and edible Commissary items of any kind are not permitted at the job site. (Exhibit 1, attached hereto). The presence of any such item at the job site would be disruptive because it could be a distraction for the inmate and for the others attempting to work around the inmate.

1

127

5. The copy of the newspaper article with the poetry reproduced on the back was not associated with the Plaintiff's position as Chapel Clerk, and was considered to be personal property that he brought to the work site. This statement and declaration is made subject to the penalties of 28 U.S.C. § 1746 relating to unsworn declarations under penalty of perjury, which provides that if I make knowingly false averments, I may be subject to criminal penalties.

Glenn McQuown *hm*

Date: *Jan 12, 2007*

2

*125*

# SCI-ALBION INMATE EMPLOYMENT JOB DESCRIPTION

**DEPARTMENT**:     Chaplaincy

**POSITION TITLE**:     Chapel Clerks

**NUMBER OF THIS POSITION NEEDED IN YOUR AREA**:     <u>8</u>

**SKILL LEVEL**:     3 Skilled

**JOB DESCRIPTION**:  Assists the Chaplains: typing, writing, and must be familiar with typewriter. Assists in miscellaneous clerical duties.  Helps prepare call-outs.  Helps in distribution of books in the chapel library.  Record keeping.  Assists in preparing for Sunday morning and other Protestant services in the chapel.

**TOOLS USED**:     Typewriter

**JUSTIFICATION OF SKILL LEVEL**:     Requires experience with typewriter.  Ability to read and write.

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

LEONARD C. JEFFERSON,

       Plaintiff,

       vs.

WILLIAM WOLFE, et al.,

       Defendants.

No. 1:04-cv-44
District Judge McLaughlin
Magistrate Judge Baxter

## DECLARATION OF CINDY MITCHELL

I, Cindy Mitchell, hereby state that the following information is true and correct
to the best of my personal knowledge or information and belief:

1. I am currently employed by the Pennsylvania Department of Corrections as the
Corrections Employment and Vocational Coordinator, a position at the State Correctional
Institution at Albion (SCI Albion) that I have held since January 21, 2004. Immediately
prior to that, from July 8, 2001 until January 20, 2004, I was the Corrections Employment
and Vocational Assistant at the State Correctional Institution at Albion.

2. It is, and it has been since my time working in inmate employment office, the
policy of the Pennsylvania Department of Corrections and SCI-Albion to provide work
assignments to inmates to further their rehabilitation by affording them the opportunity to
learn a marketable skill, giving them a sense of responsibility and self worth as well as
helping them become self sufficient. This also reduces their idle time.

3. The Department of Corrections policy regarding Inmate Compensation is
identified as DC-ADM 816. This policy explains a number of administrative aspects of
inmate work assignments, to include removal from a work assignment. An inmate may

1

130

be removed from his or her work assignment by either an action by the unit management team or a misconduct proceeding.

4. The SCI-Albion Inmate Handbook Supplement supplements the Department of Corrections policy regarding inmate participation in the work programs. One of the rules contained in that supplement prohibits inmates from bringing reading material, radios, and edible Commissary items to the work assignment.

5. The rule against bringing these personal items to the work assignment are in place because it is considered contraband. More specifically, an inmate is not allowed to bring personal reading material to the work assignment because they are being paid to perform a job and this would be a distraction. They are not to use this time as a venue for their own personal business.

6. This statement and declaration is made subject to the penalties of 28 U.S.C. § 1746 relating to unsworn declarations under penalty of perjury, which provides that if I make knowingly false averments, I may be subject to criminal penalties.

Cindy Mitchell
Cindy Mitchell

Date: 1/12/07

2

131

59

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>CHAPLAIN McQUOWN, F.C.P.D. | 2. Date:<br>11/18/02 |
| 3. By: (Print Inmate Name and Number)<br>LEONARD C. JEFFERSON, CL-4135<br><br>*Leonard C. Jefferson*<br>Inmate Signature | 4. Counselor's Name<br>Ms. GAMBLE |
| | 5. Unit Manager's Name<br>Ms. McKISSOCK |
| 6. Work Assignment<br>G.L.P. | 7. Housing Assignment<br>A/A-59 |

8. Subject: State your request completely but briefly. Give details.

SEVERAL WEEKS AGO YOU INITIATED THE PROCESS TO HAVE ME REMOVED FROM MY JOB (AS A CHAPEL CLERK) AND, ON 11/13/02, YOU WERE A MEMBER OF THE SUPPORT TEAM THAT CONDUCTED THE STAFFING.

