**PA DEPT OF CORRECTIONS**

$01.83
02 1A
0004335314  JAN 17 2007
MAILED FROM ZIP CODE 16401

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

RECEIVED
JAN 18 2007

CLEARED

Clerk's Office
U.S. District Court
P.O. Box 1820
Erie, PA 16507