**INMATE MAIL**
**PA DEPT OF CORRECTIONS**

Name: LEONARD C. JEFFERSON
Number: CL-A135
Unit/Side: B/B
10745, Route 18
Albion, PA 16475-0002

Clerk's Office
U.S. District Court
P.O. Box 1820
Erie, PA 16507

$ 00.39⁰  JAN 23 2007
MAILED FROM ZIP CODE 16401

RECEIVED
JAN 24 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA