IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEONARD C. JEFFERSON, )<br>       Plaintiff, )<br>)<br>   v. )<br>)<br>WILLIAM WOLFE, et al, )<br>       Defendants. ) | Civil Action No. 04-44 Erie |

**ORDER**

AND NOW, this 26th Day of January, 2007, it is hereby

ORDERED that the above captioned case is scheduled for a Hearing on the following motions: Motion for Discovery (Doc. #114); and Motion for Rule 37 and the supplement (Docs. 119 & 120); before the Honorable Susan Paradise Baxter, on Wednesday, January 31, 2007, at 10:00 a.m. Counsel for the Defendants is directed to make arrangements for all parties to participate by conference call on the above date and time to telephone number (814) 464-9632.

                                         s/Susan Paradise Baxter
                                         SUSAN PARADISE BAXTER
                                         CHIEF UNITED STATES MAGISTRATE JUDGE

c:  all parties of record (lw)