# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Leonard C. Jefferson )
)
)
Plaintiff )
vs. ) No. CA 04-44 Erie
Superintendent William Wolfe, et al )
)
)
Defendants )

HEARING ON   January 31, 2007

Before   Chief U. S. Magistrate Judge Susan Paradise Baxter

Leonard C. Jefferson, pro se            Christian D. Bareford, Esq., AG's Office

Appear for Plaintiff                    Appear for Defendant

Hearing Begun   10:05 am                Hearing Adjourned to

Hearing concluded C.A.V.  10:45 am      Stenographer  Tamara Doxey
                                        CD:        Index:

### WITNESSES
For Plaintiff                           For Defendant

Plaintiff's Rule 37 motion [Document #119] - first 3 requests are moot because documents were provided by fax during the hearing. The remaining requests are denied.

Plaintiff's Rule 56 motion [Document #114] is moot with regard to documents that were provided during the hearing and is denied in all other respects

Both parties agreed to consent to Magistrate Judge's jurisdiction for trial

Plaintiff granted extension of time to February 26, 2007 to file opposition to Defendants' summary judgment motion and a cross motion for summary judgment

Defendants' response to Plaintiff's cross motion due by March 9, 2007