```
         UNITED STATES
         DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

        # 07000170 - DM
         February 5, 2007


    Code    Case #    Qty      Amount

    2ND CIVI 04-44  E-v         2.00 CH
    2NDAPPEA 04-230 E-v        13.98 CH
    2ND CIVI 02-279 E-v         4.45 CH
    2ND CIVI 03-363 E-v         3.07 CH
    1ST CIVI 05-112 E-v         7.03 CH
    1ST CIVI 06-04  E-v          .07 CH


     TOTAL =                   31.00


    FROM: SCI ALBION TO: JEFFERSON,
          DEFRANCO, KAO, TRENDY ETC
          03-68000
```

part pay. filing fee
rcpt # 07-170

$2.00

CA 04-44 E