IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LEONARD C. JEFFERSON,
          Plaintiff,

          v.                          '07 FEB 26  A 9:53  C.A. NO. 04-44 ERIE

WILLIAM WOLFE, et al.,                        CLERK
          Defendants.           U.S. DISTRICT COURT

APPENDIX TO PLAINTIFF'S BRIEF IN OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

## CONTENTS OF APPENDIX

12/05/01 DC-135A to Ms. Gamble                                          1

12/09/01 Letter to Supt. Wolfe/VOICES OF RESURGENT ISLAM               2

07/20/01 DC-43 Prescriptive Program Plan                               3

07/24/02 DC-43                                                         4

07/11/03 DC-43                                                         5

07/ /05 DC-43                                                          6

07/ /06 DC-43                                                          7

07/12 & 16/03 DC-135A to Ms. McKissock                                 8

08/04/03 DC-804 Part 1, Grievance # 58644                           9-10

08/06/03 DC-804 Part 2, # 58644                                       11

08/11/03 Appeal to Superintendent, # 58644                            12

08/19/03 Supt.'s Response to Appeal, # 58644                          13

08/24/03 Appeal to Final Review, # 58644                           14-15

10/06/03 Response from Chief Grievance Coordinator, # 58644           16

05/07/99 DC-48 B, Inmate Progress Report                              17

06/11/01 DC-48 B                                                      18

06/07/01 Housing Performance Report (2 sides)                         19

06/15/02 Housing Performance Report (2 sides)                         20

07/22/02 Inmate Peer Leader Memo                                      21

06/26/03 Housing Performance Report                                        22

Holy Qur'an 4:106                                                          23

Holy Qur'an 4:17-18                                                        24

Holy Qur'an 6:164                                                          25

Holy Qur'an 4:59                                                           26

Holy Qur'an 4:135                                                          27

Holy Qur'an 75:5                                                           28

Holy Qur'an 18:28                                                          29

Holy Qur'an 4:137                                                          30

Encyclopedia Americana, 1993, P. 622 Prisons, Robert J. Wright            31

Encyclopedia Americana, 1993, P. 499, Islam, Charles J. Adams             32

Holy Qur'an, King Fadh Translation, Preface p. iii                        33

Newspaper article w/poetry (full-size)                                    34

Code of Ethics, DC-47, B.14                                            35-36

11/18/02 DC-135A to Mr. McQuown                                           37

11/20/02 DC-135A to Ms Gamble                                             38

Ms. Gamble's Response to 11/20/02 DC-135A                                 39

12/08/02 DC-804 Part 1, Grievance # 38293                              40-41

01/13/03 Appeal to Superintendent, # 38293                             40-42

01/15/03 Supt.'s Response to Appeal, # 38293                              44

01/17/03 DC-804 Part 1, Grievance # 41961                              45-46

02/27/03 DC-804 Part 3, # 41961                                           47

03/07/03 DC-804 Part 2, # 41961                                           48

03/20/03 Supt.'s Response to Appeal, # 41961                              49

04/09/03 Response from Chief Grievance Coordinator, # 38293               50

04/09/03 Response from Chief Grievance Coordinator, # 41961               51

04/05/04 Job Assignment Notice                                            52

11/30/05 Batterers Group Memo w/Consent Form                53-54

07/27/06 Violence Prevention Memo                                       55

07/28/06 DC-135A to Ms. Randall                                         56

08/09/06 Correctional Plan-Evaluation, Ms. Randall          57

09/14/06 Batterers Group Questionnaire                              58-59

11/09/06 Correctional Plan-Evaluation, Ms. Crawford         60

11/05/02 DC-46 Vote Sheet                                               61

02/02/07 Declaration of Ronald Johnson                            62-64

02/05/07 Declaration of Thomas Twillie                             65-66

02/03/07 Declaration of Alonzo Robinson                          67-68

02/11/07 Declaration of Nanya Rashiyd Z. El                     69-70

02/06/07 Declaration of Chris Ireland                                 71

02/06/07 Declaration of George Elliott                                72

05/12/04 DC-141 Part 1, # A453158                                   73

DC-ADM 801, VI., A.                                                       74-75

10/28/02 DC-121 Part 3                                                     76

10/21/04 Declaration of Wayne Bair, III                             77

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1.  To: (Name and Title of Officer)<br>MS. GAMBLE, COUNSELOR | 2.  Date:<br>12/5/01 |
| 3.  By: (Print Inmate Name and Number)<br>LEONARD C. JEFFERSON, CL-4135<br><br>*Leonard C. Jefferson*<br>Inmate Signature | 4.  Counselor's Name<br>Ms. GAMBLE |
|  | 5.  Unit Manager's Name<br>Ms. MCKISSOCK |
| 6.  Work Assignment<br>CHAPEL CLERK | 7.  Housing Assignment<br>A/A-59 |

8.  Subject: State your request completely but briefly. Give details. VERSES 118-120 AND 144-150 FROM CHAPTER 3, VERSE 41 FROM CHAPTER 40, VERSES 118-19 FROM CHAPTER 11, VERSE 4 FROM CHAPTER 60 AND VERSE 23 FROM CHAPTER 9 OF THE HOLY QUR'AN ARE HIGHLIGHTED ON THE ATTACHED PHOTOCOPIES. WHILE THERE IS NO VERSE OF THE QUR'AN WHICH SAYS: "MUSLIMS SHOULD NOT PAR- TICIPATE IN D.O.C. PROGRAMS," THE ATTACHED VERSES STATE THE GENERAL PRINCIPLE THAT MUSLIMS SHOULD REJECT AND AVOID ALL TEACHINGS AND PROGRAMS WHICH (ARE IN FACT ANTI-ISLAMIC SINCE THEY) DO NOT FLOW FROM THE QUR'AN. ¶ WHEN THE D.O.C. SAYS I AM INELIGIBLE FOR TRANSFER, DUE TO MY REFUSAL TO (CAST ASIDE MY RELIGIOUS BELIEFS AND DUTIES IN ORDER TO) PARTICIPATE IN ITS PROGRAMS, THIS IS CLEARLY RELIGIOUS DISCRIMINATION. NON-MUSLIMS ARE NOT ASKED TO DO THINGS WHICH REQUIRE THEM TO CAST ASIDE THEIR RELIGIOUS BELIEFS AND DUTIES IN ORDER TO BECOME ELIGIBLE FOR TRANSFER... ¶ AGAIN, I RESPECTFULLY REQUEST THAT: (1) I BE STAFFED FOR TRANSFER TO PITTSBURGH OR TO A JAIL THAT IS NEARER TO MY FAMILY, AND (2) THAT MY D.O.C. FILE BE MADE TO REFLECT THE FACT THAT THE TEACHINGS AND PRACTICES OF ISLAM MEET AND FULFILL ALL OF MY SO-CALLED PROGRAMMING NEEDS.

THANK YOU FOR YOUR ATTENTION TO THIS REQUEST.

9.  Response: (This Section for Staff Response Only)

I HAVE DISCUSSED THIS WITH THE UNIT MGMT TEAM NO PROGRAM AT HIGKN IS ANTI-ISLAMIC. YOU DO NOT MEET THE CRITERIA FOR TRANSFER (1) YOU ARE IN YOUR HOME REGION (2) YOU ARE NOT PROGRAM COMPLIANT (3) TRANSFERS ARE PROMOTIONAL IN NATURE WE ARE DONE DISCUSSING THIS ISSUE. I COMMEND THAT YOU ARE COMMITTED TO YOUR RELIGIOUS PRACTICES AND BELIEFS HOWEVER THIS COMMITTMENT DOES NOT REPLACE INSTITUTIONAL PROGRAMS.

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name  *Tricia Gamble*   *[signature]*   Date 12/6/01
                    Print              Sign

Revised July 2000   SUMMARY JUDGMENT ATTACHMENT

1

59

Leonard   C. Jefferson,    CL-4135
A/A - 59
December 9, 2001

Mr. Wolff, Superintendent
SCI-Albion

Several months ago, upon requesting transfer to SCI-PGH (or to a jail
that is closer to my family), Ms. Gamble informed me (1) that there was
a new "promotional" transfer policy, and (2)    that since I have not
participated in any of the programs which the jail recommended, (3) my
failure to participate in D.O.C. programs caused me to be ineligible for
consideration for a "promotional" transfer. ¶ A few days ago I renewed
my request for transfer to SCI-PGH; and I also asked Ms. Gamble to cause
my file to indicate: Islam is my program. I attempted to demonstrate
(via an essay from Dr. Abdalati's book, ISLAM IN FOCUS, and via verses
from the Holy Qur'an) that the teachings of Islam are comprehensive to
such a degree that (1) Divine guidance is provided for every situation
in a believer's life, (2) that it is forbidden for a believer to accept
guidance from non-believers, and (3) that I   am  being discriminated
against, on the basis of my religious beliefs, in this situation wherein
my refusal to violate a fundamental principle of my religion (i.e., to
accept non-Islamic counseling, teachings and programs on how I should
view life's situations) causes me to be ineligible for the "promotional"
transfers, and other perks, which non-Muslim inmates become eligible for
without  having to violate any of their religious beliefs. ¶ I have
attached, for your information, a page from VOICES OF RESURGENT ISLAM,
which   is  edited by John L. Esposito and available from the  Oxford
Press. The  underlined passages make clear the fact that "the Islamic
vision is  unique and does not accept ideas from other sources."
Hopefully this will help you grasp the concept that requiring Muslims to
participate in  non-Islamic-based D.O.C. programs (in order to receive
favorable  reports  for custody level upgrades, parole,  "promotional"
transfers, etc.) is similar to requiring Muslims to eat pork in order to
receive proper nutrients... The D.O.C. provides alterative protein which
fulfills the Muslims nutritional needs when a pork meal is served, and
similarly, the D.O.C. should  provide  an  alternative  program which
fulfills the programming needs of the Muslim prisoners (without asking
and/or requiring the Muslim to violate a fundamental principle of the
teachings of Islam) ¶ I respectfully request that (after  reviewing the
attached documentation, and my history in the D.O.C.) you: (1) cause my
file to indicate that Islam is sufficient to meet my programming needs
(this  should prevent me from receiving any more negative  reactions
and/or results from my failure to participate in the D.O.C.'s
non-Islamic-based programs), and (2) that you  cause  my request for
transfer to SCI-PGH (or to a jail which is closer to my family) to be
processed as soon as possible. Thank  you for your attention to this
matter. Respectfully.

To: *Leonard C. Jefferson*

*you have your Presumptive Program & know
what is required of you. That is sufficient!*

*W J Wolff*
*12-10-01*

cc: *counselor*
*unit mgr*
*ADC-15*

2

since man has no capacity to comprehend it. Human nature feels comfortable with this vision since absolute knowledge rests with God in whom man places his total trust. "Any doctrine that is totally comprehensible to humans is no doctrine." It is the balance between the known and the unknown, the revealed and the hidden that is in accordance with human nature.[41]

5. Positiveness (*ijabiyyah*): The Islamic vision emphasizes the positive rela- tion of God to the world, life, and man. From obedience to God proceeds the positiveness in the believer's life. The Islamic vision is not a negative one that dwells in the world of the conscience, it is not idealistic or merely spiritual, but rather, "it is a 'prototype' for a reality to be implemented according to its plan."[42] "There is not a single action in life which should not proceed as a witness to this religion, not only as an affirmation of faith through the tongue but one of action, evidencing to others that which makes a difference in the world.

6. Pragmatism (*waqi'iyyah*): This vision is not idealistic, but rather is grounded in the reality of life. Yet it is idealistic-realistic in that it aims at estab- lishing the highest and most perfect system to which humanity can ascend.[43]

The role of man as perceived in Islam is within the limits of his capacity. Man is taken as he is, "one who eats, procreates, loves, hates, hopes, and fears." Islam takes into account "human nature, his capacities, his virtues, evils, strengths, weaknesses." It does not portray man as inferior, nor does it denigrate his role on earth. It does not elevate him to the role of divinity, nor does it see him in angelic form. This is contrary to the Brahminic vision of man which denies the body as unreal, and to Christianity which sees man as made of body and soul and determines that which pertains to the body as evil.[44]

7. Unicity (*tauhid*): While *tauhid* is the essential comprehensive character- istic of the total Islamic doctrine and its primary basis, it is also one of its com- ponents.[45] *Tauhid* is the foundation of all the revealed religions given to the prophets by God. However, it is unique to Islam in that it is the only religion which has preserved it in its pristine condition, not falsifying it." Islam affirms that there is one God to whom alone divinity can be ascribed and there is a crea- ture is that of creaturehood. The only relationship between Creator and crea- ture is that of creaturehood. This assures that "there is no ruler save God, no legislator, no organizer of human life and of human relationships in the world, to living things or human beings save God. From Him alone is received all guid- ance and legislation, all systems of life, norms governing relationships and the measure of values."[46]

## THE ISLAMIC IMPERATIVE

In 1954, Sayyid Qutb was arrested with many members of the Muslim Broth- erhood. Accused of conspiring to assassinate Gamal Abdel Nasser, he was tried and sentenced to fifteen years of hard labor. During his incarceration he revised

3. Comprehensiveness (*shumul*): The third characteristic of the Islamic vision is its comprehensive nature. Man himself is never able to provide an equivalent comprehensive substitute, due in large part to his finitude and his limitation in time and place. Man is unable to provide a complete system that takes into account all considerations and aspects. "It is impossible that a human concept or a humanly devised system would ever personify comprehensiveness. It will always be temporary or fragmentary."[47]

The true Islamic vision has been corrupted by those who over the years have complicated it by mixing it with other ideas such as those of Plato or Aristotle as well as some Christian theologians. They are the "so-called" Islamic philos- ophers who incorporated these ideas into Islamic thought. This mixing is unac- ceptable because the Islamic vision is unique and does not accept ideas from other sources.

This vision is of such comprehensiveness and breadth of precision and depth of authenticity and integratedness that it rejects every foreign element, even though it is merely a verbal expression which is currently fashionable in foreign intellectual circles.[48]

The comprehensive nature of Islam is reinforced by the unity that proceeds from the One Divine source. This unity is manifested in the areas of "thought and behavior, vision and initiative, doctrine and system, source and reception, life and death, striving and movement, and the means of livelihood, this world and the next. It does not divide into sections, seek various paths or horizons or march on different roads without agreement."[49]

When humanity is united in its obedience to the one source of all its vision, "the total human endeavor must become one framework, bent on the realization of the purpose of the human existence . . . worship, the worship that is made evident in man's bondage to God alone in all that he undertakes as a vicegerent."[50]

Some Muslims have divided human activity into two spheres, *ibadat* (acts of worship) and *muamalat* (human relationships). This late interpolation into Islamic thought led some people to believe that a Muslim could continue to be a Muslim if he separates between the two and fulfills the acts of worship accord- ing to the Islamic injunctions while relegating the area of his relations to other human beings to legislative sources other than Islam. This to Qutb is unaccept- able. To him the comprehensiveness of the system guarantees that "Islam is a unity that is indivisible. Any one who divides it into two sections is outside this unity, in other words, he is outside this religion."[51]

4. Balance (*tawazun*): This characteristic has preserved the unique nature of Islam. It is evidenced in the harmony that exists between that which is revealed, which humans can grasp and apprehend, and that which is accepted by faith

SUMMARY JUDGMENT ATTACHMENT        (TWO SIDED)

DC-43                         COMMONWEALTH OF PENNSYLVANIA
PRESCRIPTIVE PROGRAM PLAN         Department of Corrections

| DC NUMBER | NAME | INSTITUTION | DATE INITIATED |
|---|---|---|---|
| CC4135 | LEONARD JEFFERSON | SIA | 7/09/01 |

AREAS OF CONCERN
( ) Mental Health      ( ) Physical      (✓) Assaultiveness
(✓) Vocational         ( ) Drug          ( ) Sexual
( ) Academic           (✓) Alcohol       ( ) Escape
(✓) Other  LONG TIMERS                              CCR

RECOMMENDED ACTIONS
(The following is a list of suggested programs and/or kinds of behavior which may help you with the weakness and/or problem areas)

REMAIN MISCONDUCT FREE

POSITIVE HOUSING WORK REPORTS

BATTERERS INTERVENTION (MS CRAWFORD)

STRESS AND ANGER MGMT (ON UNIT)

CITIZENSHIP TRAINING (ON UNIT)

LONG TIMERS GROUP (MS EICHENLAUB)

ACTIVITIES OF CHOICE (WALKING, YARD, RELIGIOUS etc)
          (NOT INTERESTED IN PROGRAMS AT THIS TIME)

_____                        _____
Signature of Staff Member                         Signature of Inmate

Tentative Progress Review (date) 7/02

RESULTS ACHIEVED or reasons for lack of results

RELIGIOUS PROGRAMS                          SUMMARY JUDGMENT
WALKING - PHYSICAL FITNESS                   ATTACHMENT
1 MISCONDUCT CLASS II
HOUSING & WORK REPORTS

_____      7/24/02       _____
Signature of Staff Member    Date Reviewed    Signature of Inmate

The two lists are not all inclusive and may change over time. Additional weaknesses and/or problem areas may be un-
covered. Weaknesses and/or problem areas may be overcome or reduced in importance. Programs may be completed
or additional programs may be indicated. These lists can and should be reviewed periodically to account for any pro-
gress or lack of progress. You should request a review through your Counselor to discuss any changes and to keep
your prescriptive program current.
While all participation in all programs is strictly voluntary, progress or lack of progress in dealing with weaknesses and/
or problem areas will be one of the factors taken into consideration for all actions requiring staff support such as recom-
mendations for program level changes, job changes, pre-release, commmutation, and parole.

