RECEIVED
FEB 2 6 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

$05.00

INMATE MAIL
PA DEPT OF
CORRECTIONS

Leonard C. Jefferson
CL-4135
10745 RT 18
ALBION PA

Clerk's Office
U.S. District Court
P.O. Box 1820
Erie, PA 16507



PRIORITY MAIL
UNITED STATES POSTAL SERVICE
www.usps.gov
LABEL 107R, OCT 1997