

part pay filing fee
rept # 07-194

$2.30

CA 04-44 E