ONE OF TWO

Name LEONARD C. JEFFERSON
Number CL-4135
Unit/Side B/B
10745, Route 18
Albion, PA 16475-0002

CLERK'S OFFICES
U.S. DISTRICT COURT
P.O. BOX 1820
ERIE, PA 16507

**INMATE MAIL
PA DEPT OF
CORRECTIONS**



RECEIVED

MAR - 2 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

16507+0820-20 B007