Name: LEONARD C. JEFFERSON
Number: CL-4135
Unit/Side: B/B
10745, Route 18
Albion, PA 16475-0002

TWO OF TWO

16507+0820-20 B007

CLERK'S OFFICE
U.S. DISTRICT COURT
P.O. BOX 1820
ERIE, PA 16507

INMATE MAIL
PA DEPT OF
CORRECTIONS



02 1A
0004335314
MAILED FROM ZIP CODE 16401

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.39⁰
MAR 01 2007

**RECEIVED**

MAR - 2 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA