LEONARD C. JEFFERSON
CL-4135

CLERK'S OFFICE
U.S. DISTRICT COURT
P.O. BOX 1820
ERIE, PA 16507

CLEARED X-RAY SCREENING

**RECEIVED**

MAR 20 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

INMATE MAIL
PA DEPT OF
CORRECTIONS

