```
       UNITED STATES
       DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

      # 07000252 - DM
       March 22, 2007

   Code   Case #   Qty     Amount

   2ND CIVI 04-44 E         3.02 CH
   2NDAPPEA 04-230 E       10.58 CH
   2ND CIVI 03-363 E        6.07 CH
   1ST CIVI 05-112 E        3.04 CH
   1ST CIVI 06-174 E        3.02 CH


   TOTAL→                  25.73


   FROM: SCI ALBION FOR: JEFFERSON,
         DEFRANCO, BARNES (2) AND
         RICHARDSON
```



part pay filing fee
rcpt # 07-252

$ 3.02
CA 04-44

Jefferson