IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LEONARD C. JEFFERSON,
    Plaintiff

V.                                C.A. NO. 04-44 ERIE

WILLIAM WOLFE, et al.,
    Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Leonard C. Jefferson, plaintiff, in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the ORDER AND OPINION (granting Defendants' Motion for Summary Judgment) entered in this action on the 16th day of March, 2007 by Magistrate Judge Susan Paradise Baxter.

*Leonard C. Jefferson*
Leonard C. Jefferson, CL-4135
10745 Rt. 18
Albion, PA 16475-0002

Dated: March 28, 2007

U.S. DISTRICT COURT
CLERK

'07 MAR 30 A8:33

FILED

Leonard C. Jefferson, CL-4135
10745 Rt 18
Albion, PA 16475-0002
March 28, 2007

Clerk's Office
U.S. District Court
P.O. Box 1820
Erie, PA 16507

RE: Jefferson v. Wolfe, C.A. No. 04-44 Erie

Dear Clerk:

Would you please file the enclosed Notice of Appeal in the above named action and be advised that I will be filing to proceed in Forma Pauperis as soon as prison officials respond with the necessary documents.

Thank you for your attention to this matter.

Respectfully

Leonard C. Jefferson