Name LEONARD C. JEFFERSON
Number CL-4135
Unit/Side B/A
10745, Route 18
Albion, PA 16475-0002

INMATE MAIL
PA DEPT OF
CORRECTIONS

CLERK'S OFFICE
U.S. DISTRICT COURT
P.O. BOX 1820
ERIE, PA 16507

16507+0820-20 8007

UNITED STATES POSTAGE
$ 00.39⁰
PITNEY BOWES
02 1R
0004335314
MAR 29 2007
MAILED FROM ZIP CODE 16401