'07 APR 27 P3:10

CLERK
U.S. DISTRICT COURT

**UNITED STATES
DISTRICT COURT**
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 070000302 - SPB
April 27, 2007

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| 2ND CIVI | 04-44E | | 8.59 CH |
| 2ND CIVI | 03-363E | | 5.24 CH |
| 1ST CIVI | 05-112E | | 2.62 CH |
| 1ST CIVI | 06-174E | | 2.59 CH |

**TOTAL→**          **19.04**

FROM: SCI ALBION FOR JEFFERSON,
    BARNES, AND RICHARDSON

part pay
CA 04-44 E

$ 8.59

receipt #07-302