*part pay*
*CA 04-44*
*rcpt # 07-353*
*$ 3.17*

**UNITED STATES**
**DISTRICT COURT**
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 07000353 — DM
May 18, 2007

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| 2ND CIVI 04-44 E | | | 3.17 CH |
| 2ND CIVI 03-363 E | | | 6.87 CH |
| 1ST CIVI 05-112 E | | | 3.04 CH |
| 1ST CIVI 06-174 E | | | 2.74 CH |

TOTAL→          15.02

FROM: SCI ALBION FOR:
BENNIE BARNES (2)
LEONARD JEFFERSON
JOHN K. RICHARDSON