UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 07-1965

Jefferson

vs.

Wolfe, et al.

Leonard C. Jefferson, Appellant

(Western District of Pennsylvania Civil No. 04-cv-00044E)

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is  O R D E R E D  that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER  O R D E R E D  that a certified copy of this order be issued forthwith as the mandate.

For the Court,

*Marcia M. Waldron*

Clerk

Date: May 30, 2007

cc:
     Mr. Leonard C. Jefferson
     Kemal A. Mericli, Esq.

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk