part pay

rcpt # 07-410

$12.88

CA 04-44

```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

        # 07000410 - DM
          June 18, 2007


  Code    Case #    Qty    Amount

  2ND CIVI 04-44 E          12.88 CH
  2ND CIVI 03-363 E          5.52 CH
  1ST CIVI 05-112 E          2.76 CH
  1ST CIVI 06-174 E          2.88 CH


  TOTAL →              24.04


FROM: SCI ALBION FOR:
   LEONARD JEFFERSON, BENNIE
   BARNES (2) AND JOHN R.
   RICHARDSON
```