```
                UNITED STATES
                DISTRICT COURT
            WESTERN DISTRICT OF PENNSYLVANIA
                   ERIE Division

              #  07000454  -  SP
                 July 18, 2007


       Code    Case #      Qty        Amount

       2ND CIVI CA-04-44E              3.17 CH
       3RD CIVI CA-03-363E             6.35 CH
       1ST CIVI CA-06-174E             3.17 CH


       TOTAL→                         12.69


           FROM: SCI ALBION FOR JEFFERSON,
                 BARNES, RICHARDSON
```

Handwritten annotations:
1:04-CV-44
$3.17
part pay
receipt
#07-454

Stamp: '07 JUL 18 A7:35