```
          UNITED STATES
          DISTRICT COURT
       WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

         #  07000546  -  DM
         September 17, 2007


   Code    Case #    Qty      Amount

   2ND CIVI 04-44 E            6.11 CH
   2ND CIVI 03-363 E           0.25 CH
   1ST CIVI 05-112 E           5.82 CH
   1ST CIVI 06-174 E           3.02 CH


   TOTAL →                    15.20


   FROM: SCI-ALBION FOR:
         LEONARD JEFFERSON
         BENNIE BARNES (2)
         JOHN K. RICHARDSON
```

*final payment*

1:04-cv-44

(part pay)

$6.11

receipt # 07-546