YOU WILL RECALL THAT, DURING THE STAFFING, I REPEATEDLY ASKED TO BE INFORMED OF THE REASON/JUSTIFICATION FOR THIS ACTION TO REMOVE ME FROM THE JOB; AND, THAT I NEVER RECEIVED A SUBSTANTIVE, MEANINGFUL OR RELEVANT ANSWER TO THIS QUESTION.

THIS REQUEST IS TO FORMALLY ASK YOU TO GIVE ME A WRITTEN STATEMENT OF YOUR REASONS AND JUSTIFICATION FOR YOUR DECISION AND ACTIONS TO REMOVE ME FROM MY JOB.

THANK YOU IN ADVANCE FOR YOUR ATTENTION TO THIS REQUEST.

9. Response: (This Section for Staff Response Only)

*Your poem which you stated you intended for "all." You stated that a person could "yell fire in a theatre if the theatre was burning + the theatre is burning." I found this to be a threat to the orderly running the institution. It is inflammatory + disruptive. In your position you had access to many inmate to spread this disruption material + more.*

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name   *McQuown*   /   *MC*   Date  11/18/02
                     Print              Sign

Revised July 2000

EXHIBIT "B"     132

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |
| | **INSTRUCTIONS** <br> Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| 1. To: (Name and Title of Officer) <br> Ms. GAMBLE, COUNSELOR | 2. Date: <br> 11-20-02 |
|---|---|
| 3. By: (Print Inmate Name and Number) <br> LEONARD C. JEFFERSON. CL-4135 <br><br> *Leonard C. Jefferson* <br> Inmate Signature | 4. Counselor's Name <br> Ms. GAMBLE |
| | 5. Unit Manager's Name <br> Ms. McKISSOCK |
| 6. Work Assignment <br> GLP | 7. Housing Assignment <br> A/A -59 |

8. Subject: State your request completely but briefly. Give details.

JEROME MILLER (THE AUTHOR OF THE HIGHLIGHTED LINES ON THE ENCLOSED SHEET) IS A WELL-KNOWN CRIMINOLOGIST WHOM YOU MIGHT BE FAMILIAR WITH SINCE HE USED TO WORK IN PA's DOC. I READ HIS BOOK, SEARCH AND DESTROY, AT MERCER IN 1999. IT'S ABOUT TIME PRESENTS A LOT OF THE SAME FACTS, FIGURES AND ARGUMENTS THAT ARE PRESENTED IN SEARCH AND DESTROY. BOTH OF THESE BOOKS ARE FILLED WITH STATEMENTS AND STATISTICS THAT MAKE THE SAME POINT AS MY POEMS; SO I REMAIN UNABLE TO UNDERSTAND HOW AND/OR WHY IT IS THAT WHEN PROFESSIONAL SOCIOLOGIST, CRIMINOLOGIST AND NEWSPAPER ARTICLES PRESENT THE FACTS ABOUT RACISM IN THE JUDICIAL SYSTEM; THEIR STATEMENTS ABOUT THIS UNPLEASANT REALITY DOES NOT CAUSE YOU TO PERCEIVE THEM—NOR THEIR STATEMENTS - AS THREATS. SO HOW IS IT THAT I, THE VICTIM OF THE INJUSTICE, AM PERCEIVED AS A THREAT WHEN I HAVE DONE NOTHING MORE THAN WRITE POETRY WHICH RESTATES THE MAIN POINTS THAT WERE PRESENTED BY THE ESTEEMED PROFESSIONALS WHO HAVE STUDIED AND CONTINUE TO STUDY THIS IMPORTANT ISSUE? NEITHER DEPT. KORMANIC, CHAP. McQOWWN NOR MR. BENTLEY HAVE RESPONDED TO MY REQUEST FOR A WRITTEN STATEMENT OF THE REASONS WHY I WAS REMOVED FROM THE JOB. WOULD YOU PLEASE GET A WRITTEN STATEMENT FOR ME. THANK YOU.