3

**DC-43**
**Prescriptive Program Plan**

**Commonwealth of Pennsylvania**
**Department of Corrections**

(revised 2/00)

| DC-Number: _PL4115_ | Facility: _AIRCO_ | Custody Level _2_ | Date of Review _9/29/0._ |
|---|---|---|---|

| Name  _Leonard Shockley_ | Initiation Date _9/29/0._ |
|---|---|

**Issues to be Addressed**

| At Reception | Mental Health ( )   Vocational ( )   Academic ( )   Drug/Alcohol ( )   Assaultive ( ✓ ) Sexual ( )   Escape ( )   Other ( ✓ ) Explain: _con. Tim inmate_ |
|---|---|
| This Review | Mental Health ( )   Vocational ( )   Academic ( )   Drug/Alcohol ( )   Assaultive ( ✓ ) Sexual ( )   Escape ( )   Other ( ) Explain: |

This plan may change over the course of your incarceration. Additional problem areas may be uncovered. Programs may be completed or additional programs indicated.  This plan should be reviewed annually to account for any progress or lack of progress.

You are expected to maintain positive housing, work and school reports, and remain misconduct free.

Progress or lack of progress on the Prescriptive Program Plan will be one of the factors taken into consideration for all actions requiring staff recommendations for job changes, pre-release and parole.

| Program | Education Program Type **** | Ed Code **** | Recommend (Y/N) | Date Recommend (waiting list) | Actual Start Date | Actual Complete Date | Removed (Y/N) | Reason Removed* |
|---|---|---|---|---|---|---|---|---|
| **Work/Education** | | | | | | | | |
| Employability | | | | | | | | |
| Academic Education | | | | | | | | |
| Vocational Education | | | | | | | | |
| Facility Job | | | Y | | | | | |
| | | | | | | | | |
| **Family Relationship/Self** | | | | | | | | |
| Parenting | | | | | | | | |
| Breaking Barriers | | | | | | | | |
| Health & Wellness | | | | | | | | |
| 55 & Older Program | | | | | | | | |
| Long Term Offender | | | Y | | | | | |
| | | | | | | | | |
| **Citizenship/ Personal Responsibility** | | | | | | | | |
| Citizenship Program | | | Y | | | | | |
| | | | | | | | | |
| **Offense Related** | | | | | | | | |
| Drug & Alcohol Education** | | | | | | | | |
| D/A Outpatient/Treatment** | | | | | | | | |
| D/A Therapeutic Comm.** | | | | | | | | |
| Sex Off. Program Orientation*** | | | | | | | | |
| Sex Off. Program Treatment*** | | | | | | | | |
| Anger Management | | | | | | | | |
| Act 143 (Victim Awareness) | | | | | | | | |
| _Violence Prevention_ | | | Y | | | | | |
| | | | | | | | | |
| **Release Planning** | | | | | | | | |
| Formulate Parole Plan | | | | | | | | |
| Pay $30 Act 27 of 1995 Fee | | | | | | | | |
| Pre-release eligibility date | ■■■ | ■■■ | ■■■ | | ■■■ | | | |
| **Other** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Comments on recommendations for this rating period

_Continue positive adjustment_

Comments on progress from last rating period

_No prev interest in becoming_
_No misconducts in last year - Removed from job on GLP_

| _[signature]_ | _[signature] Leonard Shockley_ | _2/ /03_ |
|---|---|---|
| Signature of Staff | Signature of Inmate | Date of Next Review |

*Removal Codes: PA – Poor Attendance, PP – Poor Participation, MH – Mental Health Commitment, MI – Misconduct, WR – Writ, DI – Disruptive, SM – Self Removal
** D/A Programs: Assignment in conjunction with D/A Staff          ***Sex Off. Programs: Assignment in conjunction with sex offender treatment staff
****Academic – 1 – Spec. Ed, 2 – ESL, 3 – Lit, 4 – ABE, 5 – GED. Vocational – 1 – part-time, 2 – full-time, 3 – Accredited

_SUMMARY JUDGMENT ATTACHMENT_

_A_

**DC-43**
**Prescriptive Program Plan**

**Commonwealth of Pennsylvania**
**Department of Corrections**

(revised 2/00)

| DC-Number: CL4135 | Facility: Alb | Custody Level 3 | Date of Review 7/11/03 |
|---|---|---|---|

| Name Jefferson, Leonard | | Initiation Date |
|---|---|---|

**Issues to be Addressed**

| At Reception | Mental Health ( )   Vocational ( )   Academic ( )   Drug/Alcohol ( ✓ )   Assaultive ( ✓ )<br>Sexual ( )   Escape ( )   Other ( ) Explain: |
|---|---|
| This Review | Mental Health ( )   Vocational ( )   Academic ( )   Drug/Alcohol ( )   Assaultive ( ✓ )<br>Sexual ( )   Escape ( )   Other ( ) Explain: |

This plan may change over the course of your incarceration. Additional problem areas may be uncovered. Programs may be completed or additional programs indicated. This plan should be reviewed annually to account for any progress or lack of progress.

You are expected to maintain positive housing, work and school reports, and remain misconduct free.

Progress or lack of progress on the Prescriptive Program Plan will be one of the factors taken into consideration for all actions requiring staff recommendations for job changes, pre-release and parole.

| Program | Education Program Type **** | Ed Code **** | Recommend (Y/N) | Date Recommend (waiting list) | Actual Start Date | Actual Complete Date | Removed (Y/N) | Reason Removed* |
|---|---|---|---|---|---|---|---|---|
| **Work/Education** | | | | | | | | |
| Employability | | | | | | | | |
| Academic Education | | | | | | | | |
| Vocational Education | | | | | | | | |
| Facility Job | Obtain | | Y | | | | | |
| **Family Relationship/Self** | | | | | | | | |
| Parenting | | | | | | | | |
| Breaking Barriers | | | | | | | | |
| Health & Wellness | | | | | | | | |
| 55 & Older Program | | | | | | | | |
| Long Term Offender | | | | | | | | |
| **Citizenship/ Personal Responsibility** | | | | | | | | |
| Citizenship Program | | | Y | | | | | |
| **Offense Related** | | | | | | | | |
| Drug & Alcohol Education** | | | | | | | | |
| D/A Outpatient/Treatment** | | | | | | | | |
| D/A Therapeutic Comm.** | | | | | | | | |
| Sex Off. Program Orientation*** | | | | | | | | |
| Sex Off. Program Treatment*** | | | | | | | | |
| Anger Management   Violence Prevention | | | Y | | | | | |
| Act 143 (Victim Awareness) | | | | | | | | |
| Batterers Intervention | | | Y | | | | | |
| **Release Planning** | | | | | | | | |
| Formulate Parole Plan | | | | | | | | |
| Pay $30 Act 27 of 1995 Fee | | | | | | | | |
| Pre-release eligibility date | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | | | |
| **Other** | | | | | | | | |
| No misconducts | | | Y | | | | | |

Comments on recommendations for this rating period

Contact Ms. Crawford for Violene Prevention and Batterers Intervention groups

Comments on progress from last rating period

SUMMARY JUDGMENT ATTACHMENT

(ENHANCED, BUT NOT ALTERED, BY PLAINTIFF)

Leonard Jefferson 12/29/06

| Signature of Staff | Signature of Inmate | Date of Next Review 7,  , 04 |
|---|---|---|

*Removal Codes: PA – Poor Attendance, PP – Poor Participation, MH – Mental Health Commitment, MI – Misconduct, WR – Writ, DI – Disruptive, SM – Self Removal
** D/A Programs: Assignment in conjunction with D/A Staff    ***Sex Off. Programs: Assignment in conjunction with sex offender treatment staff
****Academic – 1 – Spec. Ed, 2 – ESL, 3 – Lit, 4 – ABE, 5 – GED. Vocational – 1 – part-time, 2 – full-time, 3 – Accredited



# Pennsylvania Department of Corrections
## DC 43 Correctional Plan

7/25/2005 9:50:30 AM

Production

**Inmate Name: JEFFERSON, LEONARD**
**Location: F-B-1030-01**
**Annual Review Date : 07/2005**

**Inmate Number: CL4135**
**Counselor: Gamble, Tricia**
**Pre-release eligible date :**

**General Expectations:**

| Expectation | Recommended | Comment |
|---|---|---|
| Act 27 ( $30.00 ) | 07/25/2005 | |
| Maintain Personal Hygiene | 07/29/2004 | |
| Maintain positive work reports | 07/29/2004 | |
| Misconduct Free Behavior | 07/29/2004 | |
| Positive Housing Reports | 07/29/2004 | |

**Recommended Programming:**

| Program |
|---|
| Batterers Group |
| Citizenship |
| Violence Prevention |

**Currently Enrolled In:**

| Program | Facilitator | Start Date | End Date |
|---|---|---|---|
| No Current Enrollments | | | |

**Programs Previously Enrolled In:**

| Program | Evaluated By | Completion | Status |
|---|---|---|---|
| No Previously Completed Programs | | | |

Comments : inmate refused all programs.

[ Your Correctional Plan is subject to be re-evaluated at any time during your incarceration. ]

Counselor's Signature/Date    8/8/05

Inmate's Signature/Date    8-5-5

Page 1 of 1

**Inmate Name: JEFFERSON, LEONARD**
**Location: F-B-1030-01**
**Annual Review Date : 07/2006**

**Inmate Number: CL4135**
**Counselor: Gamble, Tricia**
**Pre-release eligible date :**

**General Expectations:**

| Expectation | Recommended | Comment |
|---|---|---|
| Act 27 ( $30.00 ) | 07/25/2005 | |
| Maintain Personal Hygiene | 07/29/2004 | |
| Maintain positive work reports | 07/29/2004 | |
| Misconduct Free Behavior | 07/29/2004 | |
| Positive Housing Reports | 07/29/2004 | |

**Recommended Programming:**

| Program |
|---|
| Batterers Group |
| Violence Prevention |

**Currently Enrolled In:**

| Program | Facilitator | Start Date | End Date |
|---|---|---|---|
| No Current Enrollments | | | |

**Programs Previously Enrolled In:**

| Program | Evaluated By | Completion | Status |
|---|---|---|---|
| No Previously Completed Programs | | | |

[ Your Correctional Plan is subject to be re-evaluated at any time during your incarceration. ]

Counselor's Signature/Date                    7/3/10

Inmate's Signature/Date

DC-135A

F-B

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) Ms. McKissock, Unit Manager | 2. DATE 07/12/03 |
|---|---|

| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Leonard C. Jefferson, CL-4135 | 4. COUNSELOR'S NAME Mr. Snyder |
|---|---|

| 5. WORK ASSIGNMENT GLP | 6. QUARTERS ASSIGNMENT A/A-39 |
|---|---|

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

On 07/11/03 Mr. Snyder informed me that my level had been raised from a level two to a level three. Would you please give me a written statement which set forth the reasons for this change. Thank you for your attention to this request.

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Mr. Jefferson

Your annual review is done in July. During the process, your level is reviewed using the Penna. Additive Classification Tool (PACT). There are several factors that affect your level. Those factors include a misconduct record, the fact that you do not have a job and the issue of your refusal to complete any programming.

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

SUMMARY JUDGMENT ATTACHMENT

| STAFF MEMBER Ms McKissock | DATE 7/16/03 |
|---|---|

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

| FOR OFFICIAL USE ONLY |
|---|
| 58644 |
| GRIEVANCE NUMBER |

ONE OF TWO
**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Mr. Barr | Albion | 08/04/03 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE OF INMATE: |
|---|---|
| Leonard C. Jefferson, CI-1135 | *Leonard C. Jefferson* |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| CLC | F/L-50 |

**INSTRUCTIONS:**
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.   State your grievance in Block A in a brief and understandable manner.
3.   List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

**A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.**

At my Yearly Review, on 07/11/03, I was informed that my Custody Level had been raised from Level 2 to Level 3; and that this change in my Level would cause me to be removed from A/A (Honor Status). On 07/16/03 I was transferred from A/A to F/B, a Level 3 Housing Unit. ¶ In response to my 07/12/03 DC-135A, Ms. McKissock informed me that the factors which affected my level included: "a misconduct record, the fact that you do not have a job and the issue of your refusal to complete any programming." ¶ In light of the fact that the misconducts which I received on 02/12/02 were not treated as factors which required my level to be raised at my Yearly Review on 07/24/02 it appears that a double standard is being applied in this situation wherein: (1) the 02/12/02 misconducts are now cited as factors which allegedly required my level to be raised at my Yearly review on 07/11/03, (2) my present unemployment is the result of retaliatory/discriminatory actions by staff who routinely assign new jobs immediately to inmates whom they staff out of a job, but failed to provide a new job for me after staffing me out of my job on 11/13/02, and (3) notwithstanding my explanations to my Unit Counselors, that I was refusing to participate in DOC programs because said programs are based upon, and teach, values and principles which oppose the values and principles of my religion; Islam, the DOC is in violation of state and federal constitutional prohibitions against the establishment of a state-sponsored religion when the DOC cites my refusal to participate in programming -- which is offensive to my religion -- as its justification for taking the punitive step of raising my Custody Level.

**B. List actions taken and staff you have contacted, before submitting this grievance.**

I sent a DC-135A to Dept. Kormanic, on 07/20/03, asking that the decisions to raise my Custody Level and move me from the Honor Block be reviewed and reversed. Dept. Kormanic denied this request on 07/24/03 as is evident from the attached DC-135A.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy
Revised
December 2000

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

*596-04*

GRIEVANCE NUMBER

TWO OF TWO

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Mr. Barr | Albion | 08/04/0? |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: | |
| Leonard C. Jefferson, CL-4135 | *Leonard C. Jefferson* | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| GLP | P/I - 60 | |

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.**

I respectfully assert that -- the staff's failure to cite/state any legitimate or constitutionally acceptable reasons to require and/or to justify its decisions to: (1) raise my Custody Level from Level 2 to Level 3, and (2) for removing me from A/A (the Honor Block) -- requires that my Custody Level be returned to Level 2, that I be returned to housing on A/A (the Honor Block), and that staff refrain from attempting to take punitive actions against me for my constitutionally protected refusal to participate in DOC programs which are neither based upon nor teach Islamic value and principles (exclusively).

**B. List actions taken and staff you have contacted, before submitting this grievance.**

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised

'DC-ADM '804, Inmate Grievance System                                    Attachment B

DC-804                              COMMONWEALTH OF PENNSYLVANIA
Part 2                                DEPARTMENT OF CORRECTIONS
                                            P.O. BOX 598
                                       CAMP HILL, PA  17001

OFFICIAL INMATE GRIEVANCE                                GRIEVANCE NO.  ALB-58644
INITIAL REVIEW RESPONSE

| TO: (Inmate Name & DC No.) | FACILITY | HOUSING LOCATION | GRIEVANCE DATE |
|---|---|---|---|
| JEFFERSON, Leonard  CL-4135 | SCI-ALBION | F/B 60 | 08/05/03 |

The following is a summary of my findings regarding your grievance:

Bottom line, all inmates who are housed on AA will be required to comply with their recommended programming or risk loss of honor housing.  Your refusal to participate in programs is the reason you were moved off the honor unit.  You would have been moved even if you were a Custody Level 2, which you are not at this time.

Resolved _____
                    Inmate's Signature

Unresolved *Leonard C. Jefferson*
                    Inmate's Signature

cc:  DC-14
      Mr. Barr
      DC-15
      Unit Manager
      Inmate (original)

| Print Name and Title of Grievance Officer | SIGNATURE OF GRIEVANCE OFFICER | DATE |
|---|---|---|
|  |  | 08/06/03 |
| Timothy Hametz, F-Unit Manager | Timothy Hametz, F-Unit Manager |  |

SUMMARY JUDGMENT ATTACHMENT

SCI ALBION

**APPEAL TO SUPERINTENDENT**

# GRIEVANCE

| DC # | NAME | HOUSING UNIT | DATE SENT | GRIEVANCE # |
|------|------|--------------|-----------|-------------|
| CL-4155 | LEONARD C. JEFFERSON | F/B | Aug. 15, 2003 | ALB-58644 |

**I received my initial response from the Grievance Officer/Coordinator on** Aug. 11, 2003 ,
**and have the following appeal issues.**

### Refer to DC ADM 804 grievance appeal procedures for complete instructions.
### _Please provide a BRIEF appeal statement._

I RESPECTFULLY ASK YOU TO REVIEW THE ISSUES WHICH ARE PRESENTED ON DC-804, PART
1 OF THIS GRIEVANCE.

WHILE THE ISSUES PRESENTED ON PART 1 INCLUDE: (1) THE USE OF A DOUBLE STANDARD
WHICH CAUSED MY UNEMPLOYMENT, (2) THE DOC's VIOLATION OF STATE AND FEDERAL
CONSTITUTIONAL PROHIBITIONS AGAINST A STATE ESTABLISHED RELIGION AS THIS RELATES
TO THE DOC IMPOSING PUNITIVE MEASURES UPON ME FOR MY REFUSAL TO PARTICIPATE IN
DOC PROGRAMS WHICH ARE OFFENSIVE TO MY RELIGION, (3) THE EFFECT AND TREATMENT
OF THE 02/12/02 MISCONDUCT AT MY 07/29/02 YEARLY REVIEW VIS-A-VIS THE EFFECT
AND TREATMENT OF THE 02/12/02 MISCONDUCT AT MY 07/11/03 YEARLY REVIEW, (4)
THE RAISING OF MY CUSTODY LEVEL FROM LEVEL TWO TO LEVEL THREE, AND (5) MY
TRANSFER FROM A/A, A LEVEL TWO (HONOR BLOCK) HOUSING UNIT, TO F/B, A LEVEL
THREE HOUSING UNIT; PLEASE NOTE THAT THE FINDINGS STATED ON PART 2 FAIL TO
ADDRESS: THE USE OF A DOUBLE STANDARD, THE DOC's VIOLATION OF THE STATE AND
FEDERAL PROHIBITIONS AGAINST THE ESTABLISHMENT OF A STATE RELIGION, THE
02/12/02 MISCONDUCT'S TREATMENT AND EFFECTS AT MY YEARLY REVIEWS IN 2002 AND
2003, AND THE RAISING OF MY CUSTODY LEVEL.