9. Response: (This Section for Staff Response Only)

*See Attachments*

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____     _____ Date 1/2/03
                         Print                              Sign

Revised July 2000

EXHIBIT "C" <br> ONE OF TWO

133

JEFFERSON CL4135

IN RESPONSE TO YOUR REQUEST OF 11/20/02: YOU ARE CORRECT IN THAT THERE IS A GREAT DEAL OF LITERATURE AVAILABLE ON THIS SUBJECT THAT IS WRITTEN BY **PROFESSIONALS.** AS WE DISCUSSED, THIS IS NOT THE SUBJECT AT HAND.  YOU ALSO HAVE NO WAY OF KNOWING HOW I PERCIEVE THIS INFORMATION OR STATEMENTS MADE BY THESE AUTHORS.  FACTUAL INFORMATION IS OBJECTIVE AND DIFFERS A GREAT DEAL FROM SUBJECTIVE WRITINGS SUCH AS POETRY.  YOUR OPINION THAT YOU ARE A VICTIM OF AN INJUSTICE IS ALSO NOT THE ISSUE AT HAND.  THAT IS AN ISSUE YOU CAN DEAL WITH THROUGH THE COURT SYSTEM.

THE SUPPORT TEAM HEARING REGARDING YOUR EMPLOYMENT WAS HELD BECAUSE THE STAFF HAD SECURITY CONCERNS IN REGARDS TO THE INTENT OF THE POETRY.  WE DO NOT KNOW WHAT YOUR INTENTIONS WERE.  YOU YOURSELF STATED, "IT IS FOR EVERYONE".  WE ALSO HAVE NO WAY OF KNOWING HOW OTHER INMATES MAY INTERPRET YOUR POETRY IF IT HAD BEEN DISTRIBUTED.   WE DISCUSSED IN DETAIL AT THE STAFFING THE CONCERNS THAT WE HAD REGARDING THE CONTENT OF THE POETRY COMBINED WITH OUR CONCERNS ABOUT THE EXTENT OF THE CONTACT YOUR JOB ALLOWED YOU WITH OTHER INMATES.  IT WAS CONSIDERED INAPPROPRIATE FOR YOU TO HAVE THIS IN YOUR POSSESSION AT WORK WITH THE POSSIBILITY OF YOU DISTRIBUTING IT.

IF YOU HAVE ANY FURTHER QUESTIONS REGARDING THE ISSUE OF YOUR REMOVAL FROM YOU POSITION, I WOULD SUGGEST YOU CONTACT INMATE EMPLOYMENT AGAIN FOR A RESPONSE.  I HAVE NOTHING FURTHER TO ADD TO WHAT WAS DISCUSSED AT THE STAFFING.

THIS IS Ms. GAMBLE'S 11/21/02 RESPONSE TO MY 11/20/02 DC-135A WHICH REQUESTED A WRITTEN STATEMENT OF THE REASONS FOR THE SUPPORT TEAM'S DECISION TO REMOVE ME FROM MY JOB.

EXHIBIT "C"
TWO OF TWO

134

10/00/2000 15:39 FAX 8147509733    9CT ALBION

# 21S CENTURY'S DAWN'S EARLY LIGHT

My Country tis of thee
This is about your reality
By the 21st Century's Dawn's early light
There ain't no justice for you here if you ain't white

Sweet land of librty
Bitter was the taste of your slavery
And that pitid tste remains strong in all of our mouths
As we now see you lynching us downtown in your courthouses

The whole world wtched you beat down Rodney King
Then we saw white jurors who could not see what we were seeing
With their open ees their closed minds saw the police were right
You know there ai't no justice for you here if you ain't white

Today's lyrchings are performed at Police State-style trials
Perpetuatig this injustice American-style
Highlightig the nstated semantic reality
That lynchings don't require bodies hanging from the trees

Oh say :an you see
Strange fruit no bnger hangs in America's trees
Now in he land oi the free the home of the brave
Prisons corceil th lynched children of America's slaves

Remember Martin tld us to let Freedom ring
So my Cunty tis of thee that I sing
Now in he land of the free the home of the brave
Prisons conceil t) lynched children of America's slaves

/135

### SELF-HEALING

Practiced before man began recording history
The art of self-healing ain't no real mystery
The best doctors with perfected visions in their minds
Can't help those who're determined to remain blind

Those who go out of their way to trivialize
Their lost of focus upon a very important prize
Living a nightmare unaware running out of time
Oblivious victims of State-sponsored hate crimes

The only thing missing in their courtrooms is their hanging tree
And justice for people with black skin like you and me
Courts remain one of America's most racist places
Please don't try to deny it when its
    right up in all of our faces