THE STATEMENT ON PART 2 THAT READS: "BOTTOM LINE, ALL INMATES WHO ARE HOUSED
ON A/A WILL BE REQUIRED TO COMPLY WITH THEIR RECOMMENDED PROGRAMMING OR
RISK LOSS OF HONOR HOUSING. YOUR REFUSAL TO PARTICIPATE IN PROGRAMS IS THE REASON
YOU WERE MOVED OFF THE HONOR UNIT." CLEARLY DEMONSTRATES THE OPERATION OF A
DOUBLE STANDARD IN THIS SITUATION WHEREIN I WAS REMOVED FROM THE HONOR BLOCK DUE
TO THE FACT THAT I ASSERTED MY CONSTITUTIONAL RIGHT TO REFUSE TO PARTICIPATE IN
DOC PROGRAMS WHICH TEACH VALUES AND PRINCIPLES WHICH ARE OFFENSIVE TO (AND
OPPOSE) THE VALUES AND PRINCIPLES OF MY RELIGION; ISLAM.

IN LIGHT OF THE FOREGOING, I RESPECTFULLY ASK THAT YOU TAKE THE APPROPRIATE STEPS
TO: (1) RETURN MY CUSTODY LEVEL TO LEVEL TWO, (2) TRANSFER ME FROM F/B TO A/A
(OR TO ANOTHER LEVEL TWO HOUSING UNIT) AND (3) PROHIBIT STAFF FROM TAKING, AND FROM
ATTEMPTING TO TAKE, PUNITIVE ACTIONS/MEASURES AGAINST ME FOR EXERCISING MY
CONSTITUTIONAL RIGHTS.

**INMATE SIGNATURE:** _Leonard C. Jefferson_

**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**State Correctional Institution at Albion**
(814) 756-5778
August 19, 2003

**SUBJECT:**    **APPEAL TO SUPERINTENDENT**
**GRIEVANCE # 58644**

**TO:**    Leonard Jefferson
CL-4135
F/B

**FROM:**    William J. Wolfe
Superintendent

I have reviewed the original grievance, the Grievance Officer's response, and your appeal to this office.

You have provided no additional evidence to support your claims, and it appears to me that your grievance has been dealt with appropriately by staff.

Program participation is a factor considered in institutional adjustment.

After thorough review and evaluation, I must sustain the Grievance Officer's decision.

WJW/alt

cc:    Major Colvin
Superintendent's Assistant
Mr. Hametz
DC-15
File

"Our mission is to protect the public by confining persons committed to our custody in safe, secure facilities, and to provide opportunities for inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims"

13

Leonard C. Jefferson, CL-4135
SCI-Albion
10745 Rt. 18
Albion, PA 16475-0002
August 24, 2003

Chief, Secretary's Office of Grievances and Appeals
Department of Corrections
2520 Lisburn Road
Camp Hill, PA 17001-0598

RE: INMATE GRIEVANCE NO. 58644/APPEAL TO SECRETARY'S OFFICE

I respectfully request that you consider the following religious and secular
law in your review of the attached documentation:

First, I am one who believes: that there is no god other than Allah, that none
has a right to be worshipped or obeyed other than Allah, and that Muhammad (to
whom the Qur'an was revealed) is the Messenger of Allah. I am a Muslim. The
following verses from the Holy Qur'an (religious law) clearly state some of
the prohibitions which preclude Muslims from participating in
non-Islamic-based D.O.C. programs:

> And We set you (Muslims) on a clear road of (Our) Commandments
> (i.e., the Qur'an): so follow it, AND DO NOT FOLLOW THE DESIRES OF
> THOSE WHO DO NOT KNOW. 45:18

> Say: I am forbidden to worship those on whom you call instead of
> Allah. Say: I will not follow your desires for (if I follow your
> desires) I would go astray and would not be of the rightly
> guided. Say: I AM (following and relying) UPON CLEAR PROOF FROM MY
> LORD, WHILE YOU DENY HIM... 6:56-57

Second, Article One, Section Three of Pennsylvania's Constitution (secular
law) states:

> Religious freedom
>    All men have a natural and indefeasible right to worship
> Almighty God according to the dictates of their own conscience;
> NO MAN CAN OF RIGHT BE COMPELLED TO ATTEND, ERECT OR SUPPORT ANY
> PLACE OF WORSHIP, OR TO MAINTAIN ANY MINISTRY AGAINST HIS
> CONSENT; NO HUMAN AUTHORITY CAN, IN ANY CASE WHATSOEVER,
> CONTROL OR INTERFERE WITH THE RIGHTS OF CONSCIENCE, AND NO
> PREFERENCE SHALL EVER BE GIVEN BY LAW TO ANY RELIGIOUS
> ESTABLISHMENTS OR MODES OF WORSHIP.

14

All members of SCI-Albion's staff who have been involved in the issue stated in my Grievance, and with the Grievance itself, have failed to acknowledge the fact that the State and Federal Constitutions prohibit the D.O.C. from: (1) forcing inmates to participate in programming which offends the inmate's religious beliefs, and (2) from retaliating and/or taking any type of punitive action against inmates who refuse to participate in programs which present values and principles which are offensive to -- and/or outright oppose -- the values and principles of the inmate's religious beliefs. Additionally, Albion's administrators have failed to recognize that their attempts to force inmates to participate in programs (which offend the inmate's religious belief) followed by threats of punitive actions, such as removing the inmate from honor status, in the event that the inmate refuses to participate in the programs, is tantamount to: (1) the State and the D.O.C. establishing a religion, and (2) to the State and the D.O.C. giving preference, BY LAW, to the establishment of a PARTICULAR religion.

I respectfully request that, in light of the foregoing religious and secular law, that you will: (1) recognize and act in accordance with the State and federal Constitutional edicts which prohibit the D.O.C. from (a) attempting to and/or actually forcing inmates to participate in programs which are offensive to the inmate's religious beliefs, and (b) from taking retaliatory/punitive action of any kind against inmates who exercise their constitutional right to refuse to participate in D.O.C. programs/religions, (2) cause Albion's administrators to reduce my custody level from Level 3 to Level 2, (3) cause Albion's administrators to transfer me from this Level 3 Housing Unit to a Level 2 Housing Unit, and (4) prohibit D.O.C. employees from retaliating and/or from taking any punitive action against me in the future when I exercise the Constitutional Rights which have been extended to citizens who happen to be confined in Correctional Institutions.

Respectfully

cc: file

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
2520 LISBIJRN ROAD, P.O. BOX 598
CAMP HILL, PA 17001-0598

THE SECRETARY'S OFFICE OF
INMATE GRIEVANCES AND APPEALS

October 6, 2003

Leonard Jefferson, CL-4135
SCI Albion

                    Re:    DC-ADM 804 – Final Review
                           Grievance No. 58644

Dear Mr. Jefferson:

        This is to acknowledge receipt of your appeal to final review of the above numbered grievance.

        In accordance with the provisions of DC-ADM 804, effective May 1, 2002, I have reviewed the entire record of this grievance; including your initial grievance, the grievance officer's response, your appeal from initial review and the superintendent's response.   I have also carefully reviewed the issues you raise to final review.

        Upon completion of this review, it is the decision of this office to uphold the responses provided by staff at the institutional level.  You were removed from the AA honor housing unit status due to your failure to comply with your prescriptive programming.  Your rationale for your non-participation has no bearing on department policy and the resulting changes in your housing status.  You have not been retaliated against due to your religious beliefs in this matter.

        The responses provided at the institutional level are appropriate and in accordance with Department of Corrections policies and procedures.  Accordingly, your appeal to final review must be denied.

                            Sincerely,

                            Sharon M. Burks
                            Chief Grievance Officer

SMB/kk

cc:     Superintendent Wolfe
        Grievance Office
        Central File

*"Our mission is to protect the public by confining persons committed to our custody in safe secure facilities, and to provide opportunities to inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims."*

SUMMARY JUDGMENT ATTACHMENT                                    16

**DC-48B**

**INMATE PROGRESS REPORT**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

\# CL-4135    Name JEFFERSON, LEONARD    Report Period 04-01-99 TO 06-01-99

Job Title VINYL APPLICATOR    DOT # _____    Pay Class 3    Step D

Assignment C.I. SIGN SHOP    Location BUILDING (29)    Date 05-07-99

Supervisor: Provide overall rating based on the factors most important to the particular job. The overall rating is NOT simply an average of ratings on specific factors.

Definition of Ratings

EXCELLENT — consistently exceeds acceptable standards.
VERY GOOD — meets and frequently exceeds acceptable standards.
GOOD — meets and occasionally exceeds acceptable standards.
FAIR — no more than meets and occasionally falls below acceptable standards.
UNSATISFACTORY — below acceptable standards.

| | Excellent | Very Good | Good | Fair | Unsatisfactory |
|---|---|---|---|---|---|
| **JOB PERFORMANCE** | | | | | |
| Quality of Work | X | | | | |
| Quantity of Work | X | | | | |
| Use of Working Time | X | | | | |
| Care of Working Area | X | | | | |
| Handling of Tools and Equipment | X | | | | |
| Use of Materials | X | | | | |
| Progress in Use of Training and Instruction | X | | | | |
| Work Effort in Relation to Potential | X | | | | |
| **ATTITUDE AND RELATIONSHIPS** | | | | | |
| Towards Peers | | X | | | |
| Towards Supervisor | | X | | | |
| Towards Job | X | | | | |
| Towards Constructive Criticism | | X | | | |
| **PERSONAL CHARACTERISTICS** | | | | | |
| Dependability (includes attendance) | X | | | | |
| Initiative | X | | | | |
| Acceptance of Responsibility | X | | | | |
| Personal Appearance | | X | | | |
| Behavior on the Job | X | | | | |
| **SAFETY** | | | | | |
| Observation of Safety Rules | X | | | | |
| Accident Record | X | | | | |
| **OVERALL RATING** | X | | | | |

_____    _____    _Allen S Hunt_    _5-19-99_
Officer's Signature    Date    Supervisor's Signature    Date

SUMMARY JUDGMENT ATTACHMENT

Inmate's _Leonard C Jefferson_    CL-4135    Date 5-19-99    17

DC-48B

PLEASE RETURN TO M. SNIDER(AB)
WHEN COMPLETED
**INMATE PROGRESS REPORT**

**COMMONWEALTH OF PENNSYLVANIA**
DEPARTMENT OF CORRECTIONS

# _CL4135_    Name _LEONARD JEFFERSON_ _____ Report Period _____

Job Title _CLERK_ _____ DOT # _____ Pay Class _____ Step _____

Assignment _BLK McQuOWN_    Location _CHAPEL_ _____ Date _____

Supervisor: Provide overall rating based on the factors most important to the particular job. The overall rating is NOT simply an average of ratings on specific factors.

### Definition of Ratings

EXCELLENT — consistently exceeds acceptable standards.
VERY GOOD — meets and frequently exceeds acceptable standards.
GOOD — meets and occasionally exceeds acceptable standards.
FAIR — no more than meets and occasionally falls below acceptable standards.
UNSATISFACTORY — below acceptable standards.

| | Excellent | Very Good | Good | Fair | Unsatisfactory |
|---|---|---|---|---|---|
| **JOB PERFORMANCE** | | | | | |
| Quality of Work | ✓ | | | | |
| Quantity of Work | | ✓ | | | |
| Use of Working Time | ✓ | | | | |
| Care of Working Area | ✓ | | | | |
| Handling of Tools and Equipment | | ✓ | | | |
| Use of Materials | | ✓ | | | |
| Progress in Use of Training and Instruction | | ✓ | | | |
| Work Effort in Relation to Potential | ✓ | | | | |
| **ATTITUDE AND RELATIONSHIPS** | | | | | |
| Towards Peers | | ✓ | | | |
| Towards Supervisor | ✓ | | | | |
| Towards Job | ✓ | | | | |
| Towards Constructive Criticism | ✓ | | | | |
| **PERSONAL CHARACTERISTICS** | | | | | |
| Dependability (includes attendance) | ✓ | | | | |
| Initiative | | ✓ | | | |
| Acceptance of Responsibility | ✓ | | | | |
| Personal Appearance | ✓ | | | | |
| Behavior on the Job | ✓ | | | | |
| **SAFETY** | | | | | |
| Observation of Safety Rules | ✓ | | | | |
| Accident Record | | ✓ | | | |
| **OVERALL RATING** | | ✓ | | | |

| Officer's Signature | Date | _SMS_  Supervisor's Signature | _6-11-01_  Date |
|---|---|---|---|

SUMMARY JUDGMENT ATTACHMENT

Inmate's Signature _Leonard C Jefferson_    # _CL 4135_    Date _6/11/01_    19

USING PERFORMANCE REPORT

| Inmate Name | LEONARD JEFFERSON | | DC Number | CC 4135 |
|---|---|---|---|---|
| Housing Assignment | A/A | | Date | 6/7/01 |
| Reason for Review | Annual Review | | | |

Please rate the inmate on each of the following behaviors by checking the appropriate rating.

| FACTOR | Most of time (above avg.) | | Usually (average) | | Sometimes (below avg.) | | Seldom (poor) | |
|---|---|---|---|---|---|---|---|---|
| | AM | PM | AM | PM | AM | PM | AM | PM |
| Relates well with, and is courteous to other inmates | | | ✓ | ✓ | | | | |
| Cooperative and courteous to staff | | | ✓ | | | | | |
| Prompt for all line movements | | | ✓ | ✓ | | | | |
| Obeys written and verbal orders | | | ✓ | ✓ | | | | |
| Proceeds directly to and from cell/bunk without loitering | | ✓ | ✓ | | | | | |
| Refrains from loud behavior in housing unit | | ✓ | ✓ | | | | | |
| Gets up on time | | ✓ | ✓ | | | | | |
| Maintains good personal hygiene and properly maintains all state-issued property | | ✓ | ✓ | | | | | |
| Follows inmate dress code | | | ✓ | ✓ | | | | |

Comparative Rating (Check One)

Compared to other inmates within the same housing unit, this inmate behaves:
( ) Better
(✓) The Same
( ) Worse

Leisure Time:    (Check all descriptions that fit this inmate's use of leisure time.)
✓ Spends time alone in cell.
  Engages in disruptive activities.
( ) Other - Specify:

(✓) Socializes with others.
( ) Participates in officially sanctioned activities (e.g.: team sports).

SUMMARY JUDGMENT ATTACHMENT

19

Special Areas (Circle the number which is most appropriate, where 5=always, 4=usually, 3=sometimes, 2=seldom, and 1=never):

| | | | | | |
|---|---|---|---|---|---|
| Uses non-abusive language to others: | (5) | 4 | 3 | 2 | 1 |
| Follows telephone rules: | 5 | (4) | 3 | 2 | 1 |
| Is assertive w/o dominating others: | 5 | (4) | 3 | 2 | 1 |
| Resolves anger appropriately: | 5 | (4) | 3 | 2 | 1 |
| Is receptive to criticism: | 5 | (4) | 3 | 2 | 1 |
| Is considerate of others' needs: | 5 | (4) | 3 | 2 | 1 |
| Maintains cheerful mood: | 5 | (4) | 3 | 2 | 1 |

Overall Rating (Check one):     ( ) Above avg.    (✓) Avg.    ( ) Below avg.
                                 ( ) Poor

Comments:   Please provide any comments you have about the inmate, in regard to positive, significantly improved, or negative behavior.  Also consider what kind of programming might benefit the inmate to address these concerns. Specific recommendations, regarding associated staffing reasons (e.g.: pre-release or trustee status) are also encouraged.  Comments from many unit staff may be included.

*PM: Inmate Jefferson is very quiet on the unit. Interacts with a few inmates. Only recently has he finally started to interact with this officer.*

*AM:  NO PROBLEM ON UNIT.*

Kindle CO1                    6-9-01
. Housing Officer Signature    Date

CO1 A. Graham                 6/8/01
  Housing Officer Signature    Date

_____             6/11/01
selor Signature               Date

P McKusick                   6/11/01
. Manager Signature            Date

nstructions:  The Housing Performance Report shall be completed at the time of each
classification action via PACT (at least once per year).  It is not intended to replace
members cards.  Input from at least two different C.O. shifts is mandatory, and the
ratings should be the product of consensus of housing unit staff members.  The
Counselor shall be responsible for reviewing housing performance with the subject
inmate, as well as seeing that a copy of this form is attached to related PACT
materials in casework and records files.  The UNIT Manager is responsible for the
Overall Rating.