**One hundred and seventeen per one hundred thousand**
    is White folk's incarceration rate
**One thousand six hundred and seventy-three per hundred thousand**
    is Black's rate in this racist state
Doubt has been dispelled by computerized light
Black's incarceration rate is fourteen times that of Whites

Social scientist produce these stats then they tell you humongous lies
Which you'll accept as true if you're determined to remain blind
Will you act upon the facts upon which these stats stand
To end State-sponsored hate crimes against the Black man

Even blind eyes must see our apathy as being beyond strange
Educated and wealthy now what are we doing to make this situation change
Could it be that doctorate degrees and surplus personal wealth
Destroy the vision of those who have not learnt
    we must show love to ourselves

Practiced before man began recording history
The art of self-healing ain't no real mystery
The best doctors with perfected visions in their minds
Can't help those who're determined to remain blind

136

STATE CORRECTIONAL INSTITUTION AT ALBION *A/H*
JOB ASSIGNMENT NOTICE

NAME: *Jefferson*   NUMBER: *CC-9135*

HAS BEEN ASSIGNED AS FOLLOWS:   HOUR:_____

JOB: *GCP*   RATE: *.73* DAY: ✓

STARTING DATE: *11/19/02*   DAYS OFF:_____

REPORT TO:_____, WHO IS YOUR SUPERVISOR,

ON OR BEFORE:_____ THE STARTING DATE SHOWN ABOVE.

RELEASED FROM *CHAPEL*_____ PAYROLL

## ***FAILURE TO REPORT WILL RESULT IN DISCIPLINARY ACTION.***

APPROVED BY:_____

**MR. J. BENTLEY**
**CORRECTIONS EMPLOYMENT AND**
**VOCATIONAL COORDINATOR**

****LISTED BELOW IS A JOB ORIENTATION ACKNOWLEDGEMENT FORM FOR
JOB DUTIES AND SAFETY POLICIES.  JOB SUPERVISOR SHOULD REVIEW JOB
DESCRIPTION AND SAFETY POLICIES WITH THE ABOVE NAMED INMATE.  BOTH
THE WORK SUPERVISOR AND INMATE MUST SIGN AND RETURN THE ENTIRE
FORM TO THE INMATE EMPLOYMENT OFFICE AS SOON AS POSSIBLE.  THANK
YOU FOR YOUR COOPERATION.

## ORIENTATION ACKNOWLEDGEMENT FORM

I HAVE RECEIVED INSTRUCTIONS FOR JOB DUTIES AND SAFETY POLICIES FOR
THE JOB ASSIGNMENT LISTED BELOW.

_____
JOB ASSIGNMENT

_____   _____
INMATE'S SIGNATURE – DATE   SUPERVISOR'S SIGNATURE - DATE

EXHIBIT "A"  *37*

**DC-ADM 804, Inmate Grievance System**
**DC-804**
**Part 2**

**Attachment B**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA 17001**

**OFFICIAL INMATE GRIEVANCE**
**INITIAL REVIEW RESPONSE**

**GRIEVANCE NO. 38293**

| TO: (Inmate Name & DC No.) | FACILITY | HOUSING LOCATION | GRIEVANCE DATE |
|---|---|---|---|
| JEFFERSON, Leonard  CL-4135 | SCI-ALBION | A/A 59 | 12/10/02 |

The following is a summary of my findings regarding your grievance:

Inmate Jefferson was staffed by his counselor, A-Unit Manager, and Chaplain McQuown on November 13, 2002. The staffing was conducted with the full knowledge and support of his direct work supervisor Imam Abdalla who had previously cautioned inmate Jefferson regarding your concerns about racial injustice. During the proceedings he defended his actions regarding the writing of the poetry.  Proper procedure was followed during the staffing.

Inmate Jefferson will not resolve this grievance because he believes his grievance issues are legitimate and that he has the right of appeal to a higher authority.

**RESOLVED:** _____  **DATE:** _____
                 Inmate Signature

**UNRESOLVED:** _Leonard C. Jefferson_  **DATE:** 12-23-02
                 Inmate Signature

cc:  Grievance Officer
     Inmate
     DC-15

| Print Name and Title of Grievance Officer | SIGNATURE OF GRIEVANCE OFFICER | DATE |
|---|---|---|
| Glenn C. McQuown | Glenn McQuown | 12-23-02 |

135