14

HOUSING PERFORMANCE REPORT

| Inmate Name | LEONARD JEFFERSON | DC Number | CW135 |
|---|---|---|---|
| Housing Assignment | A/A | Date | 6/15/02 |
| Reason for Review | Annual Review | | |

Please rate the inmate on each of the following behaviors by checking the appropriate rating.

| FACTOR | Most of time (above avg.) | | Usually (average) | | Sometimes (below avg.) | | Seldom (poor) | |
|---|---|---|---|---|---|---|---|---|
| | AM | PM | AM | PM | AM | PM | AM | PM |
| Relates well with, and is courteous to, other inmates | ✓ | ✓ | | | | | | |
| Cooperative and courteous to staff | ✓ | ✓ | | | | | | |
| Prompt for all line movements | ✓ | ✓ | | | | | | |
| Obeys written and verbal orders | ✓ | ✓ | | | | | | |
| Proceeds directly to and from cell/bunk without loitering | ✓ | ✓ | | | | | | |
| Refrains from loud behavior in housing unit | ✓ | ✓ | | | | | | |
| Gets up on time | ✓ | ✓ | | | | | | |
| Maintains good personal hygiene and properly maintains all state-issued property | ✓ | ✓ | | | | | | |
| Follows inmate dress code | ✓ | ✓ | | | | | | |

Comparative Rating (Check One)

Compared to other inmates within the same housing unit, this inmate behaves:
( )    Better
(✓)    The Same
( )    Worse

Leisure Time:     (Check all descriptions that fit this inmate's use of leisure time.)
( )    Spends time alone in cell.     (✓) Socializes with others.
( )    Engages in disruptive activities.     (✓) Participates in officially sanctioned activities (e.g.: team sports).
         ( )    Other – Specify:

SUMMARY JUDGMENT ATTACHMENT        SIDE ONE OF TWO

20

Special Areas (Circle the number which is most appropriate, where 5=always,
4=usually, 3=sometimes, 2=seldom, and 1=never):

Uses non-abusive language to others:    ⑤    4    3    2    1
Follows telephone rules:                5    ④    3    2    1
Is assertive w/o dominating others:     5    4    ③    2    1
Resolves anger appropriately:           5    ④    3    2    1
Is receptive to criticism:              5    ④    3    2    1
Is considerate of others' needs:        5    ④    3    2    1
Maintains cheerful mood:                5    ④    3    2    1

Overall Rating (Check one):    ( ) Above avg.    (✓) Avg.    ( ) Below avg.
                               ( ) Poor

Comments:    Please provide any comments you have about the inmate, in regard
to positive, significantly improved, or negative behavior.  Also consider
what kind of programming might benefit the inmate to address these concerns.
Specific recommendations, regarding associated staffing reasons (e.g.: pre-release or
trustee status) are also encouraged.  Comments from many unit staff may be included.

*Couldn't ask for a more well behaved individual*

*Pm. Quiet No Problem*

_A.F. Nageotte CRI_        _6-15-02_
A.M. Housing Officer Signature    Date

_Y. R____ Co1_            _6/18/02_
P.M. Housing Officer Signature    Date

_____      _6/19/02_
Counselor Signature        Date

_PMCK_____        _6/20/02_
Unit Manager Signature     Date

Instructions:  The Housing Performance Report shall be completed at the time of each
classification action via PACT (at least once per year).  It is not intended to replace
quarters cards.  Input from at least two different C.O. shifts is mandatory, and the
ratings should be the product of consensus of housing unit staff members.  The
Counselor shall be responsible for reviewing housing performance with the subject
inmate, as well as seeing that a copy of this form is attached to related PACT
materials in casework and records files.  The UNIT Manager is responsible for the
Overall Rating.

*"T" TWO OF TWO*

20

**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**State Correctional Institution at Albion**
(814) 756-5778
July 22, 2002

SUBJECT:  INMATE PEER LEADERS

TO:      William J. Wolfe
         Superintendent

FROM:    V. L. Kormanic
         Deputy Superintendent
         Centralized Services

The following inmates are recommended to be peer leaders to assist in facilitating Islamic Classes.  Imam Abdalla will be physically present coordinating and supervising these classes.

| PEER LEADERS ISLAMIC CLASSES | | |
|---|---|---|
| L. Jefferson | CL-4135 | A/A |
| C. Swinton | EM-6492 | B/A |
| E. Small | AM-9183 | A/A |
| C. Lansdowne | CY-2792 | B/B |
| H. Matthews | EB-5143 | F/A |

VLK/bjb

cc:   C.C.P.M.
      F.C.P.D.
      Imam Elhafiz Abdalla
      file

Approved: _W. J. Wolfe_

Not Approved: _____

Date: _7-26-02_

"Our mission is to protect the public by confining persons committed to our custody in safe, secure facilities, and to provide opportunities for inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims"

21

## HOUSING PERFORMANCE REPORT

DC#: _CL4135_    Inmate Name: _Jefferson, Leonard_ Date: _6/25/05_

Housing Assignment: _AB AA_    Reason for Review: **ANNUAL REVIEW**

Housing Officers from two shifts shall rate the inmate on each of the following behaviors by checking the appropriate rating.

| FACTOR | Most of Time (Above Average) | | | Usually (Average) | | | Sometimes (Below Average) | | | Seldom (Poor) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6-2 | 2-10 | Other | 6-2 | 2-10 | Other | 6-2 | 2-10 | Other | 6-2 | 2-10 | Other |
| Relates well with, and is courteous to, other inmates. | | X | | X | | | | | | | | |
| Cooperative and courteous to staff | X | X | | | | | | | | | | |
| Prompt for all line movements and events* | X | X | | | | | | | | | | |
| Obeys written and verbal orders | X | X | | | | | | | | | | |
| Proceeds directly to and from cell without loitering | X | X | | | | | | | | | | |
| Refrains from loud behavior in housing unit | X | X | | | | | | | | | | |
| Gets up on time* | X | X | | | | | | | | | | |
| Maintains good personal hygiene and clean living area, and properly maintains all State property. | X | X | | | | | | | | | | |
| Follows inmate dress code | X | X | | | | | | | | | | |

*Omit if in RHU status.

Compared to other inmates in the same housing unit, this inmate behaves:

| | Better | Same | Worse | Signature and Date |
|---|---|---|---|---|
| 6-2 | X | | | J. Ryan 7-4-03 |
| 2-10 | X | | | E.R.Gibson 7-3-03 |
| Other | | | | |

Unit Manager's Overall Rating:

( ✓ ) Above Average    ( ) Average

( ) Below Average    ( ) Poor

_P. McKy_ —— 7/8/0

Unit Manager's Signature and Date

Comments:

SUMMARY JUDGMENT ATTACHMENT

*11.2.1, Reception and Classification Procedures Manual*
*Section 3 - Pennsylvania Additive Classification Tool (PACT)*    *Attachment 3-G*    22

## Sūrah 4: Al-Nisā'   220

Hope from Allah, while they620
Have none. And Allah
Is full of knowledge and wisdom.

C. 66. — Beware of treachery, that would use
(4:105-126.)   The good and pious for its wicked
   Ends: its plans will but recoil
   On its own head. The righteous
   Have no cause for secrecy, except
   In doing good. 'Tis evil that
   Misleads, deceives, and even dares
   Deface fair Nature, as by Allah
   Created. Shun all evil, and be firm
   In righteousness and faith in Allah.

### Section 16.

105. We have sent down
   To thee the Book in truth,
   That thou mightest judge
   Between men, as guided
   By Allah: so be not (used)
   As an advocate by those
   Who betray their trust;621

106. But seek the forgiveness
   Of Allah; for Allah is
   Oft-Forgiving, Most Merciful.

107. Contend not on behalf
   Of such as betray

621. The Commentators explain this passage with reference to the case of Tā'imah ibn Ubayraq, who was nominally a Muslim but really a hypocrite, and given to all sorts of wicked deeds. He was suspected of having stolen a set of armour, and when the trail was hot, he planted the stolen property in the house of a Jew, where it was found. The Jew denied the charge and accused Tā'imah, but the sympathies of the Muslim community were with Tā'imah on account of his nominal profession of Islam. The case was brought to the Prophet, who acquired the Jew according to the strict principle of justice, as "guided by Allah". Attempts were made to prejudice him and deceive him into using his authority to favour Tā'imah. When Tā'imah realized that his punishment was imminent he fled and turned apostate. (R).

620. Religion should be a source of strength and not of weakness in all our affairs. If we have to struggle hard and suffer hardships, those without faith have to do the same, with this difference, that the man of Faith is full of hope in Allah, whereas the man without faith has nothing to sustain him.

## Sūrah 4: Al-Nisā'   221

108. They may hide
   (Their crimes)622 from men,
   But they cannot hide
   (Then) from Allah, seeing that
   He is with them
   When they plot by night,
   In words that He cannot
   Approve; and Allah
   Doth compass round623
   All that they do.

109. Ah! these are the sort
   Of men on whose behalf
   Ye may contend in this world;
   But who will contend with Allah
   On their behalf on the Day
   Of Judgement, or who
   Will carry their affairs through?

110. If anyone does evil
   Or wrongs his own soul
   But afterwards seeks
   Allah's forgiveness, he will find
   Allah Oft-Forgiving,
   Most Merciful.

III. And if any one earns624

622. Our souls are a sort of trust with us. We have to guard them against all temptation. Those who surrender to crime or evil, betray that trust. We are warned against being deceived into taking their part, induced either by plausible appearances, or by such incentives to partiality as that they belong to our own people or that some link connects them with us; whereas when we are out or to do justice, we must not allow any irrelevant considerations to sway us.

623. The plots of sinners are known fully to Allah, and He can fully circumvent them if necessary, according to the fullness of His wisdom. The words used are: Compass them round: muhīt: not only does Allah know all about it, but He is all round it: if in His wisdom He allows it, it is not because He has not complete control over it, but because, having it as it were enclosed in a complete circle, He can use it to further His own Plan. Even the out of evil He can bring good.

624. Kasaba = to earn, to gain, to work for something valuable, to lay up a provision for the future life. We do a day's labour to earn our livelihood: so in a spiritual sense, whatever good or evil we do in this life, earns us good or evil in the life to come. In verses 110-112 three cases are considered: (1) if we do ill, and repent, Allah will forgive; (2) if we do ill and do not repent, thinking that we can hide it, we cannot, for everything is hidden from Allah, and we shall suffer the full consequences in the life to come, for we can never evade our personal responsibility; (3) if we do ill, great or small, and impute it to another, our original responsibility for the ill remains, but we add to it something else: for we tie round our necks the guilt of falsehood, which converts even our minor fault into a great sin, and in any case brands us even in this life with shame and ignominy.

Sūrah 4: *Al Nisā'*

189

Adjusted, and all life lived
In faith, charity, and kindness sincere
To all our fellow-creatures.

### SECTION 3.

15. If any of your women
Are guilty of lewdness,[523]
Take the evidence of four[524]
(Reliable) witnesses from
amongst you
Against them; and if they
testify,
Confine them to houses until
Death do claim them,
Or Allah ordain for them
Some (other) way;[525]

16. If two men among you
Are guilty of lewdness,
Punish them both.
If they repent and amend,
Leave them alone; for Allah
Is Oft-Returning, Most
Merciful.

17. Allah accepts the repentance
Of those who do evil
In ignorance and repent
Soon afterwards; to them
Will Allah turn in mercy:
For Allah is full of knowledge
And wisdom.

18. Of no effect is the repentance

523. Most commentators understand this to refer to adultery or fornication, in that case they consider that the punishment was altered to 100 stripes by the later verse, 24:2. But I think it refers to unnatural crime between women, analogous to unnatural crime between men in 4:16 below, because (1) no punishment is specified here for the man, as would be the case where a man was involved in the crime; (2) the word, *al fāhishah*, *al zinā*, is used for the parties to the crime; (3) the punishment is indefinite; see the next note but one.

524. To protect the honour of women, stricter evidence is required, *i.e.*, the evidence of four instead of the usual two witnesses. It is the same for adultery (see 24:4.)

525. Keep them in prison until some definite order is received. Those who take the crime to be adultery or fornication construe this definite order ("some other way") to mean some definite pronouncement by the Prophet under inspiration; this was the punishment of flogging under 24:2, for fornication, and stoning to death under the Prophet's directives for adultery. If we understand the crime to be unnatural crime, we might presume, in the absence of any definite order ("some other way") that the punishment would be similar to that for men in the next verse. The Prophet's Sunnah has prescribed capital punishment although the exact method is left undetermined. (R).

---

190

Sūrah 4: *Al Nisā'*

Of those who continue[526]
To do evil, until Death
Faces one of them, and he says,
"Now have I repented indeed;"
Nor of those who die
Rejecting Faith; for them
Have we prepared
A punishment most grievous.

19. O ye who believe!
Ye are forbidden to inherit
Women against their will;[527]
Nor should ye treat them
With harshness, that ye may
Take away part of the dower[528]
Ye have given them,—except
Where they have been guilty
Of open lewdness;
On the contrary live with them
On a footing of kindness and
equity.
If ye take a dislike to them
It may be that ye dislike
A thing, and Allah brings about
Through it a great deal of good.

20. But if ye decide to take
One wife in place of another,
Even if ye had given the latter
A whole treasure[528] for dower,
Take not the least bit of it back:
Would ye take it by slander
And a manifest wrong?

21. And how could ye take it
When ye have gone in
Unto each other, and they have
Taken from you a solemn
covenant?

526. Note the fine touch. A sin may be fashionable, and people may be together without compunction when one of them is faced with Death, he repents, but that sort of repentance is no good.

527. Among many nations, including Arabs in the Days of Ignorance, a stepson or brother took possession of a dead man's widow or widows, along with his goods and chattels. This shameful custom is forbidden. See also 4:22 below.

528. Another trick, to detract from the freedom of married women was to treat them badly and force them to sue for a *Khul'* divorce (see 2:229, n. 258) or its equivalent in pre-Islamic custom, when the dower could be claimed back. This is also forbidden. Or the harshness may be exercised by those who have control of her, from re-marrying unless she remits her dower. All kinds of harshness are forbidden.

529. *Treasure: Qintār* = a talent of gold: see 3:14, first note.

159. As for those who divide[985]
Their religion and break up
Into sects, thou hast
No part in them in the least:
Their affair is with Allah:
He will in the end
Tell them the truth
Of all that they did.

160. He that doeth good
Shall have ten times
As much to his credit:
He that doeth evil
Shall only be recompensed
According to his evil:[986]
No wrong shall be done
Unto (any of) them.

161. Say: "Verily, my Lord
Hath guided me to
A Way that is straight—
A religion of right—
The Path (trod) by Abraham
The true in faith,
And he (certainly)
Joined not gods with Allah."

162. Say: "Truly, my prayer
And my service of sacrifice,
My life and my death,
Are (all) for Allah,
The Cherisher of the Worlds;

984. The waiting in the two cases is in quite different senses: the foolish man without faith is waiting for things which will not happen, and is surprised by the real things which do happen; the righteous man of faith is waiting for the fruits of righteousness, of which he has an assured hope; in a higher state of spiritual elevation, and even the fruits have no personal meaning to him, for Allah is in tune (All-in-All).

985. *Divide their religion,* (*farraqū*) *i.e.* (1) make a distinction between one part of it and another, take the part which suits them and reject the rest; or (2) have religion one day of the week and the world the rest of the six days; or (3) keep "religion in its right place," as if it did not claim to govern the whole life: make a sharp distinction between the secular and the religious, or (4) show a sectarian bias, seek differences in views, so as to break up the unity of Islam.

986. Allah is just as well as generous. To the good, the reward is multiplied ten times (*i.e.*, far above merits) on account of His generosity. To the evil, the punishment is no more than commensurate with their sin, and even so the door of mercy is always open to those who sincerely repent and show it by their conduct.

163. No partner hath He:
This am I commanded,
And I am the first
Of those who bow
To His Will.

164. Say: "Shall I seek
For (my) Cherisher
Other than Allah,
When He is the Cherisher
Of all things (that exist)?
Every soul draws the meed
Of its acts on none[987]
But itself: no bearer
Of burdens can bear
The burden of another.
Your goal in the end
Is towards Allah: He will tell
You the truth of the things
Wherein ye disputed."

165. It is He Who hath made
You (His) agents, inheritors[988]
Of the earth: He hath raised
You in ranks, some above
Others: that He may try you
In the gifts He hath given you:
For thy Lord is quick
In punishment: yet He
Is indeed Oft-Forgiving,
Most Merciful.

987. The doctrine of personal responsibility again. We are fully responsible for our acts ourselves, we cannot transfer the consequences to someone else. Nor can anyone vicariously atone for us. If people have honest doubts or differences about important questions of religion, they should not start futile disputes. All will be clear in the end. Our duty here is to maintain unity and discipline, and do the duty that comes to us.

988. *Cf.* 2:30 and *ii.*, where I have translated "Khalīfah" as "Vicegerent," it being Allah's Plan to make Adam (as representing mankind) His vicegerent on earth. In C. 1, I have construed the same word by the word "Agent." Another idea implied in "Khalīfah" is that of "successor, heir, or inheritor," *i.e.*, one who has the ultimate ownership after the present possessors, to whom a life tenancy has been given by the owner, have passed away, in 15:23 occurs the striking word, "heirs" (*wārithūn*), applied to Allah: "We give life and death, and We are the Heirs (or Inheritors)." The same idea occurs in 3:180, where see n. 485. The translation here attempts to express both the ideas which I understand from the original.

Sūrah 4: *Al Nisā'*    202

Behold, they give not a farthing[575]
To their fellow-men!

54. Or do they envy mankind
For what Allah hath given them
Of His bounty? But We
Had already given the people
Of Abraham the Book
And Wisdom, and conferred
Upon them a great kingdom.[576]

55. Some of them believed,
And some of them averted
Their faces from him; and enough
Is Hell for a burning fire.[577]

56. Those who reject
Our Signs, We shall soon
Cast into the Fire;
As often as their skins
Are roasted through,
We shall change them
For fresh skins,
That they may taste
The Penalty: for Allah
Is Exalted in Power, Wise.

57. But those who believe
And do deeds of righteousness,
We shall soon admit to Gardens,
With rivers flowing beneath—
Their eternal home;
Therein shall they have
Companions pure and holy:[578]
We shall admit them
To shades, cool and ever
deepening.[579]

575. The word I have translated *farthing* is *naqīr*: the groove in a date stone, a thing of no value whatever. Close-fistedness and envy are among the worst forms of selfishness, and appear specially incongruous in people of power, authority, or influence, from whom is expected generosity in giving and generosity in seeing other people's prosperity or happiness.

576. Such as the kingdoms of David and Solomon, for they had international fame.

577. Envy is like the eternal fire, which is in itself a hell.

578. *Cf.* 2:25 and n. 44.

• 579. The Garden is contrasted with the Fire: the shade is contrasted with the roasting. Evil grows with what it feeds on. So goodness and felicity grow with their practice. The good may be alone to start with, but (unlike evil ones) they get Holy Companions. Just as agony increases with what it suffers (typified by fresh skin growing as the old ones burn out), so felicity finds deeper and deeper meaning (typified by the shades in a garden, which grow deeper and cooler as you proceed into the interior).

Sūrah 4: *Al Nisā'*    203

58. Allah doth command you
To render back your Trusts
To those to whom they are due;
And when ye judge
Between man and man,
That ye judge with justice:
Verily how excellent
Is the teaching which He giveth
you!
For Allah is He Who heareth
And seeth all things.

59. O ye who believe!
Obey Allah, and obey the
Messenger,
And those charged
With authority among you.[580]
If ye differ in anything
Among yourselves, refer it
To Allah and His Messenger,
If ye do believe in Allah
And the Last Day:
That is best, and most suitable
For final determination.

SECTION 9.

60. Hast thou not turned
Thy vision to those[581]
Who declare that they believe
In the revelations
That have come to thee
And to those before thee?
Their (real) wish is
To resort together for judgement
(In their disputes)
To the Evil One,
Though they were ordered
To reject him.
But Satan's wish
Is to lead them astray

580. *Ulī al amr* = those charged with authority or responsibility or decision, or the settlement of affairs. All ultimate authority rests in Allah. Prophets of Allah derive their authority from Him. As Islam makes no sharp division between sacred and secular affairs, it expects ordinary governments to be imbued with righteousness. Likewise Islam expects Muslims to respect the authority of such governments for otherwise there can be no order or discipline. (R)

581. The immediate reference was to the hypocrites (*Munāfiqīn*) of Madinah, but the words are general, and the evil of hypocrisy has to be dealt with in all ages. This type of man is what is called Mr. Facing-both-ways in Bunyan's 'Pilgrim's Progress.' Such men declare that they are always with the Right, but calmly intrigue with evil and injustice, and even make injustice their judge if their personal interests are served in that way.

132.
Yea, unto Allah belong
All things in the heavens
And on earth, and enough
Is Allah to carry through[641]
All affairs.

133.
If it were His Will,
He could destroy you,
O mankind, and create
Another race; for He
Hath power this to do.

[Arabic text]

134.
If anyone desires
A reward in this life,
In Allah's (gift) is the reward
(Both) of this life
And of the Hereafter:[642]
For Allah is He that heareth
And seeth (all things).

[Arabic text]

SECTION 20.

135. ⊕ ye who believe!
Stand out firmly

[Arabic text]

641. Allah's existence is absolute existence. It does not depend on any other person or any other thing. And it is worthy of all praise, for it is all good and comprises every possible excellence. It is necessary to stress this point in order to show that the moral law for man is not a mere matter of transcendental commands, but really rests on the essential needs of mankind itself. If therefore such needs of thought as Behaviourism proved their theories up to the hilt, they do not affect the position of Islam in the least. The highest ethical standards are enjoined by Islam, not as dogmatic imperatives, but because they can be shown to follow from the needs of man's nature and the results of man's experience.

642. This refers to the next verse. He does not need us, but we need Him. Our hopes, our happiness, our success centre in Him; but He is Self-sufficient. He has the power to supersede us, but His goodness is ever seeking to give us every chance in this world as well as in the Hereafter.

643. Man in this life can only see up to the horizon of this life. The highest rewards which his wishes or ambitions can conceive of are conceived in the terms of this life. But Allah can give him not only these but something infinitely higher – the rewards of the Hereafter – which it did not even enter his heart to ask for, or his imagination to conceive.

For justice, as witnesses[644]
To Allah, even as against
Yourselves, or your parents,
Or your kin, and whether
It be (against) rich or poor:[645]
For Allah can best protect both.
Follow not the lusts
(Of your hearts), lest ye
Swerve, and if ye
Distort (justice) or decline
To do justice, verily
Allah is well-acquainted
With all that ye do.

[Arabic text]

136. O ye who believe!
Believe in Allah
And His Messenger,
And the scripture which He
Hath sent to His Messenger
And the scripture which He sent
To those before (him):[646]
Any who denieth Allah,
His angels, His Books,
His Messengers, and the Day
Of Judgement, hath gone
Far, far astray.

[Arabic text]

137. Those who believe,
Then reject Faith,
Then believe (again)
And (again) reject Faith,
And go on increasing

[Arabic text]

644. Justice is Allah's attribute, and to stand firm for justice is to be a witness to Allah, even if it is detrimental to our own interests (as we conceive them) or the interests of those who are near and dear to us. According to the Latin saying, "Let justice be done though heavens should fall." But Islamic justice is something higher than the formal justice of Roman Law or any other human law. It is even more penetrative than the subtler justice in the speculations of the Greek philosophers. It searches out the innermost motives, because we are to act as in the presence of Allah, to whom all things, acts, and motives are known.

645. Some people may be inclined to favour the rich, because they expect something from them. Some people may be inclined to favour the poor because they are generally helpless. Partiality in either case is wrong. Be just, without fear or favour. Both the rich and the poor are under Allah's protection as far as their legitimate interests are concerned, but they cannot expect to be favoured at the expense of others. And He can protect their interests far better than any man.

646. If your belief is by habit or birth or the example of those you love or respect or admire, make that belief more specific and personal to yourself. We must not only have faith, but realise that faith in our inmost being. The chief objects of our Faith are Allah, His Messenger, and His Revelations. To all these we must give a home in our hearts. The angels we do not see and realise as we realise Allah, who is nearer to us than the vehicle of our life-blood, and the Day of Judgement is for our future experience, but we must not deny them, or we cut off a part of our spiritual view.

## INTRODUCTION AND SUMMARY TO SŪRAH 75—AL QIYĀMAH

This Sūrah belongs to the early Makkan period, but comes chronologically a good deal later than the last Sūrahs.

Its subject matter is the Resurrection, viewed from the point of view of Man, especially unregenerate Man, as he is now, and as he will be then—his inner and psychological history.

C. 255.—    Eschew all Evil: for man was not created
(75:1-40.)    Without purpose or without responsibility.
    The Day of Account will come, and his own
    Conscience bears witness that he
    Must walk straight: for he must face
    That Day's Realities. With patience await
    The unfoldment of Allah's view. The faces
    Of the Blest will beam with brightness and beauty.
    For the others, Death will be a terror—
    For duties neglected and sins committed.
    Woe unto man that he thinks not now
    Of Allah's Purpose and the noble Destiny
    For which Allah gave him Life and its Gifts.

1565

## Sūrah 75.

### Al Qiyāmah (The Resurrection)

*In the name of Allah, Most Gracious, Most Merciful.*

1. I do call to witness[5889]
   The Resurrection Day;

2. And I do call to witness
   The self-reproaching spirit:[5890]
   (Eschew Evil).

3. Does man think that We
   Cannot assemble his bones?[5891]

4. Nay, We are able to put
   Together in perfect order
   The very tips of his fingers.[5892]

5. But man wishes to do
   Wrong (even) in the time
   In front of him.[5893]

6. He questions: "When
   Is the Day of Resurrection?"[5894]

7. At length, when
   The Sight is dazed,[5895]

---

5889. *Cf.* 70-40. and n. 5700. Here the point to be enforced is understood. I have added it in brackets. (1) That every act has to be accounted for, and evil must have its recompense at the Resurrection; and (2) that man's own spirit has a conscience which would reproach him of sin, if he did not suppress that inner voice.

5890. Our doctors postulate three states or stages of the development of the human soul: (1) *Ammārah* (12-53), which is prone to evil, and, if not checked and controlled, will lead to perdition; (2) *Lawwāmah*, as here, which feels conscious of evil, and resists it, asks for Allah's grace and pardon after repentance and tries to amend: it hopes to reach salvation; (3) *Mutma'innah* (89-27), the highest stage of all, when it achieves full rest and satisfaction. Our second stage may be compared to Conscience, except that in English usage Conscience is a faculty and not a stage in spiritual development.

5891. The Unbelievers' usual cry is: "What when we are reduced to bones and dust, how can our personality be called to account?" (17-49). The answer is: Allah has said so, and He will do it: for the death here is not the end of all things.

5892. An idiom for the most delicate parts of the body.

5893. It is bad enough not to repent of past sins. But the evildoer who rejects a Day of Reckoning and has no conscience wants to go on in his career of sin and jeopardise his future also.

5894. The question is sceptical or derisive. He does not believe that there is any chain of consequences in the Hereafter. He does not believe in a Hereafter.

5895. At the Hour of Judgement the full light and glory of the Lord will shine, and the effulgence will daze man's eyes. For the world as we knew it will go to pieces and a new World will come into being.

## Sūrah 18: Al Kahf

716

27. And recite (and teach)
What has been revealed
Of thy Lord: none
Can change His Words,²³⁶⁸
And none wilt thou find
As a refuge other than Him.²³⁶⁷

28. And keep thy soul content
With those who call
On their Lord morning
And evening, seeking²³⁶⁹
His Face; and let not
Thine eyes pass beyond them,
Seeking the pomp and glitter
Of this Life; nor obey
Any whose heart We
Have permitted to neglect
The remembrance of Us,
One who follows his own
Desires, whose case has
Gone beyond all bounds.²³⁷⁰

29. Say, "The Truth is
From your Lord":
Let him who will,
Believe, and let him
Who will, reject (it):²³⁷¹

2367. *His Command:* i.e. Allah's government of the world, or in His judgement on the Day of Judgement.

2368. *Cf.* 6:52 and n. 870. The true servants of Allah are those whose hearts are turned to Him morning, noon, and night, and who seek not worldly gain, but Allah's Grace, Allah's own Self, His presence and nearness.

2369. "Face" is the symbol of Personality or Self. Even if they are poor in this world's goods, their society gives far more inward and spiritual satisfaction than worldly grandeur or worldly attraction.

2370. For those who stray from Allah's path, Allah's Grace is ever anxious: it seeks to reclaim them and bring them back to the path. If such a one resists, and follows his own lusts, a point is reached when his case becomes hopeless. Allah's Grace does not then reach him, and he is abandoned to his pride and insolence. Beware of following the example or advice of such a one or seeking his society, or hankering after his worldly ideals.

2371. Our choice in our limited free will involves a corresponding personal responsibility. We are offered the Truth: again and again is pressed on our attention. If we reject it, we must take all the terrible consequences which are prefigured in the Fire of Hell. Its flames and roof will completely enclose us like a tent. Ordinarily there is water to quench the heat of thirst: here the only drink will be like molten brass, thick, heavy, burning, sizzling. Before it reaches the mouth of the unfortunates, drops of it will scald their faces as it is poured out.

---

## Sūrah 18: Al Kahf

717

For the wrongdoers We
Have prepared a Fire
Whose (smoke and flames),
Like the walls and roof
Of a tent, will hem
Them in: if they implore
Relief they will be granted
Water like melted brass,
That will scald their faces.
How dreadful the drink!
How uncomfortable a couch
To recline on!

30. As to those who believe
And work righteousness,
Verily We shall not suffer
To perish the reward
Of any who do
A (single) righteous deed.²³⁷²

31. For them will be Gardens
Of Eternity; beneath them
Rivers will flow; they will
Be adorned therein
With bracelets of gold,
And they will wear
Green garments²³⁷³ of fine silk
And heavy brocade:
They will recline therein
On raised thrones.
How good the recompense!
How beautiful a couch
To recline on!²³⁷⁴

### SECTION 5.

32. Set forth to them
The parable of two men:
For one of them We provided
Two gardens of grapevines

2372. The righteous will be rewarded, as has been said again and again beyond their merits. 28:84; 30:39. Not a single good deed of theirs will lose its reward, and the mercy of Allah will blot out their sins.

2373. Heaven is figured by all the pictures of ease and comfort which we can imagine in our present state: Gardens; perpetual springs of crystal clear water, which we can see as in a landscape from above; the finest and most costly ornaments; the most beautiful clothes to wear; green is the colour mentioned, because it is the most refreshing to the eye, and fits in well with the Garden; the wearer takes the choice of fine silk or heavy brocade; and for rest and comfort, high thrones of dignity on which the blessed ones recline.

2374. This picture is in parallel contrast to the picture of Misery in the last verse.

For justice, as witnesses[644]
To Allah, even as against
Yourselves, or your parents,
Or your kin, and whether
It be (against) rich or poor:[645]
For Allah can best protect both.
Follow not the lusts
(Of your hearts), lest ye
Swerve, and if ye
Distort (justice) or decline
To do justice, verily
Allah is well-acquainted
With all that ye do.

644. Justice is Allah's attribute, and to stand firm for justice is to be a witness to Allah, even if it is detrimental to our own interests (as we conceive them) or the interests of those who are near and dear to us. According to the Latin saying, "Let justice be done though heaven should fall." But Islamic justice is something higher than the formal justice of Roman Law or any other human law. It is even more penetrative than the subtler justice in the speculations of the Greek philosophers. It searches out the innermost motives, because we are to act as in the presence of Allah, to whom all things, acts, and motives are known.

645. Some people may be inclined to favour the rich, because they expect something from them. Some people may be inclined to favour the poor because they are generally helpless. Partiality in either case is wrong. Be just, without fear or favour. Both the rich and the poor are under Allah's protection as far as their legitimate interests are concerned, but they cannot expect to be favoured at the expense of others. And He can protect their interests far better than any man.

136. O ye who believe!
Believe in Allah
And His Messenger,
And the scripture which He
Hath sent to His Messenger
And the scripture which He sent
To those before (him),[646]
Any who denieth Allah,
His angels, His Books,
His Messengers, and the Day
Of Judgement, hath gone
Far, far astray.

646. If your belief is by habit or birth or the example of those you love or respect or admire, make that belief more specific and personal to yourself. We must not only have faith, but realise that faith in our inmost being. The object of our Faith are Allah, His Messenger, and His Revelations. To all these we must give a home in our hearts.

137. Those who believe,
Then reject Faith,
Then believe (again),
And (again) reject Faith,
And go on increasing

In Unbelief—Allah
Will not forgive them
Nor guide them on the Way.[647]

138. To the Hypocrites give
The glad tidings that
There is for them
(But) a grievous Penalty—

139. Yea, to those who take
For friends Unbelievers
Rather than Believers:
Is it honour they seek
Among them? Nay—
All honour is with Allah.[648]

140. Already has He sent you[649]
Word in the Book, that when
Ye hear the Signs of Allah
Held in defiance and ridicule,
Ye are not to sit with them
Unless they turn to a different
Theme: if ye did, ye would be
Like them. For Allah will
Collect the Hypocrites and those
Who defy Faith—all in Hell—

141. (These are) the ones who
Wait and watch about you:
If ye do gain
A victory from Allah,
They say: "Were we not
With you?"—but if
The Unbelievers gain
A success, they say

647. Those who go on changing sides again and again can have no real Faith at any time. Their motives are mere worldly double-dealing. How can they expect Allah's grace or forgiveness? Here is a clear warning against those who make their religion a mere matter of worldly convenience. True religion goes far deeper. It transforms the very nature of man. After that transformation it is as impossible for him to change as it is for light to become darkness.

648. If the motive is some advantage, some honour—the fountain of all good is Allah. How can it really be expected from those who deny Faith? And if there is some show of worldly honour, what is it worth against the contempt they earn in the spiritual world?

649. Cf. 6:68, an earlier and Makkan verse. Where we see or hear Truth held in light esteem, we ought to make our protest and withdraw from such company, not out of arrogance, as if we thought ourselves superior to other people, but out of real humility, lest our own nature be corrupted in such society. But it is possible that our protest or our sincere remonstrance may change the theme of discourse. In that case we have done good to those who were inclined to hold Truth in light esteem, if we have saved them for ridiculing Truth.

on the European continent, where legal systems were based more closely on Roman law. In 1275 one of the Statutes of Westminster punished rape with two years' imprisonment. By 1595 the lord treasurer, speaking before the Star Chamber in London, listed 14 laws in which the Star Chamber ordained for two reasons, the one for safe custody, and the other for correction." On the Continent, statutes providing for imprisonment were rare of a minor order.

Among the medieval agrarian system to the commercial economy dissipated many persons from their idle lands and brought into existence great numbers of vagrants. Severe laws were first passed in England in the time of Henry VIII (reigned 1509–1547) to preserve upright social conduct. Idle persons were subjected. An act of 1572 of taking care for the first time the necessity of taking care of "impotent, aged, and needy persons." In the main, however, a vagrant was more likely to be whipped or have his ear bored, and the jails were filled with the unfortunate, the insolvent, or those living by their wits, all awaiting trial.

In 1597, Parliament passed "An Act for the Punishment of Rogues, Vagabonds, and Sturdy Beggars," calling this vast rather human—but ill-fated, called House of Correction at Bridewell. There were to be returned to their birthplaces and there kept in a jail or in a house of correction until they could be put to work. More serious cases were to be disposed of by being transported unto such parts beyond the sea as shall be at any time hereafter be the assigned ... or otherwise be judged perpetually to the Gallies of this Realme.... [This] set the legal basis for the transportation of prisoners to the American colonies, to Australia, and to several other British possessions.

Jails were both crowded and pestilent, and it was common for prisoners to succumb to disease before coming to trial. A prison might be situated in the cellar of a county house, or under a castle, or a tower of a castle, or a jail proper. Prisoners were customarily farmed out to wardens, who might have to make their living from the fees that could be extracted from the inmates. Prisoners might even be sold by one warden to their creditors; none was apt to be imprisoned while actual criminals who might have funds. There was no segregation either by sex or by severity of crime.

**The Reform Movement.** The humanitarian movement to provide relief for the poor was to furnish a fresh starting point for prison reform. In 1553 the former royal palace at Bridewell was turned over to the City of London by Edward VI as a workhouse for the poor and idle. The term "bridewell" came to be applied to other workhouses and houses of correction, and every county in England was required to have its own.

Perhaps it was the English influence that led to the establishment of a house of correction in Amsterdam in 1595. That city founded a spinning house for women in the following year. Similar houses of correction were later established in Lübeck (1613), Bern (1614), and many other towns.

An important step toward the development of the modern prison was the Hospice of San Michele, a reformatory for boys established in Rome by Pope Clement XI in 1703. Its primary aim was moral regeneration. Offenders were

built in Auburn, N.Y. Under this system, also known as the Auburn system, prisoners were permitted to work together in the daytime and given his own cell at night. Each had his own tiny cell in which he remained when not working.

Both systems held rapidly to the principle that confinement under proper circumstances should improve prisoners, and sometimes brutal discipline that failed to enforce silence. As a result of heavy expense and a high rate of insanity caused by the lack of social intercourse, both systems ultimately failed. Nevertheless, they were widely influential. Most U.S. prisons followed the Auburn system, while Europe. As capital offenses were gradually reduced to prison offenses, prisons became even more overcrowded.

**More Enlightened Approaches.** Beginning in 1788, Australia was the American institution, the recipient of transported British prisoners. Perhaps the most significant Australian development in penal management came from the experiments of Capt. Alexander Maconochie, who on Norfolk Island, off the east coast, between 1840 and 1844. Capt. Alexander Maconochie devised a system of marks by which a prisoner could reduce his sentence, thus giving him a strong incentive to good conduct. Other countries were later to organize penal institutions as a substitute device, among them France (Devil's Island in French Guiana and New Caledonia, Russia in Siberia, and Portugal in Angola.

On the heels of the failure of the Pennsylvania and Auburn systems, the reformatory system was developed under the inspiration of religious leaders who were concerned that young reformatory given special attention. In 1876 the new Reformatory was opened, with Zebulon Brockway as its superintendent. Basic to the new system were the following principles, many of which continued to be fundamental: (1) an age range between 16 and 30, (2) the setting aside of a portion of the wages of inmates for their use after their release; (3) indeterminate sentences that allowed prisoners to supervise released prisoners (now parole officers); (4) a correctional nonpartisan commission; (6) the marking and grading of prisoners; (7) physical and military training; and (8) a formal education program.

By 1910 at least 17 states had erected prisons in the United States and many areas as vocational industry and efforts at social and psychiatric rehabilitation. But there remains an urgent need for much greater public awareness of the problems and needed solutions.

ROBERT J. WRIGHT
Former Editor, "American Journal of Correction"

Bibliography
Aikers, R., and Glick, R., eds., Prisons, Protest, and Politics (Prentice-Hall 1972);
Blomberg, Cooper, Louis, ed., Progress in Penal Reform (Oxford 1975);
Chandler, Sol, ed., Prisons and Prisoners (Haworth Press 1973);
Fox, Vernon, Introduction to Corrections (Prentice-Hall 1972);
Johnston, Norman, and others, Sociology of Punishment and Correction, 2d ed. (Wiley 1970);
Keith, David, Future of Imprisonment (Univ. of Chicago Press 1974);
Lloyd E., ed., Prisoners in America: Perspectives on our Correctional System (Prentice-Hall 1973);
Studdard, Katherine R., Correctional Institutions for Women in the United States (Rev. ed. 1975);
Vagg, John, and Maguire, Mike, eds., Accountability and Prisons: Opening Up a Closed World (Methuen 1986).

**PRISONER OF WAR**, traditionally, a member of a belligerent's armed forces who has been captured by the enemy. The complexities of modern warfare, however, have led to the extension of prisoner-of-war status to other categories of persons. International law permits other categories of persons who should be classified as prisoners of war and—by custom and specific multilateral treaties or conventions—confers on them a representative status. Under this status a prisoner of war (POW) can expect to be treated humanely and is to be detained for no purpose other than to prevent his further participation in combat.

**INTERNATIONAL REGULATIONS**

The primary rules relating to POWs are set forth in the Geneva Convention Relative to the Treatment of Prisoners of War of Aug. 12, 1949 (GPW), of which most of the world's states are parties, ... conferences at The Hague.

**Classification of POWs. The GPW** specifies that in addition to members of regular forces, irregular combatants are entitled to POW status if they (1) belong to a party to the conflict, (2) are commanded by a responsible person, (3) wear a fixed, distinctive insignia recognizable at a distance, (4) carry their weapons openly, and (5) conduct their operations in accordance with the laws and customs of war. If there is doubt regarding the status of a POW, the GPW requires that such persons be treated as POWs until a competent tribunal determines their status.

Inhabitants of a nonoccupied territory who spontaneously resist an invading enemy without having time to form themselves into regular units are deemed POWs if they carry their arms openly and respect the laws and customs of war. Examples of noncombatants protected as POWs are war correspondents, supply contractors, and laborers. Members of the crew, including masters and pilots of merchant ships serving in the civil aircraft, of a belligerent are also regarded as POWs if they are not entitled to more favorable treatment under any other provision of international law. Naval and army personnel and chaplains, although members of the armed forces, are considered POWs. They are designated as "retained personnel" and must be returned to their forces as soon as possible if there is no need for their services to POWs.

Interned civilians are protected by a separate international convention, the 1949 Geneva Convention Relative to the Protection of Civilian Persons in Time of War. The same convention also rules that terrorists, spies, and saboteurs may be imprisoned or executed, but only after a trial conducted under certain minimum safeguards.

**Treatment of POWs.** The GPW attempts to restrict abuse and infringements of humanitarian principles. The convention prohibits parties to punish persons found guilty of committing grave breaches of the convention. Such breaches include willful killing, torture, or inhuman treatment, including biological experiments, compelling a POW to serve in the forces of a hostile power, and willfully depriving a POW of a fair trial.

Basic food rations of prisoners must include equivalents of their habitual diets and should be sufficient to keep them in good health and to prevent loss of weight or development of nutritional deficiencies. This may not be comparable to the

is most often the theology of al-Ashari that is
... A member of other distinguished think-
... followed his lead by supporting the same posi-
... the most notable being the great al-Ghazali
... 1111).

The focal point of al-Ashari's theology was
... absolute sovereignty and majesty of God. Un-
... the Mutazilites, whose motives were intel-
tual, he was moved by religious awe for the
... of God and His revelation. He ac-
... what the Koran said in its most literal
... and produced rational arguments to uphold
view. Thus, he affirmed that God has hands
really, not metaphorically, though God's hands
... not like human hands. On the question of
... attributes (sifat) he argued for the real-
... of the attributes as they are mentioned in
... Koran, but refused to state the modality of
... relationship to the divine essence. God has
... knowledge, will, and so on, as real quali-
s, but al-Ashari would not say how they are
... The formula that expresses his position
bi-la kaif, "without 'how' "; it was first put
ward by the famous conservative traditionalist
mad Ibn Hanbal, whose authority al-Ashari
acknowledges. Al-Ashari also accepted the pos-
ility of the beatific vision and believed in the
... and the Scale and other ideas that were
... ated in the popular mind with the Judgment
y.

Perhaps the most subtle and difficult of al-
... his doctrines was his stand on free will and
... destination. He would allow no compromise
... all of God's absolute power, holding that all
... er and all action come directly from God.
... have no independent ability to act except as
d creates the capacity and will in them. At the
... time he believed man to be responsible for
... actions and to deserve reward and punishment
... them. Although the power is God's, man
... ires (kasb) an action when it is performed
d thus becomes accountable for it. The doc-
... of kasb was an attempt to mediate between
... extremes, by asserting both God's absolute
... reignty and man's responsibility. In later
... philosophy

world and achieve blessedness hereafter. The
Islamic law is the attempt by Muslims to derive
a series of specific rules of conduct from the basic
sources of guidance, and it comprises a compre-
hensive set of prescriptions and proscriptions.

**Sharia.** The common word for the law is
*sharia*, which originally meant a pathway. It may
roughly be translated as "the path in which God
wishes men to walk." The prescriptions of the
Sharia are ordained by God as His eternal will.
It is, thus, the standard of right and wrong in
human affairs, and it provides an all-inclusive
scale of religious valuation for conduct. Every
human deed falls under the perspective of the
law, without exception. Actions are classified as
obligatory (*fard*); meritorious or recommended
(*mandub*); indifferent, that is, bringing neither
reward nor punishment (*mubah*); reprehensible,
that is, not punishable but disapproved (*makruh*);
and forbidden (*haram*). There has been no more
far-reaching effort to lay out a complete pattern
of human conduct than the Islamic Sharia.

The assumption underlying the Sharia is that
men are incapable of discriminating right and
wrong by their own unaided powers. It was for
this reason that guidance was sent to them
through prophets. God, who is all-powerful and
perfectly free, has decreed a pathway for men.
His decrees are based upon nothing but His sov-
ereign will; they are not subordinated to rational
considerations, nor are they to be judged by the
standard of reason as the Mutazilites attempted to
do. It follows, therefore, that the Sharia is
*taabbudi*, to be obeyed as a slave obeys his mas-
ter. The Sharia is both a divine and an eternal
law and, hence, completely trustworthy. As the
basic institution of Islamic civilization throughout
the centuries, it explains the certainty and assur-
ance Muslims have felt in the rightness of their
way of life.

In its content, the Sharia is much more than
law in the modern sense. Not only does it deal
with matters of religious ritual, but it regulates
every aspect of political, social, and private life.
Religious belief, or creed, is part of Sharia in
the broadest sense, though *kalam* became a spe-



McGILL UNIVERSITY

is most often the theology of al-Ashari that is
ant. A member of other distinguished think-
followed his lead by supporting the same posi-
n, the most notable being the great al-Ghazali
ied 1111).

The focal point of al-Ashari's theology was
absolute sovereignty and majesty of God. Un-
e the Mutazilites, whose motives were intel-
tual, he was moved by religious awe for the
atness of God and His revelation. He ac-
ted what the Koran said in its most literal
se and produced rational arguments to uphold
view. Thus, he affirmed that God has hands
reality, not metaphorically, though God's hands
not like human hands. On the question of
d's attributes (sifat) he argued for the real-
of the attributes as they are mentioned in
Koran, but refused to state the modality of
ir relationship to the divine essence. God has
wer, knowledge, will, and so on, as real quali-
s, but al-Ashari would not say how they are
sessed. The formula that expresses his position
bi-la kayf, "without 'how'"; it was first put
ward by the famous conservative traditionalist
mad Ibn Hanbal, whose authority al-Ashari
knowledges. Al-Ashari also accepted the pos-
ility of the beatific vision and believed in the
idge and the Scale and other ideas that were
ociated in the popular mind with the Judgment
y.

Perhaps the most subtle and difficult of al-
hari's doctrines was his stand on free will and
destination. He would allow no compromise
all of God's absolute power, holding that all
wer and all action come directly from God.
n have no independent ability to act except as
d creates the capacity and will in them. At the
ne time he believed man to be responsible for
actions and to deserve reward and punishment
them. Although the power is God's, man
quires (kasb) an action when it is performed
l thus becomes accountable for it. The doc-
ie of kasb was an attempt to mediate between
) extremes, by asserting both God's absolute
ereignty and man's responsibility. In later
es al-Ashari's followers developed a philosophy
"atomism" that emphasized divine sovereignty
an even greater degree by teaching that God
eates the world in each atom, or moment of
e.

The later history of kalam shows a develop-
nt toward the use of more strictly logical modes
argument. It also, however, exhibits a ten-
ncy for the kalam to become increasingly the
rest of a few specialists and to lose its con-
with the life and religious feeling of the
jority of Muslims. By the end of the 13th cen-
: the traditionalist attitude seen elsewhere in
mic life had asserted itself, and the mutakalli-
n no longer wrote creative treatises on the
at theological issues but were content to com-
compendiums of the opinions of their prede-
ors. For most of Islamic history the kalam
not played a vital role for the majority of Mus-
s of far more importance have been the prac-
l questions raised by the lawyers or the per-
al spiritual guidance offered by the mystics.

## Law

The heart of Islamic religious concern is the
Islam is an eminently practical way of life.
at Muslims most expect from their religion is
knee for all the specific situations of life
at they may know how to please God in this

world and achieve blessedness hereafter. The
Islamic law is the attempt by Muslims to derive
a series of specific rules of conduct from the basic
sources of guidance, and it comprises a compre-
hensive set of prescriptions and proscriptions.

**Sharia.** The common word for the law is
sharia, which originally meant a pathway. It may
roughly be translated as "the path in which God
wishes men to walk." The prescriptions of the
Sharia are ordained by God as His eternal will.
It is, thus, the standard of right and wrong in
human affairs, and it provides an all-inclusive
scale of religious valuation for conduct. Every
human deed falls under the perspective of the
law, without exception. Actions are classified as
obligatory (fard); meritorious or recommended
(mandub); indifferent, that is, bringing neither
reward nor punishment (mubah); reprehensible,
that is, not punishable but disapproved (makruh);
and forbidden (haram). There has been no more
far-reaching effort to lay out a complete pattern
of human conduct than the Islamic Sharia.

The assumption underlying the Sharia is that
men are incapable of discriminating right and
wrong by their own unaided powers. It was for
this reason that guidance was sent to them
through prophets. God, who is all-powerful and
perfectly free, has decreed a pathway for men.
His decrees are based upon nothing but His sov-
ereign will; they are not subordinated to rational
considerations, nor are they to be judged by the
standard of reason as the Mutazilites attempted to
do. It follows, therefore, that the Sharia is
taabbudi, to be obeyed as a slave obeys his mas-
ter. The Sharia is both a divine and an eternal
law and, hence, completely trustworthy. As the
basic institution of Islamic civilization throughout
the centuries, it explains the certainty and assur-
ance Muslims have felt in the rightness of their
way of life.

In its content, the Sharia is much more than
law in the modern sense. Not only does it deal
with matters of religious ritual, but it regulates
every aspect of political, social, and private life.
Religious belief, or creed, is part of Sharia in
the broadest sense, though kalam became a spe-
cialized science in its own right. At the other
extreme the Sharia prescribes permissible and
forbidden types of food, the manner of a Mus-
lim's dress, and acceptable manners. Much is in-
cluded that today is thought to be outside the
realm of law. Traditionally Muslims divide the
Sharia into two parts: the Ibadat, or duties that
are owed to God by way of worship, and so on;
and the Muamalat, or duties of a practical kind
toward men and society. Neither category is
more important or binding than the other; both
follow from the decrees of God.

The Sharia differs from modern concepts of
law in another way as well. Law is normally
associated with the state, enforced by the police
power, and applies to all within the territorial
boundaries of the state. None of these facts holds
true of the Islamic law. It is binding primarily
upon individuals, who stand in face to face re-
sponsibility with God, and is not enforced by the
state. The Sharia, in fact, gives scant attention
to the sphere of public law. Most of its provisions
apply to Muslims alone, though there are some
rules for non-Muslims living in Islamic territory.
Similarly, some of the prescripts that Muslims
must observe in Islamic territory become inoper-
ative in regions controlled by "unbelievers."

**The Four Schools of Law.** In order to discover

WRITTEN BY CHARLES J. ADAMS, McGILL UNIVERSITY

بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيمِ

## PREFACE

Praise be to Allah, the Cherisher and Sustainer of the worlds, Who has said in His Noble Book:

There has come to you from Allah
Light and a Perspicuous Book. (1)

And may peace and blessings be upon the Seal of the Prophets, Muhammad, who has said that:

The best among you is he who learned
the Qur-án and then taught it. (2)

May the peace and blessings of Allah be upon him, his family and all his Companions.

The Glorious Qur-án is the Book of Allah, the Wise and Worthy of all Praise, Who has promised to safeguard it from any violations in its purity. It becomes incumbent upon each and every person who seeks the dignity of this world and the bliss of the Hereafter to regulate his life according to it, to implement its commandments and to pay homage to the magnificence of the One Who revealed it. This can be an easy task for those favoured with guidance from Allah, especially those blessed by an understanding of Arabic, the language of the divine communication. But for those not acquainted with Arabic, their ignorance is a barrier between them and this source of guidance and illumination. A translation of the message of Allah is thus a task not to be taken lightly or performed superficially.

Before the reader begins to study the Qur-án, he must realise that unlike all other writings, this is a unique book with a supreme author, an eternal message and a universal relevance. Its contents are not confined to a particular theme or style, but contain the foundations for an entire system of life, covering a whole spectrum of issues, which range from specific articles of faith and commandments to general moral teachings, rights and obligations, crime and punishment, personal and public law, and a host of other private and social concerns. These issues are discussed in a variety of ways, such as direct stipulations, reminders of Allah's favours on His creation, admonitions and rebukes. Stories of past communities are narrated, followed by the lessons to be learned from their actions and subsequent fates.

The Qur-án enjoys a number of characteristics unique to it alone, some of which are as follows:

(1) Sūrat Al-Mā'ida: 15.　　　(2) Narrated by the six ones except Muslim.

- iii -

SUMMARY JUDGMENT ATTACHMENT

33

# 21ST CENTURY'S DAWN'S EARLY LIGHT

My Country tis of thee
This is about your reality
By the 21st Century's Dawn's early light
There ain't no justice for you here if you ain't white

Sweet land of liberty
Bitter was the taste of your slavery
and that putrid taste remains strong in all of our mouths
As we now see you lynching us downtown in your courthouses

The whole world watched you beat down Rodney King
Then we saw white jurors who could not see what we were seeing
with their open eyes their closed minds saw the police were right
You know there ain't no justice for you here if you ain't white

Today's lynchings are performed at Police State-style trials
Perpetuating this injustice American-style
Highlighting the unstated semantic reality
that lynching don't require bodies hanging from the trees

Booh say can you see
strange fruit no longer hangs in America's trees
Now in the land of the free the home of the brave
Prisons conceal the lynched children of America's slaves

Remember Martin told us to let Freedom ring
o my Country tis of thee that I sing
Now in the land of the free the home of the brave
Prisons conceal the lynched children of America's slaves

Practiced before man began recording history
The art of self-healing ain't no real mystery
The best doctors with perfected visions in their
Can't help those who're determined to remain blin

Those who go out of their way to trivialize
Their lost of focus upon a very important prize
Living a nightmare unaware running out of time
Oblivious victims of State-sponsored hate crimes

The only thing missing in their courtrooms is the
And justice for people with black skin like you a
Courts remain one of America's most racist places
Please don't try to deny it when its
right up in all of our faces

**One hundred and seventeen per one hundred thousan**
is White folk's incarceration rate
**One thousand six hundred and seventy-three per hun**
is Black's rate in this racist state
Doubt has been dispelled by computerized light
Black's incarceration rate is fourteen times that

Social scientist produce these stats then they tel
Which you'll accept as true if you're determined t
Will you act upon the facts upon which these stats
To end State-sponsored hate crimes against the Bla

Even blind eyes must see our apathy as being beyon
Educated and wealthy now what are we doing to make
Could it be that doctorate degrees and surplus per
Destroy the vision of those who have not learnt
we must show love to ourselves

Practiced before man began recording history
The art of self-healing ain't no real mystery
The best doctors with perfected visions in their m
Can't help those who're determined to remain blind

34

SELF-HEALING

# Pa. imprisons blacks at highest rate

## Study by reform group finds it's 14 times that of whites

By John M.R. Bull
Post-Gazette Harrisburg Correspondent

☐ The nation's oldest prison advocacy group speaks for inmates because nobody else does. Page C-2

HARRISBURG — Pennsylvania incarcerates a larger percentage of its minority population than any other state, according to a new study.

For more than a decade, the state has had one of the highest disparities in the rate at which it incarcerates minority inmates compared with the state's minority population, but now it is the worst, according to a study of the nation's prison reform group, the Justice Policy Institute in Washington, D.C. The results of the study were published recently in the liberal magazine Mother Jones.

"This is not shocking news," said Ernie Preate Jr., a former state at-

torney general who served time in prison on corruption charges and who is now a crusader for prison reform.

"This has been evident the last several years. This certainly should raise some red flags in the governor's office."

The study compared the number of minorities in state prisons with the number of minorities in the state and measured the results against other states, based on 2000 figures.

Overall, blacks make up 55 percent of the state prison population,

but 10 percent of the state's population.

The study concluded that 1,873 of every 100,000 blacks in the state are in prison, compared with 147 of every 100,000 whites. That would mean that blacks are imprisoned at a rate 14 times that of whites.

Add in the number of Hispanic and Asian prisoners, who make up less than 7 percent of the state's population and are incarcerated at a lower rate than blacks, and the state incarcerates minorities overall at 11 times the rate of whites.

That disparity is larger than in any other state, according to the study.

Other states that incarcerate minorities more than 10 times the rate of white defendants are Minnesota,

Wisconsin, Connecticut and New Jersey.

Southern states do not incarcerate as great a percentage of their minority populations, as do many Northeastern states. Texas had the lowest incarceration disparity, imprisoning minorities at 2.5 times the rate of whites, the study showed.

"Why?" is something we really don't know," said Jason Ziedenberg, senior policy analyst at the Justice Policy Institute.

"That's an intriguing question," said Alfred Blumstein, a professor of urban systems and operations research at Carnegie Mellon University who has published two well-regarded studies on racial disparity in incarceration rates.

SEE **STUDY**, PAGE C-2

### STUDY FROM PAGE C-1

If you assume that states lock up their most violent offenders at the same rate, it may be that the more conservative in the "liberal" Northeast lock up more people for nonviolent crimes, Blumstein said.

Because whites commit those crimes at the same rate as blacks, that would mean whites are being incarcerated at the same rate, he said.

Less conservative states tend to allow more discretion in the sentencing of nonviolent criminals, and some of the subtle forms of racism that appear in the rules in which minorities are sentenced to prison, Blumstein said.

He said he was "somewhat sur-

prised" that Pennsylvania would have such a disparate rate of incarceration of its black population, and he couldn't say why Pennsylvania is not considered one of the "liberal" states such as Minnesota and Connecticut, which have less stringent sentencing provisions, or, to a lesser degree, New Jersey, Blumstein said.

Judges render sentences on a case-by-case basis. An Associated Press investigation revealed last year that blacks in Pennsylvania tended to more often receive prison sentences, or longer ones, than white defendants accused of the same crimes.

Statistics, however, are not kept on the sentences issued by individual judges.

As of June 30, 34 percent of the

state's 37,081 inmates were white, 55 percent were black and 10 percent were Hispanic, according to the state Department of Corrections.

"We don't have anything to do with who's sentenced or how long they're sentenced," said Lisa Aaron, spokeswoman for the department.

A study done last year by Human Rights Watch placed Pennsylvania sixth in the country in its rate of racial disparity in incarceration, based on 1998 figures. That study identified Minnesota, New Jersey and Connecticut and other Northeastern states as having the largest racial disparities in incarceration rates, as was found by the Justice Policy Institute.

That blacks over the past 20

years have been sentenced for long periods at high rates is not news. The latest study merely compared the number of blacks in each state's prisons with the number of blacks in each state, highlighting the disparity in sentencing rates as a percentage of each state's minority population.

The drug war of the past 20 years contributed greatly to that disparity, Preate said.

Drug sweeps are more often conducted in cities, where the population of African-Americans and the minority group members tend to be higher, and that means drug charges, even though a variety of studies show that blacks and whites use illegal drugs at the same rate, Preate said.

### Incarceration disparity

Pennsylvania has the highest disparity between white and nonwhite incarceration rates* in the United States for 2000.



Pennsylvania's incarceration rates*

☐ 1980
■ 2000

Top states

1. Pennsylvania
2. District of Columbia
3. Wisconsin
4. Connecticut
5. Minnesota
6. New Jersey
7. New York
8. Maryland
9. Illinois
10. Ohio
51. Hawaii

*Incarceration rates represent prisoners per 100,000 residents of each racial/ethnic group.

Source: motherjones.com

Steve Thomas/Post-Gazette

# DEPARTMENT OF CORRECTIONS
# CODE OF ETHICS

This handbook does not include every detail or situation involved in the operation of a Department facility. It aims at the presentation of over all policy guidelines. Facilities will issue more specific and detailed information as needs or circumstances dictate. In no instance, however, will facility rules and regulations take precedence over the policy contained herein.

## A. General Responsibility of Department of Corrections Employees

Consistent with the responsibility of all correctional employees in the Commonwealth of Pennsylvania to perform their duties with integrity and impartiality and to avoid situations whereby bias, prejudice, or personal gain could influence official decisions, the following code is being promulgated.

### 1. Discrimination

The responsibility of all corrections employees is to act in relation to all citizens of the Commonwealth without regard to age, race, color, ancestry, creed, sex, and marital status, national origin, non-job related handicap, or political beliefs. This necessarily includes the inmates whom we supervise and fellow employees with whom we work. All employees are expected to fully comply with the Department of Corrections policy prohibiting sexual harassment.

### 2. Conflicts of Pecuniary Interest

No department employee shall engage directly or indirectly in any personal business transaction or private arrangements for personal profit which accrues from or is based upon his/her official position or authority. The scope of this provision shall include prohibition against entering into any type of business transaction or private arrangements with inmates. Honorariums paid to Department officials for speaking on official topics shall be deposited in the appropriate Department fund.

### 3. Representation of Interests

No department employee shall represent or act as an agent for any private interest, whether compensable or not, which could be reasonably expected to result in a conflict between the private interest of the employee and his official state responsibility. This includes but is not limited to representing the interests of inmates.

### 4. Gifts and Favors

Employees and their families shall not directly or indirectly solicit, accept, or agree to accept any gift of money or goods, loans or services for personal benefit which would influence the performance of their work duties or decision making. Correctional employees shall not accept or perform favors or accept or distribute any gifts, money, or loans to or from inmates or members of an inmate's family.

7. The personal property of inmates will be handled with extreme care and disposed of only by properly designated authority in a manner designated by official Department of Correction's policy. Similarly, no employee may assume the right of ownership of property owned by fellow employees, the state or by inmates; theft or abuse of property or equipment is prohibited.

8. No employee shall leave his assigned post or leave the institution or grounds without being properly relieved and receiving proper authorization from a supervisor. Proper relief involves communicating any special observations or orders to the relief personnel.

9. Lawful orders by a supervisor to a subordinate must be executed promptly and faithfully by the subordinate even though the employee may question the wisdom of such order. The privilege of formally appealing the order may be done at a later date through either the supervisory command structure, civil service appeal, or the grievance machinery.

10. Employees are expected to treat their peers, supervisors, and the general public with respect and conduct themselves properly and professionally at all times; unacceptable conduct or insolence will not be tolerated.

11. All facility keys issued to employees will remain in their possession at all times. Under no circumstances are keys ever to be unguarded, mislaid, unaccounted for, taken from the institution, or turned over to an inmate.

12. Employees in uniform are required to keep said uniforms in a clean and neat condition, free from decoration, other than those officially prescribed. Non-uniformed employees will be required to meet the standards of neatness and grooming as established by their facility.

13. Employees may use their identification as an employee of the Department of Corrections only for identification in performing the duties and responsibilities required in the scope of their employment. Department identification will not be used where an employee may have other employment or in representing other interests.

14. <u>Employees will promptly report to their supervisor any information which comes to their attention and indicates violation of the law, rules, and/or regulations of the Department of Corrections by either an employee or an inmate, and will maintain reasonable familiarity with the provisions of such directives.</u>

15. Alcoholic beverages and controlled substances shall not be carried, stored, or consumed on state property or in any state Facility or vehicle. When a controlled substance or nonproprietary drug is prescribed by a physician, the employee shall immediately notify his/her supervisor and obtain prior written approval to bring the medication onto facility grounds. Such medication must always be kept under the secure control of the employee. An employee shall not report for duty in an unfit condition.

16. Personal weapons shall not be brought onto state property without the advanced written approval of the Superintendent.

17. Employees shall not testify in any civil case in which the Department of Corrections may have an interest without informing the Secretary, unless under court order.

5 9

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|

| 1.  To: (Name and Title of Officer)<br>CHAPLAIN McQUOWN, F.C.P.D. | 2.  Date:<br>11/18/02 |
|---|---|

| 3.  By: (Print Inmate Name and Number)<br>LEONARD C. JEFFERSON, CL-4135<br><br>*Leonard C. Jefferson*<br>Inmate Signature | 4.  Counselor's Name<br>MS. GAMBLE |
|---|---|
| | 5.  Unit Manager's Name<br>MS. McKISSOCK |

| 6.  Work Assignment<br>G. L. P. | 7.  Housing Assignment<br>A/A -59 |
|---|---|

8.  Subject: State your request completely but briefly. Give details.

SEVERAL WEEKS AGO YOU INITIATED THE PROCESS TO HAVE ME REMOVED FROM MY JOB (AS A CHAPEL CLERK) AND, ON 11/13/02, YOU WERE A MEMBER OF THE SUPPORT TEAM THAT CONDUCTED THE STAFFING.

YOU WILL RECALL THAT, DURING THE STAFFING, I REPEATEDLY ASKED TO BE INFORMED OF THE REASON/JUSTIFICATION FOR THIS ACTION TO REMOVE ME FROM THE JOB; AND, THAT I NEVER RECEIVED A SUBSTANTIVE, MEANINGFUL OR RELEVANT ANSWER TO THIS QUESTION.

THIS REQUEST IS TO FORMALLY ASK YOU TO GIVE ME A WRITTEN STATEMENT OF YOUR REASONS AND JUSTIFICATION FOR YOUR DECISION AND ACTIONS TO REMOVE ME FROM MY JOB.

THANK YOU IN ADVANCE FOR YOUR ATTENTION TO THIS REQUEST.

9.  Response: (This Section for Staff Response Only)

Your poem which you stated you intended for "all." You stated that a person could "yell fire in a theatre if the theatre was burning + the theatre is burning." I found this to be a threat to the orderly running of the institution. It is inflammatory + disruptive. In your position you had access to many inmate to spread this disruptive material + views.

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name  McQuown  /  McQuown   Date  11/18/02
　　　　　　　　　　　Print　　　　　　　Sign

Revised July 2000   SUMMARY JUDGMENT ATTACHMENT

37

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |
| | **INSTRUCTIONS** Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| 1. To: (Name and Title of Officer) Ms. Gamble, Counselor | 2. Date: 11-20-02 |
|---|---|
| 3. By: (Print Inmate Name and Number) Leonard C. Jefferson, CL-4135 _Leonard C. Jefferson_ Inmate Signature | 4. Counselor's Name Ms. Gamble |
| | 5. Unit Manager's Name Ms. McKissock |
| 6. Work Assignment GLP | 7. Housing Assignment A/A-59 |

8. Subject: State your request completely but briefly. Give details.

JEROME MILLER (THE AUTHOR OF THE HIGHLIGHTED LINES ON THE ENCLOSED SHEET) IS A WELL-KNOWN CRIMINOLOGIST WHOM YOU MIGHT BE FAMILIAR WITH SINCE HE USED TO WORK IN PA's D.O.C. I READ HIS BOOK, SEARCH AND DESTROY, AT MERCER IN 1999. IT'S ABOUT TIME PRE-SENTS A LOT OF THE SAME FACTS, FIGURES AND ARGUMENTS THAT ARE PRESENTED IN SEARCH AND DESTROY. BOTH OF THESE BOOKS ARE FILLED WITH STATEMENTS AND STATISTICS THAT MAKE THE SAME POINT AS MY POEMS; SO I REMAIN UNABLE TO UNDERSTAND HOW AND/OR WHY IT IS THAT WHEN PROFESSIONAL SOCIOLOGIST, CRIMINOLOGIST AND NEWSPAPER ARTICLES PRESENT THE FACTS ABOUT RACISM IN THE JUDICIAL SYSTEM; THEIR STATEMENTS ABOUT THIS UNPLEASANT REALITY DOES NOT CAUSE YOU TO PERCEIVE THEM—NOR THEIR STATEMENTS—AS THREATS. SO HOW IS IT THAT I, THE VICTIM OF THE INJUSTICE, AM PERCEIVED AS A THREAT WHEN I HAVE DONE NOTHING MORE THAN WRITE POETRY WHICH RESTATES THE MAIN POINTS THAT WERE PRESENTED BY THE ESTEEMED PROFESSIONALS WHO HAVE STUDIED AND CONTINUE TO STUDY THIS IMPORTANT ISSUE? NEITHER DEPT. KORMANIC, CHAP. McQUOWN NOR MR. BENTLEY HAVE RESPONDED TO MY RE-QUEST FOR A WRITTEN STATEMENT OF THE REASONS WHY I WAS REMOVED FROM THE JOB. WOULD YOU PLEASE GET A WRITTEN STATEMENT FOR ME. THANK YOU.

9. Response: (This Section for Staff Response Only)

_See Attached_

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____    _____    Date 1/21/03
                         Print              Sign

Revised July 2000    SUMMARY JUDGMENT ATTACHMENT

38

JEFFERSON  CL4135

IN RESPONSE TO YOUR REQUEST OF 11/20/02:  YOU ARE CORRECT IN THAT
THERE IS A GREAT DEAL OF LITERATURE AVAILABLE ON THIS SUBJECT
THAT IS WRITTEN BY **PROFESSIONALS.** AS WE DISCUSSED, THIS IS NOT
THE SUBJECT AT HAND.  YOU ALSO HAVE NO WAY OF KNOWING HOW I
PERCIEVE THIS INFORMATION OR STATEMENTS MADE BY THESE
AUTHORS.  FACTUAL INFORMATION IS OBJECTIVE AND DIFFERS A GREAT
DEAL FROM SUBJECTIVE WRITINGS SUCH AS POETRY.  YOUR OPINION
THAT YOU ARE A VICTIM OF AN INJUSTICE IS ALSO NOT THE ISSUE AT
HAND.  THAT IS AN ISSUE YOU CAN DEAL WITH THROUGH THE COURT
SYSTEM.

THE SUPPORT TEAM HEARING REGARDING YOUR EMPLOYMENT WAS
HELD BECAUSE THE STAFF HAD SECURITY CONCERNS IN REGARDS TO
THE INTENT OF THE POETRY.  WE DO NOT KNOW WHAT YOUR INTENTIONS
WERE.  YOU YOURSELF STATED, "IT IS FOR EVERYONE".  WE ALSO HAVE
NO WAY OF KNOWING HOW OTHER INMATES MAY INTERPRET YOUR
POETRY IF IT HAD BEEN DISTRIBUTED.   WE DISCUSSED IN DETAIL AT THE
STAFFING THE CONCERNS THAT WE HAD REGARDING THE CONTENT OF
THE POETRY COMBINED WITH OUR CONCERNS ABOUT THE EXTENT OF
THE CONTACT YOUR JOB ALLOWED YOU WITH OTHER INMATES. IT WAS
CONSIDERED INAPPROPRIATE FOR YOU TO HAVE THIS IN YOUR
POSSESSION AT WORK WITH THE POSSIBILITY OF YOU DISTRIBUTING IT.

IF YOU HAVE ANY FURTHER QUESTIONS REGARDING THE ISSUE OF YOUR
REMOVAL FROM YOU POSITION, I WOULD SUGGEST YOU CONTACT
INMATE EMPLOYMENT AGAIN FOR A RESPONSE.  I HAVE NOTHING
FURTHER TO ADD TO WHAT WAS DISCUSSED AT THE STAFFING.

THIS IS MS. GAMBLE'S ·11/21/02 RESPONSE TO MY  11/20/02 DC-135A
WHICH REQUESTED A WRITTEN STATEMENT OF THE REASONS FOR THE
SUPPORT TEAM'S DECISION TO REMOVE ME FROM MY JOB.

SUMMARY JUDGMENT ATTACHMENT

DC-804
Part 1

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA 17001-0598

| FOR OFFICIAL USE ONLY |
|---|
| 28293 |
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Mr. Barr | Albion | 12/08/02 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: |
|---|---|
| Leonard C. Jefferson, CL-4135 | *Leonard C. Jefferson* |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| GLP | A/A-59 |

INSTRUCTIONS:
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
     members you have contacted.

**A. Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.**
after 10/24/02 when Mrs. Brennan found and distributed the poetry. Neither my good
attitude nor the excellence of my work declined at any time; it was/is the percep-
tion  of those who were annoyed by the poetry that declined and became "poor"... so
poor that they found it necessary to take revenge and to conjure up a pretext which
might give an appearance of justification to their naked acts of vengeance. ¶ Not-
withstanding their official statements, on the DC-135As which are attached, that my
possession of the Article and poetry posed a threat to the orderly running of the
institution, (1) no security investigation has been conducted, (2) neither the Arti-
cle nor the poetry have been confiscated, and (3) no misconduct report(s) have been
issued. And notwithstanding the official statement of Chap. McQuown that he found it
necessary to terminate my employment in the Chapel because that job gave me "access
to many inmates to spread this disruptive material & views" to; I have been given a
new assignment which allows me to have even more access to a larger number of in-
mates than I had when I was employed in the Chapel. This makes clear the fact that
neither I, nor the poetry posed any real threat and that the actions
taken to remove me from my job were/are nothing more than acts of retaliation by
those who found reason to be personally offended by the poetry. ¶ In light of these
facts I assert: (1) the decision of the Support team should be nullified and removed
from my records, (2) the actions of the Employment Coordinator, in terminating my
employment in the Chapel, should be reversed and I should be returned to work and be
paid 42¢ per hour for each day that I was off the job between 11/14/02 and my actual
return to a work assignment at that rate of pay.

**B. List actions taken and staff you have contacted, before submitting this grievance.**

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____        _____
        Signature of Facility Grievance Coordinator                                        Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

Revised
December 2000   SUMMARY JUDGMENT ATTACHMENT        TWO OF TWO        41

DC-804
Part 1

PAGE ONE OF TWO

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY
38293

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR<br>Mr. Barr | FACILITY:<br>Albion | DATE:<br>12/08/02 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER)<br>Leonard C. Jefferson, CL-4135 | SIGNATURE of INMATE:<br>*Leonard C. Jefferson* | |
| WORK ASSIGNMENT:<br>GLP | HOUSING ASSIGNMENT:<br>A/A-59 | |

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On 11/13/02 a Support Team met and recommended that my employment as a Chapel Clerk be terminated. On 11/14/02 the Employment Coordinator informed me that me employment in the Chapel, at 42¢ per hour had been terminated and that I had been assigned to GLP, at 72¢ per day. In light of the reasons stated in my 11/25/02 letter to Deputy Kormanic (which is attached) and the following, I assert in this Grievance that the actions of the Support Team and Employment Coordinator were/are (1) without justi-fication, and (2) were carried out in retaliation against me in response to my per-sonal opinions (about my experience, as a Black man, in this state's courts) which Mrs. Brennan happened to find expressed written in lines of poetry on the back of a newspaper article. ¶ On 10/24/02 Nation Of Islam Chaplain Michael Anderson- unaware that the poetry was on the back of the article -asked Mrs. Brennan if she would make a (single) copy of the ARTICLE for him and return the original to me. Mrs. Brennan copied the ARTICLE which she had been asked to copy <u>and</u> she copied the poetry which she had not been asked to copy. She gave Mr. Anderson the copy he had requested and the original was returned to me. ¶ There was no "incident" on 10/24/02, nor at any other time, on the job about which it has been, or could be, said that my attitude and performance was "poor". This is clear from the records which indicate that I have presently been housed on the Honor Block for about 50 months. My Housing Unit and Employment Evaluations -and especially the August 2002 Evaluation wherein it was deter-mined that my attitude and conduct was such that it qualified me to be, and I actual-ly advanced to the position of, an Inmate Peer leader in the Chaplaincy Department; these records indicate that my attitude was not perceived as being "poor" until

**B.** List actions taken and staff you have contacted, before submitting this grievance.

It was necessary for me to send DC-135As to Ms. Gamble, Mr. Bentley, Chap. McQuown and Dept. Kormanic to obtain written statements of the reasons why they terminated my employment in the Chapel, (see attached DC-135As). After receiving their reasons, I sought an informal resolution of the matter via a 11/25/02 letter (which is also attached) to Dept. Kormanic. Dept. Kormanic did not respond to my request for an informal resolution.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

Revised
December 2000

SUMMARY JUDGMENT ATTACHMENT          ONE OF TWO

40

SCI ALBION
APPEAL TO SUPERINTENDENT

# GRIEVANCE

| DC # | NAME | HOUSING UNIT | DATE SENT | GRIEVANCE # |
|------|------|--------------|-----------|-------------|
| CL-4135 | LEONARD C. JEFFERSON | A/A-59 | 01/13/03 | 38293 |

I received my initial response from the Grievance Officer/Coordinator on **01/10/03**, and have the following appeal issues.

**Refer to DC ADM 804 grievance appeal procedures for complete instructions.**
_**Please provide a BRIEF appeal statement.**_

THE DC-804 PART 1 WHICH I FILED ON 12/10/02 CONTAINS THE FOLLOWING STATEMENTS WHICH CLEARLY IDENTIFY THE SUPPORT TEAM (I.E., CHAP. MCQUOWN, MR. SNYDER AND MS. GAMBLE) AND THE EMPLOYMENT COORDINATOR AS THE STAFF MEMBERS AGAINST WHOM THE GRIEVANCE WAS FILED:

"I ASSERT IN THIS GRIEVANCE THAT THE ACTIONS OF THE SUPPORT TEAM AND EMPLOYMENT COORDINATOR WERE/ARE (1) WITHOUT JUSTIFICATION, AND (2) WERE CARRIED OUT IN RETALIATION AGAINST ME ... AND NOTWITHSTANDING THE OFFICIAL STATEMENT OF CHAP. MCQUOWN THAT HE FOUND IT NECESSARY TO TERMINATE MY EMPLOYMENT..."

NOTWITHSTANDING THE PROHIBITION (AT DC-ADM 804, VI, B, 1, e) AGAINST THE GRIEVANCE OFFICER BEING A STAFF MEMBER WHO HAS BEEN IDENTIFIED AS BEING INVOLVED IN THE ISSUE, THE ATTACHED DC-804 PART 2 INDICATES CHAP. MCQUOWN WAS DESIGNATED TO BE - AND, ON 12/23/02, ACTED AS - THE GRIEVANCE OFFICER IN THIS GRIEVANCE.

SUBPARAGRAPH VI, B, 1, e OF DC-ADM 804 RECOGNIZES AND REFLECTS THE REALITY THAT THE FINDINGS OF ONE WHO INVESTIGATES A GRIEVANCE AGAINST HIM/HER SELF WILL NEVER BE OBJECTIVE; BUT WILL, WITHOUT DOUBT, DISTORTED BY EMOTIONAL AND PERSONAL BIAS AND, THUS, SHOULD NOT AND MAY NOT BE RELIED UPON AS BEING ACCURATE. BECAUSE OF THIS, I URGE YOU (SUPT. WOLFE), TO REJECT AND EXCLUDE THE SUMMARY FINDINGS OF CHAP. MCQUOWN (WHICH APPEAR ON PART 2) FROM YOUR CONSIDERATION OF MY GRIEVANCE AND FROM YOUR CONSIDERATION OF THIS APPEAL.

I RESPECTFULLY REQUEST THAT YOU (SUPT. WOLFE) SPEAK WITH IMAM ABDALLA; HE WAS MY IMMEDIATE SUPERVISOR. IF/WHEN YOU SPEAK WITH IMAM ABDALLA YOU WILL FIND THAT: (1) HE WAS DELIGHTED WITH MY ATTITUDE AND WITH MY PERFORMANCE ON THE JOB (AS IS DEMONSTRATED BY THE EVALUATIONS IN MY FILE), (2) HE DID NOT WANT ME TO BE REMOVED FROM THE JOB, (3) HE KNEW OF, AND EXPRESSED HIS OPPOSITION TO, THE SUPPORT TEAM ACTION TO REMOVE ME FROM THE JOB, HE WAS INFORMED BY HIS SUPERIORS THAT I WAS GOING TO BE "STAFFED OUT" BECAUSE OF THE POETRY, AND (5) HE FELT POWERLESS AND BELIEVED THERE WAS NOTHING HE COULD DO TO PREVENT HIS SUPERIORS FROM REMOVING ME FROM THE JOB.

SUMMARY JUDGMENT ATTACHMENT

ONE OF TWO

INMATE SIGNATURE: _Leonard C. Jefferson_

42

**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**State Correctional Institution at Albion**
(814) 756-5778
January 15, 2003


SUBJECT:    **APPEAL TO SUPERINTENDENT**
            **GRIEVANCE #38298**


TO:    Leonard Jefferson
       CL-4135
       A/A

FROM:    William J. Wolfe
         Superintendent

I have reviewed the original grievance, the Grievance Officer's response, and your appeal to this office.

You have provided no additional evidence to support your claims, and it appears to me that your grievance has been dealt with appropriately by staff.

You received the staffing and policy was followed.  My advice to you is review what led to your dismissal from the job assignment.

After thorough review and evaluation, I must sustain the Grievance Officer's decision.

WJW/dls

cc:    Deputy Marquardt
       Deputy Kormanic
       Major Neiswonger
       Mr. Barr
       Rev. McQuown
       DC-15
       File

"Our mission is to protect the public by confining persons committed to our custody in safe, secure facilities, and to provide opportunities for inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims"

SCI ALBION
APPEAL TO SUPERINTENDENT
# GRIEVANCE

| DC # | NAME | HOUSING UNIT | DATE SENT | GRIEVANCE # |
|------|------|--------------|-----------|-------------|
| CL-4135 | LEONARD C. JEFFERSON | A/A-59 | 01/13/03 | 38293 |

I received my initial response from the Grievance Officer/Coordinator on _01/10/03_ and have the following appeal issues.

**Refer to DC ADM 804 grievance appeal procedures for complete instructions.**
***Please provide a BRIEF appeal statement.***

As you know, Religions are institutions that teach basic principles of personal and social responsibility such as: thou shall not kill, steal, lie and the concept that one should treat others as that one would want to be treated. The high moral teachings of the world's major religions has caused, and continues to cause religions and religious people to be in the forefront of important social issues at every place and time. Catholics are well known for their stands against oppression, capital punishment and abortion. Quakers for their stands against man's injustice to man and especially slavery. Buddist and Hindus for their stands against aggression, violence and war. The Nation of Islam for its stand against racism in America. Christians of all denominations took stands against racism, which was enforced by discriminatory statutes and laws, and stood up for civil rights. While the religion of Al-Islam is widely known for its stands against the consumption of pork and alcohol, sex out of wedlock and the intermingling of the sexes, there are many verses in the Qur'an which call for muslims to stand against and speak out against injustice in any of the many forms in which it may appear in society; including - but not limited to - racial injustice. I have mentioned these things to say that my writing and possessing of poetry, which identifies and calls for the elimination of racial injustices in Pennsylvania's courts, did not/does not violate any D.O.C. policy - nor do my beliefs (that racial injustices must be eliminated from Pennsylvania's courts) pose a threat to the security of SCI-Albion which calls for and/or constitutes a legitimate justification - for removing me from a job which I was performing with a high degree of excellence in the chapel.

The staff's failure to produce any justification (beyond their unprofessional and emotional outrage at a view expressed in poetry) which supports their actions to remove me from my job pursuant to a legitimate penological need/objective is a clear indicator that: (1) my removal from the job was/is an act of retaliation and an abuse of authority by those who were annoyed by the poetry, (2) this grievance should be settled in favor of the grievant, and (3) in addition to the relief stated in the last five lines of part 1 of this grievance; I should be paid/reimbursed $1.90 to cover the cost of the photocopies which were required to comply with the filing requirements of DC-ADM 804.

Summary Judgment Attachment

INMATE SIGNATURE: *Leonard C. Jefferson*

Two of Two

43

**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**State Correctional Institution at Albion**
(814) 756-5778
January 15, 2003

**SUBJECT:    APPEAL TO SUPERINTENDENT**
**GRIEVANCE #38298**

**TO:**       Leonard Jefferson
              CL-4135
              A/A

              *W. J. Wolfe*

**FROM:**     William J. Wolfe
              Superintendent

I have reviewed the original grievance, the Grievance Officer's response, and your appeal to this office.

You have provided no additional evidence to support your claims, and it appears to me that your grievance has been dealt with appropriately by staff.

You received the staffing and policy was followed.  My advice to you is review what led to your dismissal from the job assignment.

After thorough review and evaluation, I must sustain the Grievance Officer's decision.

WJW/dls

cc:    Deputy Marquardt
       Deputy Kormanic
       Major Neiswonger
       Mr. Barr
       Rev. McQuown
       DC-15
       File

*SUMMARY JUDGMENT ATTACHMENT*

"Our mission is to protect the public by confining persons committed to our custody in safe, secure facilities, and to provide opportunities for inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims"

*4c*

DC-804
Part 1

ONE OF TWO

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

_-11 961_

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: Albion | DATE: 01/17/03 |
|---|---|---|
| Mr. Barr | | |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: |
|---|---|
| Leonard C. Jefferson, CL_4135 | _Leonard C. Jefferson_ |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| GLP            2003 | A/A |

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.
This Grievance is filed against Supt. Wolfe and Mr. Barr, the Facility Grievance
Coordinator, for their intentional violation of DC ADM 804; which are stated below.

On 12/10/02 I filed a Grievance which: (1) was assigned Grievance Tracking Number
38293, and (2) named Chap. McQuown as a member of the Support Team which the Grievance
was filed against. Notwithstanding sub-paragraph VI,B,1,e of DC-ADM 804 which states:
"The Facility Coordinator shall not designate a staff member to serve as a Grievance
Officer who was identified by the inmate as being involved in the issue", the DC- 804
PART 2, which is dated 12/23/02, in Grievance # 38293 indicates that Mr. Barr designated
Chap. McQuown to be the Grievance Officer to investigate Grievance # 38293 which was
filed against himself (i.e., Chap. McQuown). In my APPEAL TO FACILITY MANAGER I
pointed out the violation via the statement: "Sub-paragraph VI,B,1,e of DC-ADM 804
recognizes and reflects the reality that the findings of one who investigates a Grie-
vance against him/her self will never be objective; but will,without doubt, be distort-
ed by emotional and personal bias and, thus, should not and may not be relied upon as
being accurate. Because of this, I urge you (Supt. Wolfe) to reject and exclude the
summary findings of Chap. McQuown...from your consideration of my Grievance and from
your consideration of this appeal." ¶  On 01/16/03 I received a Memo from Supt. Wolfe
which, among other things, informed me that: (1) "...it appears to me that your Grie-
vance has been dealt with appropriately by staff." And (2) "I must sustain the Grie-
vance Officer's decision." These statements by Mr. Wolfe indicate that he approves of

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I filed and Appeal to the Facility Manager, pursuant to DC-ADM 804, which presented
the issue raised in this Grievance to Mr. Wolfe on 01/13/03. Mr. Wolfe's 01/15/03
response indicated he did not believe my complaint was legitimate.

SUMMARY JUDGMENT ATTACHMENT            ONE OF TWO

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_WJHUb_

Signature of Facility Grievance Coordinator

Problem with Staff Mr. McCarthy

01-22-03

Date

45

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   GOLDENROD

DC-804
Part 1

TWO OF TWO

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

*41961*

GRIEVANCE NUMBER

**OFFICAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: Albion | DATE: |
|---|---|---|
| Mr. Barr ~~Albion~~ | ~~01/17/02~~ | 01/17/03 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: |
|---|---|
| Leonard C. Jefferson, CL-4135 | *Leonard C. Jefferson* |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| GLP | A/A |

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B the specific actions you have taken to resolve this matter informally.  Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

and supports the violation of DC-ADM 804 which Mr. Barr committed when he designated Chap. McQuown to be the Grievance Officer in Grievance # 38293 wherein he (Chap. McQuown) had been identified as being involved in the issue.

In light of the facts stated above, and in light of Chap. McQuown's name and signature, as the Grievance Officer, on the DC-804 PART 2 in Grievance # 38293; I respectfully request: (1) that the decision of the Facility Manager on the Appeal from Grievance # 38293 be made null and void on the grounds that said decision was/is based upon an investigative procedure which violates the terms of DC-ADM 804, (2) that a staff member who is not involved in the issue be designated Grievance Officer and that he/she conduct a proper investigation of the claims stated on the DC-804 PART 1 in Grievance # 38293, (3) that said Grievance Officer submit a DC-804 PART 2 following his/her investigation, and (4) that steps be taken to cause Supt. Wolfe and Mr. Barr to comply with all of the terms stated in DC-ADM 804 in the future.

**B.** List actions taken and staff you have contacted, before submitting this grievance.  Attach the copy of the **DC-135A** with the staff member's response of your informal resolution attempt.

SUMMARY JUDGMENT ATTACHMENT         TWO OF TWO

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator                      Date

4.

**WHITE** - Facility Grievance Coordinator Copy      **CANARY** - File Copy      **PINK** - Action Return Copy      **GOLDENROD** - Inmate Copy